**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Helping Others International, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-3759193** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4110 Vanetta Pl** <br> **Studio City, CA 91604** <br> Number, Street, City, State & ZIP Code | **139 S. Beverly Dr.** <br> **Beverly Hills, CA 90212** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles** <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   _____

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Helping Others International, LLC**                    Case number (*if known*) _____
　　　 Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**   ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**   ☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

Debtor   **Megan Elizabeth Zucaro** _____   Relationship _____   **Owner / Manager of Debtor** _____

Debtor    **Helping Others International, LLC**
_____    Case number (*if known*) _____
Name

| | District | **Central Dist. of California, North District** | When | **6/08/20** | Case number, if known | **9:20-10714-MB** |
|---|---|---|---|---|---|---|

Debtor    **Helping Others International, LLC**                                    Case number (*if known*) _____
     Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

---

## ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Helping Others International, LLC**
    Name

Case number *(if known)*

---

### Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 25, 2020**
          MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Megan Zucaro**
Printed name

Title   **Manager**

---

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  **June 25, 2020**
      MM / DD / YYYY

**Todd J. Cleary 144358**
Printed name

**Law Office of Todd J. Cleary**
Firm name

**10720 McCune Avenue**
**Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone   **310-559-8118**    Email address   **cleary1@pacbell.net**

**144358 CA**
Bar number and State

---

## United States Bankruptcy Court
### Central District of California

In re  **Helping Others International, LLC**

Debtor(s)

Case No.

Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Megan Zucaro**, declare under penalty of perjury that I am the **Manager** of **Helping Others International, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Members of said Limited Liablility Company at a special meeting duly called and held on the  **25th**  day of June, 2020.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Megan Zucaro**, **Manager** of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Megan Zucaro**, **Manager** of this Limited Liability Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Megan Zucaro**, **Manager** of this Limited Liability Company is authorized and directed to employ **Todd J. Cleary 144358**, attorney and the law firm of **Law Office of Todd J. Cleary** to represent the Limited Liability Company in such bankruptcy case."

Date  **June 25, 2020**

Signed  Megan Zucaro

**Megan Zucaro**

Resolution of Members
of
**Helping Others International, LLC**


Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Megan Zucaro, Manager** of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Megan Zucaro, Manager** of this Limited Liability Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Megan Zucaro, Manager** of this Limited Liability Company is authorized and directed to employ **Todd J. Cleary 144358**, attorney and the law firm of **Law Office of Todd J. Cleary** to represent the Limited Liability Company in such bankruptcy case.

Date  **June 25, 2020**                                           Signed _____

Date  **June 25, 2020**                                           Signed _____

**Fill in this information to identify the case:**

Debtor name    **Helping Others International, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 25, 2020**         X _____
                                         Signature of individual signing on behalf of debtor

                                         **Megan Zucaro**
                                         Printed name

                                         **Manager**
                                         Position or relationship to debtor



Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy



| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Helping Others International, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ahn Thy Song Nguyen,Trustee Mother Nature Trust 9938 Bolsa Avenue Ste 211 Orange, CA 92863** | | **6475 Marigayle Circle, Huntington Beach, CA  92648 Single Family Residence; Intended to be used as Residential Detox Center; 4 Bdrm, 5 Ba APN: 110-5** | | **$1,200,000.00** | **$3,150,000.00** | **$436,688.29** |
| **American Financial Center, Inc. c/o Lori E. Eropkin Levinson Arshonsky & Kurtz LLP 15303 Ventura Blvd., Suite 1650 Sherman Oaks, CA 91403** | | **6475 Marigayle Circle, Huntington Beach, CA  92648 Single Family Residence; Intended to be used as Residential Detox Center; 4 Bdrm, 5 Ba APN: 110-5** | | **$75,000.00** | **$3,150,000.00** | **$75,000.00** |
| **Bao D Lee** | | **28430 Locust Avenue, Moreno Valley, CA  92555 Single Family Residence on Large Lot; 5 Bdrm 2 Ba APN 473-250-021; Riverside County** | | | | **$30,000.00** |

