

**FILED & ENTERED**

JUL 01 2020

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** Cetulio    **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Helping Others International, LLC,<br><br><br><br><br>Debtor. | Case No.: 1:20-bk-11134-VK<br><br>Chapter 11<br><br>**ORDER SETTING HEARING ON STATUS OF CHAPTER 11 CASE AND REQUIRING REPORT ON STATUS OF CHAPTER 11 CASE**<br><br>Date:  August 6, 2020<br>Time:  1:00 p.m.<br>Place: Courtroom 301<br>          21041 Burbank Blvd.<br>          Woodland Hills, CA 91367 |

    PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 105(d), the Court will conduct a status conference in the above captioned case at the place and time set forth above, which status conference may be continued from time to time, without further notice.  The purpose of the conference is to further the expeditious and economical resolution of this case.

    CERTAIN PARTIES ARE REQUIRED TO ATTEND, AS SET FORTH BELOW.  ALL INTERESTED PARTIES ARE INVITED TO ATTEND, BUT NEED NOT DO SO.

PLEASE TAKE FURTHER NOTICE that, based upon the Court's records and evidence presented at the conference, the Court may take any of the following actions at the conference (or at any continued conference) without further notice:

1. Dismiss the case;
2. Convert the case to one under another chapter;
3. Order the appointment of a chapter 11 trustee;
4. Set deadlines for filing of a proposed plan and disclosure statement by the debtor or any other interested party;
5. Fix the scope, format and service of the notices to be provided regarding the various matters to be considered in this case;
6. Provide that the hearing on approval of the disclosure statement may be combined with the hearing on confirmation of the plan;
7. Set a deadline for confirming a plan;
8. Set deadlines for compliance with reporting and other chapter 11 debtor in possession requirements;
9. Set deadlines for filing proofs of claim, objections to claims and/or requests for payment of administrative expenses;
10. Set deadlines for assuming, assuming and assigning or rejecting executory contracts and unexpired leases;
11. Adopt special procedures for managing adversary proceedings, contested matters and such other matters as may aid in the process of this case; and/or
12. Refer matters to mediation.

PLEASE TAKE FURTHER NOTICE that, whether the debtor files its schedules and statements using the 100 series (for individual debtors) or the 200 series (for non-individual debtors), the forms are mandatory and must be executed under penalty of perjury. Any disclaimers, reservations, caveats, general notes or exceptions that debtors or their counsel may append to or include in such forms are ineffective to alter the duty of care or the level of detail

required in connection with the preparation of these forms and do not create or preserve any rights that would not otherwise have existed in the absence of such language.

IT IS HEREBY ORDERED that the debtor's counsel must be present at the status conference; so should counsel for the official committee of unsecured creditors (if a committee has been appointed) and counsel for the United States Trustee. Any other interested parties may also appear and address the items described above.

IT IS FURTHER ORDERED that **at least fourteen (14) days before the status conference**, the debtor(s) must: (a) **file with the Court a *Chapter 11 Status Conference Report (Initial)* using Local Bankruptcy Form F 2081-1.C11.STATUS.RPT posted on the Court's website**, located at www.cacb.uscourts.gov, under "Local Rule Forms"  and (b) serve that status report (the "Status Report") on the United States Trustee, all secured creditors, and the official committee of unsecured creditors and its counsel (or on the twenty largest unsecured creditors if no committee has been appointed).  Unless the Court orders otherwise upon request, the debtor must use the forms of bar date order and notice posted on the Court's website, located at www.cacb.uscourts.gov, under "Local Rule Forms," F 3003-1.ORDER.BARDATE and F 3003-1.NOTICE.BARDATE.  The debtor must timely serve "Judge's Copies" in accordance with Local Bankruptcy Rule 5005-2(d) and provision 2.5 of the Court Manual.

IT IS FURTHER ORDERED that the Status Report **MUST BE SUPPORTED BY EVIDENCE** in the form of declarations and supporting documents. The declaration(s) filed in support of the Status Report must address and include the following:

1. Describe concisely any litigation in which the debtor is involved;
2. Status of Tax Returns:
   a. has/have the debtor(s) filed all required tax returns with federal, state, or local taxing authorities for all prepetition taxable periods; and, if not
   b. what tax returns remain to be filed – including the year, taxing authority and proposed date for filing the return(s);

      c.    what steps is/are the debtor(s) taking (if any) to prepare and file these returns, including the employment of any necessary professionals; and

      d.    if the debtor(s) is/are not required to file federal, state, or local tax returns, why not?

3. Disclose whether the debtor intends to hire any professionals and, if so, when does the debtor intend to file the related employment application;

4. Evidence regarding the debtor's actual income, expenses and cash flow for the last six months preceding the filing of this case on a month by month basis; and

5. Provide a budget of the debtor's projected income, expenses and cash flow for the first six months of this case on a month by month basis.

IT IS FURTHER ORDERED that, **no later than one week preceding the date of the status conference**, the debtor must file with the Court a proof of service regarding the Case Status Conference Report.

###

Date: July 1, 2020

Victoria S. Kaufman
United States Bankruptcy Judge