1  LAWRENCE C. MEYERSON (SBN No. 54136)
   LAWRENCE C. MEYERSON, A Professional
2  Law Corporation
3  5521 Mission Road, Suite 399
   Bonsall, CA  92003
4  Tel: (310) 827-3344
   Fax: (310) 827-2244
5
6  MAURICE WAINER (SBN 121678)
   SNIPPER, WAINER & MARKOFF
7  232 N. Canon Drive
   Beverly Hills, CA 90210
8  Tel:  (310) 550-5770

9  Attorneys for United Lender

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>HELPING OTHERS INTERNATIONAL, LLC,<br><br>        Debtor. | CASE NO.  1:20-bk-11134-VK<br>Chapter 11<br><br>**NOTICE THAT:**<br>  1)   **SECURED CREDITOR DOES NOT CONSENT TO THE USE OF ITS CASH COLLATERAL; AND**<br>  2)   **DEMAND THAT CASH COLLATERAL BE SEGREGATED** |

**TO THE HONORABLE VICTORIA S. KAUFMAN, THE DEBTOR AND ITS COUNSEL OF RECORD:**

UNITED LENDER, LLC, a Nevada limited liability company and secured creditor, hereby gives notice that it does not give its consent to the use of its cash collateral, being the rents, issues and profits from the following real properties described as:

///

-1-

1. **6475 MARIGAYLE CIRCLE, HUNTINGTON BEACH, CALIFORNIA 92648**, and legally and more particularly described on **Exhibit "A"** hereto;

2. **422 NORTH SOTO, LOS ANGELES, CALIFORNIA 90033**, and legally and more particularly described on **Exhibit "B"** hereto;

3. **4110 VANETTA PLACE, LOS ANGELES, CALIFORNIA 91604**, and legally and more particularly described on **Exhibit "C"** hereto;

4. **10434 CALLING ROAD/10439 SIERRA HIGHWAY, AGUA DULCE, CALIFORNIA 91390**, and legally and more particularly described on **Exhibit "D"** hereto; and

5. **28340 LOCUST AVENUE, MORENO VALLEY, CALIFORNIA 92555**, and legally and more particularly described on **Exhibit "E"** hereto.

As a result, the Debtor may not use the cash collateral of United Lender, LLC, without first obtaining, after notice and a hearing, authority from the Court, as required by 11 U.S.C. Section 363(c)(2)(B).

Demand is also made by United Lender, LLC that its cash collateral be segregated and accounted for by the Debtor, as required by 11 U.S.C. Section 363(c)(4).

Dated: July 8, 2020              LAWRENCE C. MEYERSON, A
                                 PROFESSIONAL LAW CORPORATION


                                 By: ____/s/ Lawrence C. Meyerson__
                                     Lawrence C. Meyerson
                                     Co-counsel for United Lenders


                                 SNIPPER, WAINER & MARKOFF


                                 By: ____/s/ Maurice Wainer_____
                                     Maurice Wainer
                                     Co-counsel for United Lenders

## **LEGAL DESCRIPTION**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF HUNTINGTON BEACH, IN THE COUNTY OF ORANGE, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOT 2 OF TRACT NO. 15690, IN THE CITY OF HUNTINGTON BEACH, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN ON THE MAP FILED IN BOOK 835 OF MISCELLANEOUS MAPS, PAGE(S) 12 AND 13, RECORDS OF ORANGE COUNTY.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES LYING BELOW A DEPTH OF 500 FEET FROM THE SURFACE OF SAID PROPERTY, BUT WITH NO RIGHT OF SURFACE ENTRY, AS PROVIDED IN DEEDS OF RECORD.

