| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| PETER C. ANDERSON<br>UNITED STATES TRUSTEE<br>Katherine C. Bunker, Bar No. 240593<br>Trial Attorney<br>OFFICE OF THE UNITED STATES TRUSTEE<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, California  90017<br>Telephone: (213) 894-3326  Fax: (213) 894-0276<br>Email: kate.bunker@usdoj.gov<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* United States Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>Helping Others International, LLC,<br><br><br><br><br>Debtor(s) | CASE NO.: 1:20-bk-11134-VK<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): Application for Order Setting Hearing on Shortened Notice [LBR 9075-1(b)] |
|---|---|

PLEASE TAKE NOTE that the order titled Order Granting Application and Setting Hearing on Shortened Notice

was lodged on (*date*)  07/13/2020  and is attached.  This order relates to the motion which is docket number  15 .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Peter C. Anderson<br>UNITED STATES TRUSTEE<br>Kenneth M. Misken<br>Assistant United States Trustee<br>Katherine C. Bunker, Bar No. 240593<br>Trial Attorney<br>OFFICE OF THE UNITED STATES TRUSTEE<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, CA 90017<br>Telephone: (213) 894-3326<br>Facsimile: (213) 894-0276<br>E-mail: kate.bunker@usdoj.gov<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* United States Trustee | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>HELPING OTHERS INTERNATIONAL, LLC,<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:20-bk-11134-VK<br>CHAPTER: 11<br><br>**ORDER:**<br><br>☐ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|

**Movant** (*name*): UNTED STATES TRUSTEE

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: U.S. Trustee's Motion for the Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104, or in the alternative, Motion Under 11 U.S.C. § 1112(b) to Convert Case

    b. *Date of filing of motion:* July 13, 2020

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: July 13, 2020

3. Based upon the court's review of the application, it is ordered that:

    a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

    b. ☐ The Application is granted, and it is further ordered that:

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*      Page 1      **F 9075-1.1.ORDER.SHORT.NOTICE**

(1) ☐  A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** | **Place:** |
| **Time:** | ☐ 255 East Temple Street, Los Angeles, CA 90012 |
| **Courtroom:** | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
| | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
| | ☐ 411 West Fourth Street, Santa Ana, CA 92701 |
| | ☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☐  No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| | |
|---|---|
| (A) _Deadlines:_ | (B) _Persons/entities to be provided with telephonic notice:_ |
| Date: | |
| Time: | |
| | ☐ See attached page |
| | (C) _Telephonic notice is also required upon_ the United States trustee |

(3) ☐  No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☐ one of the methods checked   ☐ all of the methods checked

(A)  ☐ Personal Delivery   ☐ Overnight Mail   ☐ First class mail   ☐ Facsimile*   ☐ Email*

| | |
|---|---|
| (B) _Deadlines:_ | (C) _Persons/entities to be served with written notice and a copy of this order:_ |
| Date: | |
| Time: | |
| | ☐ See attached page |
| | (D) S_ervice is also required upon_: |
| | -- United States trustee _(electronic service is not permitted)_ |
| | -- Judge's copy personally delivered to chambers (_see Court Manual for address_) |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_December 2013_                                      Page 2                                      **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☐ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

(B) *Deadlines:*
Date:

Time:

(C) *Persons/entities to be served with motion, declarations, supporting documents:*

☐ See attached page

(D) *Service is also required upon*:
-- United States trustee *(no electronic service permitted)*
-- Judge's copy personally delivered to chambers
 (*see Court Manual for address*)

(5) ☐ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

(B) *Deadlines:*
Date:

Time:

(C) *Persons/entities to be served with written opposition to the motion:*
-- movant's attorney (or movant, if movant is not represented by an attorney)

(D) *Service is also required upon*:
-- United States trustee (*electronic service is not permitted*)
-- Judge's copy personally delivered to chambers
 (*see Court Manual for address*)

(6) ☐ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013* Page 3 **F 9075-1.1.ORDER.SHORT.NOTICE**

| (B) *Deadlines:*<br>Date:<br><br>Time: | (C) *Persons/entities to be served with written reply to opposition:*<br>-- All persons/entities who filed a written opposition<br><br>(D) *Service is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>    (*see Court Manual for address*) |
|---|---|

(7) ☐ Other requirements:

(8) ☐ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☐ at least 2 days before the hearing.
>
> ☐ no later than:    Date:            Time:

* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 4                        **F 9075-1.1.ORDER.SHORT.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __07/13/2020__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __07/13/2020__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __07/13/2020__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/13/2020 | Gabriel Rodriguez | /s/ Gabriel Rodriguez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

| **BY NOTICE OF ELECTRONIC FILING** | **SERVED BY U.S. MAIL** |
|---|---|
| | See attached |

- Katherine Bunker   kate.bunker@usdoj.gov
- Todd J Cleary   lawofficetoddcleary@gmail.com, cleary1@pacbell.net; clearytr44952@notify.bestcase.com
- Lori E Eropkin   leropkin@laklawyers.com, nlessard@laklawyers.com; smcfadden@laklawyers.com
- Lawrence C Meyerson   lcm@lcmplc.com
- United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov
- Maurice Wainer   mrwainer@aol.com, daniel@swmfirm.com;mrwainer@swmfirm.com
- Larry D Webb   Webblaw@gmail.com, larry@webblaw.onmicrosoft.com

Helping Others International LLC
139 S Beverly Dr
Beverly Hills, CA 90212-3032

San Fernando Valley Division
21041 Burbank Blvd,
Woodland Hills, CA 91367-6606

Ahn Thy Song Nguyen,Trustee
Mother Nature Trust
9938 Bolsa Avenue
Ste 211
Orange, CA 92863

American Financial Center Inc.
c/o Mark R. Crittenden, Reg. Agent
14390 Ventura Blvd., Suite 320
Sherman Oaks, CA 91423-2756

American Financial Center, Inc.
c/o Lori E. Eropkin
Levinson Arshonsky & Kurtz LLP
15303 Ventura Blvd., Suite 1650
Sherman Oaks, CA 91403-6620

Gallarzo Cartier
2818 Allesandro St.
Los Angeles, CA 90039-3405

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

Lawrence C Meyerson
A Professional Law Corporation
5521 Mission Rd Ste 399
Bonsall, CA 92003-2518

Prominence Capital Partners Ltd
974 Sandstone Drive
Glendora, CA 91740-5392

Sarah Panuco
30078 Wales Ct
Menifee, CA 92584-5607

United Lender LLC
3635 S. Fort Apache Road
Suite 200-202
Las Vegas, NV 89147-3403

Western Fidelity Associates LLC
dba Western Fidelity Trustees
1222 Crenshaw Boulevard Suite B
Torrance, CA 90501-2496

Wooshies Inc.
3635 S. Fort Apache Road
Suite 200-202
Las Vegas, NV 89147-3403

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

LOS ANGELES COUNTY TREASURER AND TAX COLLECT
PO BOX 54110
LOS ANGELES, CA 90054-0110

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(u)INTERESTED PARTY

(u)Amsterdam Nouveau Trust