Andrew A. Smits (State Bar No. 146659)
Law Offices of Andrew A. Smits
36 Executive Park, Suite 160
Irvine, California 92614-4794
Telephone: (949) 833-1025
Email:      asmits@smits-law.com

Attorney for Secured Creditor
Anh Thy Song Nguyen, Trustee of Mother Nature Trust

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>HELPING OTHERS INTERNATIONAL, LLC,<br><br>               Debtor. | Case No. 1:20-bk-11134-VK<br><br>Chapter 11<br><br>**DECLARATION OF ANDREW A. SMITS IN SUPPORT OF RESPONSE OF SECURED CREDITOR ANH THY SONG NGUYEN, TRUSTEE OF MOTHER NATURE TRUST, TO U.S. TRUSTEE'S MOTION FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. § 1104, OR IN THE ALTERNATIVE, MOTION UNDER 11 U.S.C. 1112(b) TO CONVERT CASE**<br><br>Date: July 30, 2020<br>Time: 1:00 p.m.<br>Dept.: 301 |

I, Andrew A. Smits, hereby declare as follows:

1. I am an attorney admitted to practice law in the State of California and am the attorney of record for secured creditor Anh Thy Song Nguyen, Trustee of Mother Nature Trust ("Nguyen"), in the above-captioned bankruptcy case. I have personal knowledge of all the matters set forth in this Declaration and if called upon to testify thereto, I could and would competently do so.

1

DECL. OF ANDREW A. SMITS IN SUPPORT OF RESPONSE OF SECURED CREDITOR NGUYEN TO U.S. TRUSTEE'S MOTION FOR THE APPT OF A CHAPTER 11 TRUSTEE PER 11 U.S.C. § 1104, OR IN THE ALTERNATIVE, MOTION UNDER 11 U.S.C. 1112(b) TO CONVERT CASE

2. This Declaration is submitted in support of the response of Nguyen to the U.S. Trustee's motion for the appointment of a Chapter 11 Trustee pursuant to 11 U.S.C. section 1104, or in the alternative, motion under 11 U.S.C. section 1112(b) to convert case.

3. I am also counsel of record for Ms. Nguyen, who is the plaintiff in the Orange County Superior Court action styled as *Nguyen v. United Lender, LLC, et al.,* case number 30-2020-01124778-CU-FR-CJC, that was removed from Orange County Superior Court to this Court on July 17, 2020 by secured creditor and defendant in the state court action, United Lender, LLC.

4. Megan Elizabeth Zucaro ("Zucaro"), who is a debtor in bankruptcy case number 9:20-bk-10714-MB, represents herself in pro per and debtor and defendant Helping Others International, LLC ("Debtor"), in the state court case. Zucaro is not a licensed attorney. Zucaro has filed pleadings on behalf of herself and Debtor in the state court action, indicating she is the alter ego of Debtor.

5. The Debtor's (Zucaro's) Statement to the U.S. Trustee's analyst Maria Marquez indicates that Debtor filed this bankruptcy case in order to stay foreclosure sales with respect to the several real properties that Debtor claims are assets of this bankruptcy estate. I am informed and believe that Debtor's stated reason for filing this bankruptcy case is likely false. All foreclosure sales for the Huntington Beach property that is the subject of Nguyen's state court action are enjoined by a preliminary injunction. Debtor/Zucaro has not identified which properties she claims were the subject of imminent foreclosure sales affecting Debtor's interest therein.

/ /
/ /

LAW OFFICES OF ANDREW A. SMITS
36 Executive Park
Suite 160
Irvine, California 92614-4794
Telephone: (949) 833-1025
Email: asmits@smits-law.com

2

DECL. OF ANDREW A. SMITS IN SUPPORT OF RESPONSE OF SECURED CREDITOR NGUYEN TO U.S. TRUSTEE'S MOTION FOR THE APPT OF A CHAPTER 11 TRUSTEE PER 11 U.S.C. § 1104, OR IN THE ALTERNATIVE, MOTION UNDER 11 U.S.C. 1112(b) TO CONVERT CASE

6. Nguyen has alleged in her state court action against defendants Zucaro, Debtor, United Lender, LLC, United Lender's alleged alter egos – Shawn Ahdoot and Albert A. Ahdoot, that the defendants are engaged in real estate fraud conspiracy. Attached hereto as **Exhibit "A"** is a copy of a letter dated July 17, 2019 from Shawn Ahdoot on United Lender, LLC, letterhead to "Hope," a prospective lender, stating that "Megan Zucaro of Helping Others International LLC is up to date with her two mortgages." One of the mortgages Shawn Ahdoot identified in his letter is on the Marigayle Circle, Huntington Beach property, the subject of the state court action and on which Debtor defaulted on the first payment due and has not made any payments. This letter is also an exhibit to Nguyen's First Amended Complaint filed in the state court action.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on this 27th of July 2020.

