RON BENDER (SBN 143364); rb@lnbyb.com
MONICA Y. KIM (SBN 180139); myk@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Proposed Attorneys for David K. Gottlieb, Chapter 11 Trustee

**FILED & ENTERED**

**SEP 02 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Cetulio    **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>HELPING OTHERS INTERNATIONAL, LLC,<br><br>Debtor. | Case No.: 1:20-bk-11134-VK<br><br>Chapter 11<br><br>**ORDER CONVERTING CASE TO CHAPTER 7**<br><br>Date: AUGUST 27, 2020<br>Time: 1:00 P.M.<br>Place: Ctrm 301<br>         21041 Burbank Blvd.<br>         Woodland Hills, CA |

Pursuant to an order shortening time entered by the Court, a hearing was held on August 27, 2020 at 1:00 p.m. before the Honorable Victoria S. Kaufman, United States Bankruptcy Judge for the Central District of California, to consider the motion ("Motion") filed by David K. Gottlieb, the duly appointed Chapter 11 trustee ("Trustee") for the bankruptcy estate of Helping Others International, LLC, debtor herein ("Debtor"), to convert the Debtor's Chapter 11 case to

2

Chapter 7 pursuant to Section 1112 of the Bankruptcy Code and Local Bankruptcy Rule 1017-1. All appearances made in connection with the Motion are reflected on the record of the Court.

The Court, having considered the Motion and all papers filed in support of the Motion, having further considered the files of this case, the argument of counsel at the hearing on the Motion, no objection to the Motion having been timely filed, notice of the Motion and hearing on the Motion having been proper and given in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and the order of the Court, and for good cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

A.    The above-referenced Chapter 11 bankruptcy case shall be converted to a Chapter 7 case effective August 6, 2020.

B.    ~~David K. Gottlieb shall be appointed as the Chapter 7 trustee effective August 6, 2020 to administer the Debtor's bankruptcy case.~~

**IT IS SO ORDERED**.

###

Date: September 2, 2020

Victoria S. Kaufman
United States Bankruptcy Judge

3