| | |
|---|---|
| RON BENDER (SBN 143364); *rb@lnbyb.com*<br>MONICA Y. KIM (SBN 180139); *myk@lnbyb.com*<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br><br><br>Proposed Attorneys for David K. Gottlieb, Chapter 11 Trustee | FOR COURT USE ONLY |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION** ||
| In re:<br><br>HELPING OTHERS INTERNATIONAL, LLC,<br><br><br><br><br><br><br>                                                                        Debtor(s) | Case No. 1:20-bk-11134-VK<br><br>Chapter 11 |
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (title of motion[1]):<br>*Motion To Compel Entry Into And Inspection Of Real Property; Memorandum Of Points And Authorities; Declaration Of Monica Y. Kim* |

PLEASE TAKE NOTE that the order titled **ORDER GRANTING MOTION TO COMPEL ENTRY INTO AND INSPECTION OF REAL PROPERTY** was lodged on September 17, 2020 and is attached. This order relates to the motion which is docket number 60.

---

[1] Please abbreviate if title cannot fit into text field.

# EXHIBIT A

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*　　　　　　　　　　　　　　　　　　　　　Page 2　　　**F 9021-1.2.BK.NOTICE.LODGMENT**

RON BENDER (SBN 143364); *rb@lnbyb.com*
MONICA Y. KIM (SBN 180139); *myk@lnbyb.com*
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Proposed Attorneys for David K. Gottlieb, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>HELPING OTHERS INTERNATIONAL, LLC,<br><br>Debtor. | Case No. 1:20-bk-11134-VK<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO COMPEL ENTRY INTO AND INSPECTION OF REAL PROPERTY**<br><br>**Date: September 17, 2020<br>Time: 2:30 p.m.<br>Ctrm: 301<br>　　21041 Burbank Blvd.<br>　　Woodland Hills, CA** |

A hearing was held on September 17, 2020 at 2:30 p.m. before the Honorable Victoria S. Kaufman, United States Bankruptcy Judge, in her Courtroom 301 located at 21041 Burbank Blvd., Woodland Hills, CA, for the Court to consider the motion ("Motion") filed by David K. Gottlieb, the duly appointed Chapter 11 trustee ("Trustee") for the bankruptcy estate of Helping

2

Others International, LLC, debtor herein ("Debtor"), for an order to compel entry into and inspection of the real property located at 4110 Vanetta Place, Studio City, CA 91604 ("Vanetta Property"), which is owned by the Debtor. All appearances made in connection with the Motion are set forth on the record of the Court.

Upon the Court's review and consideration of the Motion, all papers and evidence filed in support of the Motion and all of the files of this case; notice of the hearing on the Motion having been proper and in compliance with all applicable provisions of the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules; no opposition or response to the Motion having been filed or received; and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion and all of the relief sought in the Motion are hereby approved in their entirety;
2. The Trustee and his agents and professsionals are hereby immediately authorized and directed to enter the Vanetta Property to inspect such property;
3. The occupants of the Vanetta Property are hereby ordered and compelled to provide the Trustee and his agents and professionals with immediate entry into such property to inspect such property;
4. The U.S. Marshals is hereby immediately authorized and directed to assist the Trustee and his agents and professionals to enter and inspect the Vanetta Property if the Trustee so requires;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

5. The Court hereby finds that the "*Coronavirus Property Entry Advisory and Declaration – Seller/Occupant*" ("<u>Covid Advisory</u>") has been delivered to the occupants of the Vanetta Property; and

6. The Court hereby finds that the disclosures of the Covid Advisory have been made to the occupants of the Vanetta Property.

**<u>IT IS SO ORDERED.</u>**

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document **Notice of Lodgment** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 17, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒   Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On September 17, 2020 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
☐   Service information continued on attached page

***Served via First Class Mail***
The Honorable Victoria Kaufman
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 354 / Courtroom 301
Woodland Hills, CA 91367

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 17, 2020  I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 17, 2020 | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*               Page 3               **F 9021-1.2.BK.NOTICE.LODGMENT**

*1:20-bk-11134-VK Notice will be electronically mailed to:*

*Ron Bender on behalf of Interested Party INTERESTED PARTY*
*rb@lnbyb.com*

*Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV)*
*kate.bunker@usdoj.gov*

*Todd J Cleary on behalf of Debtor Helping Others International, LLC*
*lawofficetoddcleary@gmail.com, cleary1@pacbell.net;clearytr44952@notify.bestcase.com*

*Lori E Eropkin on behalf of Creditor American Financial Center, Inc., a California corporation*
*leropkin@laklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com*

*Lori E Eropkin on behalf of Defendant American Financial Center, Inc., a California corporation*
*leropkin@laklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com*

*Lori E Eropkin on behalf of Interested Party Courtesy NEF*
*leropkin@laklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com*

*David Keith Gottlieb (TR)*
*dkgtrustee@dkgallc.com,*
*dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com*

*Anita Jain on behalf of Defendant United Lender, LLC*
*ajain@mdjalaw.com, riwata@mdjalaw.com*

*Anita Jain on behalf of Interested Party INTERESTED PARTY*
*ajain@mdjalaw.com, riwata@mdjalaw.com*

*Monica Y Kim on behalf of Interested Party INTERESTED PARTY*
*myk@lnbrb.com, myk@ecf.inforuptcy.com*

*Monica Y Kim on behalf of Interested Party Interested Party*
*myk@lnbrb.com, myk@ecf.inforuptcy.com*

*Monica Y Kim on behalf of Trustee David K Gottlieb*
*myk@lnbrb.com, myk@ecf.inforuptcy.com*

*Monica Y Kim on behalf of Trustee David Keith Gottlieb (TR)*
*myk@lnbrb.com, myk@ecf.inforuptcy.com*

*Lawrence C Meyerson on behalf of Interested Party Courtesy NEF*
*lcm@lcmplc.com*

*Andrew A Smits on behalf of Interested Party Courtesy NEF*
*asmits@smits-law.com, kimberly@smits-law.com*

*Andrew A Smits on behalf of Interested Party INTERESTED PARTY*
*asmits@smits-law.com, kimberly@smits-law.com*

*Andrew A Smits on behalf of Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust*
*asmits@smits-law.com, kimberly@smits-law.com*

*United States Trustee (SV)*
*ustpregion16.wh.ecf@usdoj.gov*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 4    **F 9021-1.2.BK.NOTICE.LODGMENT**

*Maurice Wainer on behalf of Interested Party INTERESTED PARTY*
*mrwainer@aol.com, daniel@swmfirm.com;mrwainer@swmfirm.com*

*Larry D Webb on behalf of Interested Party INTERESTED PARTY*
*Webblaw@gmail.com, larry@webblaw.onmicrosoft.com*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                              Page 5                              **F 9021-1.2.BK.NOTICE.LODGMENT**