Debtor  **Helping Others International, LLC**                                      Case number *(if known)*  _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bao D Lee** | | **4110 Vanetta Place, Studio City, CA 91604 Condominium, 3 Bdrm 2 Ba, APN: 2384-003-062; Los Angeles County** | **Disputed** | | | **$20,000.00** |
| **Carlos A Ruiz** | | **28430 Locust Avenue, Moreno Valley, CA 92555 Single Family Residence on Large Lot; 5 Bdrm 2 Ba APN 473-250-021; Riverside County** | **Disputed** | | | **$20,000.00** |
| **Carlos A Ruiz** | | **4110 Vanetta Place, Studio City, CA 91604 Condominium, 3 Bdrm 2 Ba, APN: 2384-003-062; Los Angeles County** | **Disputed** | | | **$20,000.00** |
| **Gallarzo Cartier 2818 Allesandro St. Los Angeles, CA 90039** | | **422 N. Soto St. Los Angeles, CA 90033 Multi Room Boarding House; 15 Rooms APN: 5177-028-01; Los Angeles County** | | **$530,337.00** | **$1,500,000.00** | **$24,837.00** |
| **Jesus Rojas** | | **28430 Locust Avenue, Moreno Valley, CA 92555 Single Family Residence on Large Lot; 5 Bdrm 2 Ba APN 473-250-021; Riverside County** | **Disputed** | | | **$10,000.00** |
| **Patricai L Parker - Marcos** | | **28430 Locust Avenue, Moreno Valley, CA 92555 Single Family Residence on Large Lot; 5 Bdrm 2 Ba APN 473-250-021; Riverside County** | | **$157,500.00** | **$450,000.00** | **$72,993.24** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor  **Helping Others International, LLC**                          Case number *(if known)* _____
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Prominence Capital Partners Ltd 974 Sandstone Drive Glendora, CA 91740** | | **4110 Vanetta Place, Studio City, CA 91604 Condominium, 3 Bdrm 2 Ba, APN: 2384-003-062; Los Angeles County** | | **$17,250.00** | **$1,300,000.00** | **$6,511.49** |
| **Sarah Panuco 30078 Wales Ct Menifee, CA 92584** | | **4110 Vanetta Place, Studio City, CA 91604 Condominium, 3 Bdrm 2 Ba, APN: 2384-003-062; Los Angeles County** | **Disputed** | | | **$40,000.00** |
| **Sarah Panuco 30078 Wales Ct Menifee, CA 92584** | | **28430 Locust Avenue, Moreno Valley, CA 92555 Single Family Residence on Large Lot; 5 Bdrm 2 Ba APN 473-250-021; Riverside County** | **Disputed** | | | **$30,000.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Central District of California

In re  **Helping Others International, LLC**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **The Megan Zucaro Living Trust**<br>**4501 West Channel Rd**<br>**#94**<br>**Oxnard, CA 93035** | **Membership Interest** | **100%** | **Manager / Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June 25, 2020**

Signature

**Megan Zucaro**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**Debtor's Manager / Member Megan Zucaro has filed for a Chapter 11 in the Central Dist. of Cal, North Division, File 6/8/2020; Case No. 9:20-10714-MB; Case is Pending;  Megan Zucaro has a prior Chapter 7 Discharge in Cent. Dist, CA, Los Angeles Division, Case No. 1:17-13038-MB; Filed 11/14/2017; Discharge granted 6/13/2018**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at    Oxnard                              , California.

Date:      **June 25, 2020**

**Megan Zucaro**
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                                    *Page 1*                **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name   **Helping Others International, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*........................................................................................   $   **6,400,000.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.....................................................................................   $   **901,000.00**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.......................................................................................   $   **7,301,000.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $   **7,016,030.02**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $   **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$   **170,000.00**

4.   Total liabilities ...................................................................................................................................
   Lines 2 + 3a + 3b      $   **7,186,030.02**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Helping Others International, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | |
|---|---|---|---|---|
| | 11b. Over 90 days old: | **350,000.00** - | **0.00** =.... | **$350,000.00** |
| | | face amount | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | **$350,000.00** |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

Debtor    **Helping Others International, LLC**                                    Case number *(If known)* _____
                      Name

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture**<br>**Furniture for Detox Center at 6475 Marigayle Cir, Huntington Beach, CA  92648** | $0.00 | | $350,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Technical Equipment for Detox Center at 6475 Marigayle Cir., Huntington Beach, CA  92648** | $100,000.00 | N/A | $200,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.    **Total of Part 7.**                                                                                    | $550,000.00 |
        Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
        ■ No
        ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

| Debtor | **Helping Others International, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | <sub>Name</sub> | | | |

| 47.1. | **Van for Detox Center** | **$1,000.00** | **N/A** | **$1,000.00** |
|---|---|---|---|---|

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**  
Add lines 47 through 50.  Copy the total to line 87.