APN: 110-511-04

# Exhibit "A"

## LEGAL DESCRIPTION

Real property in the City of Los Angeles, County of Los Angeles, State of California, described as follows:

THOSE PORTIONS OF LOTS 10 AND 11 IN BLOCK 12 OF BROOKLYN HEIGHTS GRAVEL TRACT, SUBDIVISIONS OF LOTS 4 AND 5 IN BLOCK 74 OF HANCOCK'S SURVEY, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 22 PAGE 17 OF MISCELLANEOUS RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE EASTERLY LINE OF SOTO STREET, 42.5 FEET SOUTHERLY FROM THE SOUTHEAST CORNER OF SOTO AND FOLSOM STREETS; THENCE SOUTHERLY ALONG THE EASTERLY LINE OF SOTO STREET 42.5 FEET; THENCE EASTERLY PARALLEL WITH THE SOUTHERLY LINE OF FOLSOM STREET, 140 FEET TO A 15 FOOT ALLEY; THENCE NORTHERLY ALONG THE WESTERLY LINE OF SAID ALLEY 42.5 FEET; THENCE WESTERLY PARALLEL WITH THE SOUTHERLY LINE OF FOLSOM STREET 140 FEET TO THE POINT OF BEGINNING.

APN: 5177-028-011

# Exhibit "B"

**Legal Description**

A.P.N.: 2384-003-062

Rffil property il the Oty of l.c6 Angeles, County of l.c6 Angeles, State of California, described as fdlows:

LOT 32 a=TRACT 77f£J, 1N THE OTY a=LC6 ANGEL.ES, OOUNIY CF lffi ANGEL.ES, STATE CF CAl..1FORNIA, AS Fffi tW> RECORDED 1-J ElX)( 155, PAGES 19 1 0 21 INCLUSNE CF MAPS, 1-JTHE OffICE a=THE m.JNlY REillRDER a=lffi ANGELES ro.JNIY, CAl..1FORNIA.

# Exhibit "C"

## Legal Description

A.P.N.: 3213-02.9-021

Real property in the unincorporated area of the County of Los Angeles, State of california, desaibed as :

PARCEL 1:

PARca 1 OF PARCEL MAP NO. 8850, IN THE COUNTY OF LOS ANGELES, STATE OF CAUFORNIA, AS PER MAP FILED IN BOOK 101, PAGES 70 AND 71 OF PARCEL MAPS.

PARCEL 2:

AN EASEMENT FOR INGRESS, EGRESS, PUBLIC UT[LITY AND INCTDENTAL PURPOSES OVER THE NORTHERLY 30 FEET OF PARCELS 2 AND 3 OF SAID PARCEL MAP NO. 8850.

# Exhibit "D"

Legal Description

For APN/Parcel ID(s):  473-250-021-8

The East 1/2 of the West 1/2 of Lot 8, Block 2, Map No. 1 of Bear Valley and Alessandro Development Company, in the City of Moreno Valley, County of Riverside, State of California, as per map recorded *in* book 11, page 10 of Maps, in the office of the county recorder of San Bernardino County, California.

Excepting The Easterly 65 feet of the Southerly 220 feet thereof.

# Exhibit "E"

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
232 North Canon Drive, Beverly Hills, CA 90210.

A true and correct copy of the foregoing document entitled:
**NOTICE THAT:**
**1) SECURED CREDITOR DOES NOT CONSENT TO THE USE OF ITS CASH COLLATERAL; AND**
**2) DEMAND THAT CASH COLLATERAL BE SEGREGATED**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 8, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Katherine Bunker  (OUST)    kate.bunker@usdoj.gov
Lori E. Eropkin (for interested party)  leropkin@laklawyers.com; nlessard@laklawyers.com; smcfadden@laklawyers.com
Todd J. Cleary  (for Debtor)   lawofficetoddcleary@gmail.com; clearly@pacbell.net; clearytr44952@notify.bestcase.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **July 8, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Victoria S. Kaufman
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 354
Woodland Hills, CA 91367

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 8, 2020 | KRISTINA DOW | /s/ Kristina Dow |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

SERVICE LIST

*In re Helping Others International, LLC*
*Chapter 11 Case No. 1:20-bk-11134-VK*

<u>DEBTOR</u>

**Helping Others International, LLC**
4110 Vanetta Place
Studio City, CA 91604

<u>ATTORNEY FOR DEBTOR</u>

Todd J. Cleary
10720 McCune Avenue
Los Angeles, CA 90034