/s/
Andrew A. Smits

LAW OFFICES OF ANDREW A. SMITS
36 Executive Park
Suite 160
Irvine, California 92614-4794
Telephone: (949) 833-1025
Email: asmits@smits-law.com

3

DECL. OF ANDREW A. SMITS IN SUPPORT OF RESPONSE OF SECURED CREDITOR NGUYEN TO U.S. TRUSTEE'S MOTION FOR THE APPT OF A CHAPTER 11 TRUSTEE PER 11 U.S.C. § 1104, OR IN THE ALTERNATIVE, MOTION UNDER 11 U.S.C. 1112(b) TO CONVERT CASE

# EXHIBIT "A"



United Lender, LLC

July 17, 2019

Dear Hope,

This letterhead is to confirm that Megan Zucaro of Helping Others International LLC is up to date with her 2 mortgages on 6475 Marigayle Circle Huntington Beach, 92648 and 4110 Vanetta Place Studio City, CA 91604

Sincerely,

*Shawn Ahdoot*

Shawn Ahdoot
President
United Lender, LLC

3635 South Fort Apache Road
suite 200-20

818-987-5367 – cell
800-691-7174 - fax

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
36 Executive Park, Suite 160, Irvine, CA 92614-4794

A true and correct copy of the foregoing document entitled (*specify*): DECLARATION OF ANDREW A. SMITS IN SUPPORT OF RESPONSE OF SECURED CREDITOR ANH THY SONG NGUYEN, TRUSTEE OF MOTHER NATURE TRUST, TO U.S. TRUSTEE'S MOTION FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. § 1104, OR IN THE ALTERNATIVE, MOTION UNDER 11 U.S.C. 1112(b) TO CONVERT CASE
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/27/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 07/27/2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/27/2020 | Kimberly Richardson | /s/ Kimberly Richardson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                      **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| **VIA ELECTRONIC FILING** | |
| Katherine Bunker     kate.bunker@usdoj.gov<br><br>Todd J. Cleary   lawofficetoddcleary@gmail.com<br><br>cleary1@pacbell.net<br><br>clearytr44952@notify.bestcase.com<br><br>Lori E. Eropkin     leropkin@laklawyers.com<br><br>nlessard@laklawyers.com;<br><br>smcfadden@laklawyers.com<br><br>Lawrence C. Meyerson     lcm@lcmplc.com<br><br>United States Trustee (SV)<br><br>ustpregion16.wh.ecf@usdoj.gov<br><br>Maurice Wainer        mrwainer@aol.com<br><br>daniel@swmfirm.com; mrwainer@swmfirm.com<br><br>Larry D. Webb          Webblaw@gmail.com<br><br>larry@webblaw.onmicrosoft.com | Vincent J. Davitt and Anita Jain<br>Meylan Davitt Jain Arevian & Kim LLP<br>444 S. Flower Street, Suite 1850<br>Los Angeles, CA 90071<br><br>Telephone:  (213) 225-6000<br>Email: vdavitt@mdjalaw.com<br>          ajain@mdjalaw.com<br><br>Attorneys for Secured Creditor United Lender, LLC |
| Robert Schachter<br>Hitchcock, Bowman & Schachter<br>Suite 1030 Del Amo Financial Center<br>21515 Hawthorne Boulevard<br>Torrance, CA 90503-6579<br><br>Telephone: (310) 540-2202<br>E-mail: rs@rschachterlaw.com<br><br>Attorneys for Western Fidelity Associates, LLC, dba Western Fidelity Trustees (Defendant in State Court/Removed Action) | Ascension Recovery, Inc.,<br>dba Restored Life Recovery<br>c/o Megan E. Zucaro<br>4501 W. Channel Island Blvd., #94<br>Oxnard, CA 90305<br><br>Email: m@megazee.com<br><br>(Defendant in State Court/Removed Action) |
| **BY OVERNIGHT DELIVERY** | |
| The Honorable Victoria S. Kaufman<br>U.S. Bankruptcy Court<br>San Fernando Valley Division<br>21041 Burbank Blvd., Suite 354<br>Woodlands Hills, CA 91367 | |

LAW OFFICES OF ANDREW A. SMITS
36 Executive Park
Suite 160
Irvine, California 92614-4794
Telephone: (949) 833-1025
Email: asmits@smits-law.com

7

PROOF OF SERVICE