    **$1,000.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**  
☑ No  
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**  
☑ No  
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.  
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **6475 Marigayle Circle, Huntington Beach, CA  92648 Single Family Residence; Intended to be used as Residential Detox Center; 4 Brdm, 5 Ba APN: 110-511-04; County of Orange** | **Fee Simple** | **Unknown** | **Recent cost** | **$3,150,000.00** |
| 55.2.  **28430 Locust Avenue, Moreno Valley, CA  92555 Single Family Residence on Large Lot; 5 Bdrm 2 Ba APN 473-250-021; Riverside County** | **Fee simple** | **Unknown** | **Recent cost** | **$450,000.00** |

Debtor    **Helping Others International, LLC**
Name
Case number *(If known)* _____

| 55.3. | **422 N. Soto St.** **Los Angeles, CA** **90033** **Multi Room Boarding House; 15 Rooms** **APN: 5177-028-01;** **Los Angeles County** | Fee simple | Unknown | Recent cost | $1,500,000.00 |

| 55.4. | **4110 Vanetta Place,** **Studio City, CA** **91604** **Condominium, 3** **Bdrm 2 Ba,** **APN: 2384-003-062;** **Los Angeles County** | Fee simple | $0.00 | Recent cost | $1,300,000.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $6,400,000.00 |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |

| 71. | **Notes receivable** Description (include name of obligor) | |

| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |

| 73. | **Interests in insurance policies or annuities** | |

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor | **Helping Others International, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | |
|---|---|---|
| **Law Suit vs. Ahn Thuy Nguyen and Thuy Rucks for Diversion of Income from Detox Center at 6475 Marigayle Cir., Huntington Beach, CA  92648** | | **Unknown** |
| Nature of claim | **Conversion and Fraud** | |
| Amount requested | **$4,000,000.00** | |

| | | | |
|---|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | |
| 76. | **Trusts, equitable or future interests in property** | | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | | |
| 78. | **Total of Part 11.** | | **$0.00** |
| | Add lines 71 through 77. Copy the total to line 90. | | |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | | |

■ No
☐ Yes

Debtor    **Helping Others International, LLC**                    Case number *(If known)* _____
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $350,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $550,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $6,400,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $901,000.00 | + 91b. $6,400,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,301,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Helping Others International, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
  amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1   Ahn Thy Song Nguyen, Trustee**
Creditor's Name

**Mother Nature Trust
9938 Bolsa Avenue
Ste 211
Orange, CA 92863**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**6475 Marigayle Circle, Huntington Beach, CA 92648**

**Single Family Residence; Intended to be used as Residential Detox Center; 4 Bdrm, 5 Ba APN: 110-511-04; County of Orange**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$1,200,000.00**
Value of collateral: **$3,150,000.00**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. United Lender LLC
2. Ahn Thy Song Nguyen, Trustee
3. American Financial Center, Inc.**

**2.2   American Financial Center, Inc.**
Creditor's Name

**c/o Lori E. Eropkin
Levinson Arshonsky & Kurtz LLP
15303 Ventura Blvd., Suite 1650
Sherman Oaks, CA 91403**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**6475 Marigayle Circle, Huntington Beach, CA 92648**
**Single Family Residence; Intended to be used as Residential Detox Center; 4 Bdrm, 5 Ba APN: 110-511-04; County of Orange**

**Describe the lien**
**Deed of Trust**

Amount of claim: **$75,000.00**
Value of collateral: **$3,150,000.00**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | **Helping Others International, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**07/16/2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3  Amsterdam Nouveau Trust**

Creditor's Name

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/4/2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Wooshies Inc.**
**2. Amsterdam Nouveau Trust**
**3. Prominence Capital Partners Ltd**

**Describe debtor's property that is subject to a lien**
**4110 Vanetta Place, Studio City, CA  91604**
**Condominium, 3 Bdrm 2 Ba,**
**APN: 2384-003-062; Los Angeles County**

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$424,500.00   $1,300,000.00

---

**2.4  Gallarzo Cartier**

Creditor's Name

**2818 Allesandro St.**
**Los Angeles, CA 90039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/25/2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**422 N. Soto St.**
**Los Angeles, CA  90033**
**Multi Room Boarding House; 15 Rooms**
**APN: 5177-028-01; Los Angeles County**

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$530,337.00   $1,500,000.00

---

Debtor **Helping Others International, LLC**
Name

Case number *(if known)*

---

Creditor's Name

3635 S. Fort Apache Road
Suite 200-202
Las Vegas, NV 89147

Creditor's mailing address

6475 Marigayle Circle, Huntington Beach, CA 92648
Single Family Residence; Intended to be used as Residential Detox Center; 4 Bdrm, 5 Ba
APN: 110-511-04; County of Orange

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**05/02/2019**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

| 2.8 | **United Lender LLC** | | **Describe debtor's property that is subject to a lien** | $994,500.00 | $1,500,000.00 |

Creditor's Name

3635 S. Fort Apache Road
Suite 200-202
Las Vegas, NV 89147

Creditor's mailing address

422 N. Soto St.
Los Angeles, CA  90033
Multi Room Boarding House; 15 Rooms
APN: 5177-028-01; Los Angeles County

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/25/2019**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

---

| 2.9 | **Wooshies Inc.** | | **Describe debtor's property that is subject to a lien** | $864,761.49 | $1,300,000.00 |

Creditor's Name

3635 S. Fort Apache Road
Suite 200-202
Las Vegas, NV 89147

Creditor's mailing address

4110 Vanetta Place, Studio City, CA  91604
Condominium, 3 Bdrm 2 Ba,
APN: 2384-003-062; Los Angeles County

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/4/2018**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Helping Others International, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. United Lender LLC**
**2. Gallarzo Cartier**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Patricai L Parker - Marcos** | Describe debtor's property that is subject to a lien | $157,500.00 | $450,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **28430 Locust Avenue, Moreno Valley, CA 92555**<br>**Single Family Residence on Large Lot; 5 Bdrm 2 Ba**<br>**APN 473-250-021; Riverside County** | | |

Creditor's mailing address

Describe the lien
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
**12/14/2018**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. Wooshies, Inc.**
**2. Patricai L Parker - Marcos**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Prominence Capital Partners Ltd** | Describe debtor's property that is subject to a lien | $17,250.00 | $1,300,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **4110 Vanetta Place, Studio City, CA  91604**<br>**Condominium, 3 Bdrm 2 Ba,**<br>**APN: 2384-003-062; Los Angeles County** | | |

**974 Sandstone Drive**
**Glendora, CA 91740**
Creditor's mailing address

Describe the lien
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
**10/21/2019**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **United Lender LLC** | Describe debtor's property that is subject to a lien | $2,386,688.29 | $3,150,000.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor  **Helping Others International, LLC**
Name

Case number (if known) _____

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |
| **Specified on line 2.3** |  |

---

| 2.1<br>0 | **Wooshies, Inc.** | Describe debtor's property that is subject to a lien | $365,493.24 | $450,000.00 |
|---|---|---|---|---|
|  | Creditor's Name | **28430 Locust Avenue, Moreno Valley, CA 92555** |  |  |
|  | **3635 S Fort Apache Road Suite 200-202 Las Vegas, NV 89147** | **Single Family Residence on Large Lot; 5 Bdrm 2 Ba APN 473-250-021; Riverside County** |  |  |
|  | Creditor's mailing address | Describe the lien<br>**Deed of Trust** |  |  |
|  |  | Is the creditor an insider or related party? |  |  |
|  |  | ■ No |  |  |
|  | Creditor's email address, if known | ☐ Yes |  |  |
|  |  | Is anyone else liable on this claim? |  |  |
|  | **Date debt was incurred**<br>**12/14/2018** | ■ No |  |  |
|  | Last 4 digits of account number | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |  |  |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |
| **Specified on line 2.5** |  |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  | **$7,016,030.02** |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **American Financial Center Inc.**<br>**c/o Mark R. Crittenden, Reg. Agent**<br>**14390 Ventura Blvd., Suite 320**<br>**Sherman Oaks, CA 91403** | Line  **2.2** |  |
| **Lawrence C Meyerson**<br>**A Professional Law Corporation**<br>**5521 Mission Rd Ste 399**<br>**Bonsall, CA 92003** | Line  **2.7** |  |
| **Lawrence C Meyerson**<br>**A Professional Law Corporation**<br>**5521 Mission Rd Ste 399**<br>**Bonsall, CA 92003** | Line  **2.8** |  |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Helping Others International, LLC**
_____   Case number (if known) _____
Name

| | |
|---|---|
| **Lawrence C Meyerson**<br>**A Professional Law Corporation**<br>**5521 Mission Rd Ste 399**<br>**Bonsall, CA 92003** | Line __2.10__ |
| **Western Fidelity Associates LLC**<br>**dba Western Fidelity Trustees**<br>**1222 Crenshaw Boulevard Suite "B"**<br>**Torrance, CA 90501** | Line __2.7__ |
| **Western Fidelity Associates LLC**<br>**dba Western Fidelity Trustees**<br>**1222 Crenshaw Boulevard Suite "B"**<br>**Torrance, CA 90501** | Line __2.9__ |
| **Western Fidelity Associates LLC**<br>**dba Western Fidelity Trustees**<br>**1222 Crenshaw Boulevard Suite "B"**<br>**Torrance, CA 90501** | Line __2.8__ |
| **Western Fidelity Associates LLC**<br>**dba Western Fidelity Trustees**<br>**1222 Crenshaw Boulevard Suite "B"**<br>**Torrance, CA 90501** | Line __2.10__ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Helping Others International, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|

**Bao D Lee**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  2/26/2012

Last 4 digits of account number  _

Basis for the claim:  **4110 Vanetta Place, Studio City, CA  91604 Condominium, 3 Bdrm 2 Ba, APN: 2384-003-062; Los Angeles County**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Bao D Lee**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/26/2020

Last 4 digits of account number  _

Basis for the claim:  **28430 Locust Avenue, Moreno Valley, CA  92555 Single Family Residence on Large Lot; 5 Bdrm 2 Ba APN 473-250-021; Riverside County**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|

**Carlos A Ruiz**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  3/2/2020

Last 4 digits of account number  _

Basis for the claim:  **4110 Vanetta Place, Studio City, CA  91604 Condominium, 3 Bdrm 2 Ba, APN: 2384-003-062; Los Angeles County**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Helping Others International, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Carlos A Ruiz**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  3/2/2020

Last 4 digits of account number __

Basis for the claim:  28430 Locust Avenue, Moreno Valley, CA  92555 Single Family Residence on Large Lot; 5 Bdrm 2 Ba APN 473-250-021; Riverside County

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Jesus Rojas**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  3/9/2020

Last 4 digits of account number __

Basis for the claim:  28430 Locust Avenue, Moreno Valley, CA  92555 Single Family Residence on Large Lot; 5 Bdrm 2 Ba APN 473-250-021; Riverside County

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
|---|---|---|---|

**Sarah Panuco**
**30078 Wales Ct**
**Menifee, CA 92584**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  2/12/2020

Last 4 digits of account number __

Basis for the claim:  4110 Vanetta Place, Studio City, CA  91604 Condominium, 3 Bdrm 2 Ba, APN: 2384-003-062; Los Angeles County

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Sarah Panuco**
**30078 Wales Ct**
**Menifee, CA 92584**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  1/29/2020

Last 4 digits of account number __

Basis for the claim:  28430 Locust Avenue, Moreno Valley, CA  92555 Single Family Residence on Large Lot; 5 Bdrm 2 Ba APN 473-250-021; Riverside County

Is the claim subject to offset?  ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 170,000.00 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 170,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __**Helping Others International, LLC**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Helping Others International, LLC**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

|  | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | _____ | Street _____ | | | _____ | ☐ D ☐ E/F ☐ G |
|  |  | City      State      Zip Code | | | | |
| 2.2 | _____ | Street _____ | | | _____ | ☐ D ☐ E/F ☐ G |
|  |  | City      State      Zip Code | | | | |
| 2.3 | _____ | Street _____ | | | _____ | ☐ D ☐ E/F ☐ G |
|  |  | City      State      Zip Code | | | | |
| 2.4 | _____ | Street _____ | | | _____ | ☐ D ☐ E/F ☐ G |
|  |  | City      State      Zip Code | | | | |

**Fill in this information to identify the case:**

Debtor name **Helping Others International, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2020** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **$73,500.00** |
| **For prior year:** From **1/01/2019** to **12/31/2019** | ☑ Operating a business<br>☐ Other _____ | **$95,000.00** |
| **For year before that:** From **1/01/2018** to **12/31/2018** | ☑ Operating a business<br>☐ Other _____ | **$125,000.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **Helping Others International, LLC** | | Case number *(if known)* | |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
   List any property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |
| **American Financial Center, Inc.**<br>**c/o Lori E. Eropkin**<br>**Levinson Arshonsky & Kurtz LLP**<br>**15303 Ventura Blvd., Suite 1650**<br>**Sherman Oaks, CA 91403** | **10435 Sierra Highway, Santa Clarita, CA 91390** | **June** | **$850,000.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

| **Part 3:** | **Legal Actions or Assignments** |

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | **Anh Thy Song Nguyen, Trustee of Mother Nature Trust, vs. United Lender, LLC et. al.**<br>**30-2020-01124778** | **Injunctive Relief against TD Foreclosure, Cross Complaint for Judicial Foreclosure,.;**<br>**Date filed: 01/15/2020** | **Superior Court of Ca, County of Orange**<br>**700 Civic Center Drive West Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Helping Others International, LLC**    Case number *(if known)* _____

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Ahn Thy Song Nguyen,Trustee**<br>**Mother Nature Trust**<br>**9938 Bolsa Avenue**<br>**Ste 211**<br>**Orange, CA 92863** | **injunctive Relief against TD Foreclosure, Cross Complaint for Judicial Foreclosure,.**<br>**6475 Marigayle Cir., Huntington Beach, CA  92648** | **$3,150,000.00** |

| | | |
|---|---|---|
| | **Case title**<br>**Ahn Thy Song Trustee v. United Lender** | **Court name and address**<br>**Superior Court of CA.**<br>**Orange County**<br>**700 Civic Center Dr.**<br>**Santa Ana, CA 92701** |
| | **Case number**<br>**30-2020-01124778** | |
| | **Date of order or assignment**<br>**1-15-2020** | |

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Office of Todd J. Cleary**<br>**10720 McCune Avenue**<br>**Los Angeles, CA 90034** | **Attorney Fees** | | **$0.00** |
| | **Email or website address**<br>**cleary1@pacbell.net** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

Debtor    **Helping Others International, LLC**                                    Case number *(if known)*

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Sarah Panuco** **30078 Wales Ct.** **Menifee, CA 92584** | Deeds of Trust on 2 properties: 4110 Vanetta Place, Studio City, CA  91604 & 28430 Locust Avenue, Moreno Valley, CA 92555 | **1/29/2020 & 2/12/2020** | **$70,000.00** |
| | **Relationship to debtor** **None** | | | |
| 13.2. | **Bao D Lee** | Deeds of Trust on 2 properties: 4110 Vanetta Place, Studio City, CA  91604 & 28430 Locust Avenue, Moreno Valley, CA 92555 | **2/26/2012** | **$50,000.00** |
| | **Relationship to debtor** **None** | | | |
| 13.3. | **Carlos A Ruiz** | Deeds of Trust on 2 properties: 4110 Vanetta Place, Studio City, CA  91604 & 28430 Locust Avenue, Moreno Valley, CA 92555 | | **$40,000.00** |
| | **Relationship to debtor** **None** | | | |
| 13.4. | **Jesus Rojas** | **Deed of Trust on 28430 Locust Avenue, Moreno Valley, CA  92555** | **3/9/2020** | **$10,000.00** |
| | **Relationship to debtor** **None** | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    **Helping Others International, LLC**                                    Case number *(if known)* _____

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

Debtor    **Helping Others International, LLC**                                    Case number *(if known)*

---

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Helping Others International, LLC**                                    Case number *(if known)*

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Megan Zucaro | 4501 W. Channel Island Blvd. #94 Oxnard, CA 93035 | Manager and Trustee of Membership Interest Owner - The Megan Zucaro Living Trust | 100 |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Megan Zucaro 4501 W. Channel Island Blvd. #94 Oxnard, CA 93035 | $137,000 | $10,000 monthly plus $2,500 / month for Dec 2019 through June 2020. | Management Compensation |
| | Relationship to debtor Manager | | | |

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Helping Others International, LLC**                    Case number *(if known)*

**Name of the parent corporation**                    **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

**Name of the pension fund**                    **Employer Identification number of the parent corporation**

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 25, 2020**

_____            **Megan Zucaro**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Manager**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of California

In re    **Helping Others International, LLC**

Case No. _____

Debtor(s)    Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    ☐ **FLAT FEE**

    For legal services, I have agreed to accept .......................................    $ _____

    Prior to the filing of this statement I have received .....................    $ _____

    Balance Due .................................................................................    $ _____

    ☑ **RETAINER**

    For legal services, I have agreed to accept and received a retainer of ........    $ _____**0.00**

    The undersigned shall bill against the retainer at an hourly rate of ........    $ _____**350.00**
    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
    fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    ☑ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor    ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions, motions to strip off lien's (Lam Motions), Motions to Strip Liens pursuant to 11 USC 506, adversary proceedings to strip off junior liens,  or any other adversary proceeding.**

In re    **Helping Others International, LLC**

                    Debtor(s)

Case No. _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 25, 2020**
*Date*

**Todd J. Cleary 144358**
*Signature of Attorney*
**Law Office of Todd J. Cleary**
**10720 McCune Avenue**
**Los Angeles, CA 90034**
**310-559-8118   Fax: 310-559-0345**
**cleary1@pacbell.net**
*Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Todd J. Cleary 144358**<br>**10720 McCune Avenue**<br>**Los Angeles, CA 90034**<br>**310-559-8118 Fax: 310-559-0345**<br>California State Bar Number: **144358 CA**<br>**cleary1@pacbell.net** | |

■ *Attorney for:* Helping Others International, LLC

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Helping Others International, LLC**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO  FRBP 1007(a)(1)<br>and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Todd J. Cleary 144358**                                      , the undersigned in the above-captioned case, hereby declare
                *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                              **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

      ☐ I am the president or other officer or an authorized agent of the Debtor corporation

      ☐ I am a party to an adversary proceeding

      ☐ I am a party to a contested matter

      ■ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
        *[For additional names, attach an addendum to this form.]*

  b.    ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**June 25, 2020**
_____
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name:  **Todd J. Cleary 144358**
_____
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                               **F 1007-4.CORP.OWNERSHIP.STMT**

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

**Todd J. Cleary 144358**
**10720 McCune Avenue**
**Los Angeles, CA 90034**
**310-559-8118 Fax: 310-559-0345**
California State Bar Number: **144358 CA**
**cleary1@pacbell.net**

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Helping Others International, LLC**

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of **3** sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **June 29, 2020**

Signature of Debtor 1

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **June 29, 2020**

Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

Helping Others International, LLC
139 S. Beverly Dr.
Beverly Hills, CA 90212


Todd J. Cleary
Law Office of Todd J. Cleary
10720 McCune Avenue
Los Angeles, CA 90034


Ahn Thy Song Nguyen,Trustee
Mother Nature Trust
9938 Bolsa Avenue
Ste 211
Orange, CA 92863


American Financial Center Inc.
c/o Mark R. Crittenden, Reg. Agent
14390 Ventura Blvd., Suite 320
Sherman Oaks, CA 91403


American Financial Center, Inc.
c/o Lori E. Eropkin
Levinson Arshonsky & Kurtz LLP
15303 Ventura Blvd., Suite 1650
Sherman Oaks, CA 91403


Amsterdam Nouveau Trust


Bao D Lee


Carlos A Ruiz

Gallarzo Cartier
2818 Allesandro St.
Los Angeles, CA 90039


Jesus Rojas



Lawrence C Meyerson
A Professional Law Corporation
5521 Mission Rd Ste 399
Bonsall, CA 92003


Patricai L Parker - Marcos



Prominence Capital Partners Ltd
974 Sandstone Drive
Glendora, CA 91740


Sarah Panuco
30078 Wales Ct
Menifee, CA 92584


United Lender LLC
3635 S. Fort Apache Road
Suite 200-202
Las Vegas, NV 89147


Western Fidelity Associates LLC
dba Western Fidelity Trustees
1222 Crenshaw Boulevard Suite "B"
Torrance, CA 90501

```
Wooshies Inc.
3635 S. Fort Apache Road
Suite 200-202
Las Vegas, NV 89147


Wooshies, Inc.
3635 S Fort Apache Road
 Suite 200-202
Las Vegas, NV 89147
```