| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Maurice Wainer (SBN 121678)<br>SNIPPER WAINER & MARKOFF<br>232 N Canon Drive<br>Beverly Hills, CA 90210<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* UNITED LENDER, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br>HELPING OTHERS INTERNATIONAL, LLC | CASE NO.: 1:20-BK-11134-VK<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF OPPOSITION AND**<br>**REQUEST FOR A HEARING** |
| Debtor(s). | |

1. TO (*specify name*): __ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN__

2. NOTICE IS HEREBY GIVEN that __UNITED LENDER, LLC_____,
   a party in interest, hereby opposes the following request (*specify that which is opposed*):
   Notice of Intent to Abandom Estate Property (6475 Marigayle Circle, Huntington Beach, CA 92648) (Doc 86)


3. This opposition is based upon the following grounds (*specify grounds*):
   Abandonment will aggravate the threat of harm to the health and safety of the public.  See attached Memorandum
   of Points and Authorities.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 9013-1.3.OPPOSITION.REQ.HEARING**

4.  Attached hereto are the following documents in support of this opposition which are admissible under the Federal Rules of Evidence (*specify declarations and exhibits by name or description*):

Exhibit A: Email from Monica Kim to Lawrence Meyerson dated October 20, 2020

Exhibit B: Declaration of Jesse Bosque in Support of United Lender, LLC's Ex Parte Application for Appointment of a Receiver

Exhibit C: Declaration of Maurice Wainer (With Exhibit 1: Documents from the Senior Deputy City Attorney regarding the most recent activity from Code Enforcement re the Marigayle property)

5.  ☒  *(Optional)* Attached hereto is a Memorandum of Points and Authorities upon which opposing party will rely.

6.  Total number of attached pages of supporting documentation: _30___

Any reply to this opposition must be filed with the court and served on this opposing party not later than 7 days prior to the hearing on the motion.

WHEREFORE, the undersigned prays that this court deny the subject request and set this matter for a hearing.

Date: _10/27/2020_____

Respectfully submitted,

_SNIPPER WAINER & MARKOFF_____
Printed name of law firm

_/s/ Maurice Wainer_____
Signature

_Maurice Wainer_____
Printed name

Attorney for: _United Lender_____

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2                    **F 9013-1.3.OPPOSITION.REQ.HEARING**

The Trustee has filed a Notice of Intent to Abandon (Doc 86) the real property at 6475 Marigayle Circle, Huntington Beach, CA 92648 (the "Property").  Trustee should not be permitted to abandon the Property because that action would aggravate the existing threat of harm to the health and safety of the public and create additional harm likely to be encountered by people going about their ordinary business. The Trustee's own counsel in an email dated October 20, 2020 **Exhibit "A"** hereto, described the existence of health and safety concerns at the Property as follows:

> As you know, the estate has filed its notices to abandon Marigayle and Soto which will go effective next week. As you also know or should know, (1) as to Marigayle, there have been a large number of complaints filed with the City by neighbors as to noise, cleanliness, medical services in and out, etc., and (2) as to Soto, the tenants have been complaining about trash service and utilities. The trustee and his field agent have made every effort possible to respond to these concerns and work with the City and the tenants over the past several months, but at this point, I think that a transition is necessary so that you are fully aware of the issues and can take whatever actions are necessary and appropriate to preserve the properties since they are collateral of United/Wooshies. I believe Megan has knowledge of the Soto manager and Kevin, the tenant at Marigayle, and have cc'd her here.

The concerns expressed in the above email from the Trustee's counsel are corroborated by Jesse Bosque a professional investigator in his declaration "I observed several CO2 cartridges lying on the ground in the area in front of the Home. Based on my experience as an investigator, I can state that such cartridges are often indicative of the use of illicit drugs."  A copy of Jesse Bosque declaration is attached as **Exhibit "B"** hereto.

If the Property is abandoned on the date contemplated by the Trustee without a plan to protect the residents, the community or this Property (valued in excess of $2,500,000) it would inevitably mean that the current residents will be unsupervised and under the control of Debtor's principal Megan Zucaro, a convicted felon who is reportedly confined and unable to supervise anything on site, or worse yet, other residents whose names are unknown.  If this were to occur, there would be no responsible and legally able party to halt the aggressive behavior of the residents of the sober living facility that has occurred at the Property and that are documented.  Individuals with mental disorders, including serious mental illness are more likely to engage in substance use.

/ / /

It is vitally important that before the sober home living facility is abandoned, the Trustee put in place a plan to keep the Property stabilized with a responsible party on a going forward basis at the expense of all parties claiming a secured interest in the Property on a super-priority basis. (In March 2020, United Lender filed a Motion for Appointment of a Receiver that was set for hearing on March 30, 2020. That Motion could not go forward because of the Covid pandemic and then this bankruptcy.)

Therefore, any hearing on the Trustee's Motion to Abandon this Property must be set at the same date and time as United Lender's Motion For Appointment of a Receiver previously filed with the State Court in March 2020, and not before. Otherwise, people's safety will be threatened by the Trustee's abandonment without having in place a responsible third party to manage/ monitor the sober living facility and residents.

For reasons unknown, creditor and plaintiff Nguyen, through her attorney has, consistently, and inexplicably opposed any effort to install a Receiver at the Property. This may be because Nguyen's family (believed to be her mother Tina Rucks aka Tina Nguyen aka Thuy Rucks) is currently the object of a criminal prosecution by the Orange County District Attorney (Orange County Superior Court Case # 18CF2703) concerning criminal activities at sober living facilities owned by Rucks that likely includes the sober living facility at the Property that was purchased by Megan Zucaro. Rucks is charged with the following felony counts and faces a sentence of 19 years and four months in state prison:

(1) Unauthorized practice of medicine

(2) Unlawful offer or receipt of consideration by claims handler for referral

(3) Conspiracy to commit medical insurance fraud

(4) insurance fraud – written claim

**Christianne Tiemann**, the former owner of the Marigayle Property who sold the property to Plaintiff for $100, was an employee at one or more sober living enterprises owned by Rucks.  She is likewise currently the object of a criminal prosecution by the

/ / /

/ / /

Orange County District Attorney (Orange County Superior Court Case # 18CF2703) concerning criminal activities at sober living facilities.[1]

WHEREFORE, United Lender objects to the Property being abandoned without a plan and requests that the Trustee's effort to abandon this Property be set for a hearing.

DATED: October 27, 2020          SNIPPER, WAINER & MARKOFF

By:    _/s/ Maurice Wainer_____
MAURICE WAINER, ESQ.
Attorneys for Secured Creditor,
UNITED LENDER, LLC

---

[1] Christianne Tiemann is accused of hiring others as body brokers or marketers to pay people up to $1,000 who they met at sober living homes, AA meetings, and by word of mouth to undergo a medically unnecessary surgery.  The surgeries involve cutting open the patient's stomach or back and implanting a non-FDA approved Naltrexone pellet. Many of these patients/victims were from out of state and developed serious side effects from the surgery upon returning home.  Some of the patients were paid to get the Naltrexone implant themselves.

## EXHIBIT LIST

| EX | Title | Pages |
|----|-------|-------|
| A | Email from Monica Kim to Lawrence Meyerson dated October 20, 2020 | 7 – 8 |
| B | Declaration of Jesse Bosque in Support of United Lender, LLC's Ex Parte Application for Appointment of a Receiver | 9 – 11 |
| C | Declaration of Maurice Wainer | 12 – 29 |

NOTICE OF OPPOSITION AND REQUEST FOR A HEARING

# EXHIBIT "A"

**From:** Monica Y. Kim [mailto:myk@lnbyb.com]
**Sent:** Tuesday, October 20, 2020 12:15 PM
**To:** Lawrence C. Meyerson
**Cc:** David Gottlieb (dgottlieb@dkgallc.com); regisboylejr@aol.com; Megan Zucaro (m@megazee.com)
**Subject:** HOI properties

Hi Larry,
As you know, the estate has filed its notices to abandon Marigayle and Soto which will go effective next week. As you also know or should know, (1) as to Marigayle, there have been a large number of complaints filed with the City by neighbors as to noise, cleaniness, medical servicers in and out, etc., and (2) as to Soto, the tenants have been complaining about trash service and utilities. The trustee and his field agent have made every effort possible to respond to these concerns and work with the City and the tenants over the past several months, but at this point, I think  that a transition is necessary so that you are fully aware of the issues and can take whatever actions are necessary and appropriate to preserve the properties since they are collateral of United/Wooshies. I believe Megan has knowledge of the Soto manager and Kevin, the tenant at Marigayle, and have cc'd her here.

Please let me know if you have any questions.

Monica Kim

# EXHIBIT "B"

1   LAWRENCE C. MEYERSON (SBN 54136)
    A PROFESSIONAL LAW CORPORATION
2   5521 Mission Rd., Ste 399
    Bonsall, CA 92003
3   Telephone: (310) 827-3344
    Email: *lcm@lcmplc.com*
4
    MAURICE WAINER (SBN 121678)
5   SNIPPER WAINER & MARKOFF
    232 North Canon Drive
6   Beverly Hills, CA 90210-5302
    Telephone: (310) 550-5770
7   Email: *mrwainer@swmfirm.com*
8   Attorneys for Defendant and Cross-Complainant
    UNITED LENDER, LLC, a Nevada limited
9   liability company; and Defendants
    SHAWN AHDOOT, an individual; and
10  ALBERT A. AHDOOT, an individual

11              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

12         **FOR THE COUNTY OF ORANGE – CENTRAL JUSTICE CENTER**

13

| | |
|---|---|
| 14  ANH THY SONG NGUYEN, TRUSTEE OF MOTHER NATURE TRUST, | ) Case No. 30-2020-01124778-CU-FR-CJC |
| 15                  Plaintiff, | ) Hon. Walter Schwarm, Judge Assigned for ) All Purposes, Department C19 |
| 16  vs. | ) **DECLARATION OF JESSE BOSQUE** |
| 17  UNITED LENDER, LLC, a Nevada limited | ) **IN SUPPORT OF MOTION FOR:** |
| 18  liability company; SHAWN AHDOOT, an individual; ALBERT A. AHDOOT, an | ) **(1)   APPOINTMENT OF A** |
| 19  individual; MEGAN E. ZUCARO, an individual; HELPING OTHERS | ) **         RECEIVER;** ) **(2)   ORDER TO SHOW CAUSE WHY** |
| 20  INTERNATIONAL, LLC, a Delaware limited liability company; WESTERN FIDELITY | ) **         THE APPOINTMENT OF A** ) **         RECEIVER SHOULD NOT BE** |
| 21  ASSOCIATES, LLC, a California limited liability company, dba WESTERN FIDELITY | ) **         CONFIRMED;** ) **(3)   TEMPORARY RESTRAINING** |
| 22  TRUSTEES; JOHN B. SPEAR, an individual; AMERICAN FINANCIAL CENTER, INC., a | ) **         ORDER; AND** ) **(4)   ORDER TO SHOW CAUSE WHY** |
| 23  California corporation; and DOES 1 through 100, inclusive, | ) **         A PRELIMINARY INJUNCTION** ) **         SHOULD NOT BE GRANTED** |
| 24                  Defendants. | ) DATE: April 28, 2020 ) TIME: 8:30 p.m. |
| 25 | ) DEPT: C19 ) RES. NO.: |
| 26  _____ | ) |
| 27  and Cross-Complaint. | ) |
| 28  _____ | ) Action filed: 01/15/2020 |

1

---

**DECLARATION OF JESSE BOSQUE IN SUPPORT OF UNITED LENDER, LLC'S EX PARTE
APPLICATION FOR APPOINTMENT OF RECEIVER**

I, Jesse Bosque, declare:

1.      I am over the age of 18 years. I have personal knowledge of the matters set forth herein, except those matters stated on information and belief and as to those matters I believe them to be true. If called as a witness I could and would competently testify to the matters declared herein.

2.      On March 17, 2020, I was tasked by Professional Investigators to investigate the residential property at 6475 Marigayle Circle, Huntington Beach, CA. 92648 (the "Home"). On that same date, I spoke to three persons in the vicinity of the Home who identified themselves as neighbors. Each one of the three neighbors separately and independently stated the Home was at one time operating as sober living facility business. One neighbor further stated that many people still come and go at the Home but he does not know who is living there currently's nor what is the nature of the Home and if it is still operating as a sober living facility.

3.      I observed several $CO_2$ cartridges lying on the ground in the area in front of the Home. Based on my experience as an investigator, I can state that such cartridges are often indicative of the use of the illicit drugs.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on March 24, 2020, at Whittier, California.

*/s/ Jessse Bosque*
_____
Jesse Bosque

2

# EXHIBIT "C"

1

2

## DECLARATION OF MAURICE WAINER

3

   I, MAURICE WAINER, do hereby declare and state as follows:

4      1.     I am an attorney duly licensed to practice law in the State of California and a

5  partner with the firm Snipper, Wainer, & Markoff, which represents United Lender, LLC in

6  this action.

7      2.     I am over the age of 18 years of age and have personal knowledge of the

8  matters set forth herein if called upon as a witness I could and would competently testify to

9  the matters declared herein.  I submit this declaration based on my personal knowledge in

10  support of the Notice of Opposition and Request for a Hearing in the above-captioned case.

11      3.     On October 27, 2020, I spoke with Ms. Jemma Dunn, Esq., Senior Deputy

12  Attorney for the City of Huntington Beach.  She advised me that there were numerous

13  significant problems and code violations associated with the Property and that the City of

14  Huntington Beach was extremely concerned by the ongoing nuisance at the Property.  Ms.

15  Dunn told me that a Code Enforcement Officer would email documentation reflecting code

16  enforcement issues at the Property. These documents that I received from the Code

17  Enforcement officer are attached to this Declaration as **Exhibit "1"**.

18      4.     Ms. Dunn also gave me her email address so I could serve her with United

19  Lender's objection. I have caused my office to add her to the at issue proof of service.

20      I declare under penalty of perjury under the laws of the United States of America

21  that the foregoing is true and correct.  Executed on October 27, 2020, at Beverly Hills,

22  California.

23

24                    By:    _____*/s/ Maurice Wainer*_____
                              MAURICE WAINER

25

26

27

28

NOTICE OF OPPOSITION AND REQUEST FOR A HEARING

## EXHIBIT LIST

| EX | Title | Pages |
|----|-------|-------|
| 1 | Documents from the Senior Deputy City Attorney regarding the most recent activity from Code Enforcement re the Marigayle property | 15 – 29 |

NOTICE OF OPPOSITION AND REQUEST FOR A HEARING

# EXHIBIT "1"

Code Enforcement / Neighborhood Preservation
2000 Main Street
Huntington Beach, CA 92648
Phone: 714-375-5155  Fax: 714-374-1540

**Case Data Entry**

## Property Info

| | |
|---|---|
| 6475 | Marigayle Cir |
| APN | 110-511-04 |

## Owners

## Complaint Information

| Case Number | | Situs Address | 6475 | Marigayle Cir | | Bldg | | Unit | |
|---|---|---|---|---|---|---|---|---|---|

| 2020-0218-218 |
|---|
| 2020-0706-211 |
| 2020-0015-219 |
| 2020-0218-218 |
| 2019-0661-211 |
| 2019-0365-305 |
| 2018-0764-257 |

Status: Open   Result: Pending
Type: Other Violations   Department: Code Enforcement
RD: 3612   Inspector: Avina, Bobby
Source: 311 System   HOA:

Description: Sketchy people coming in & out all hrs of the day & night. "I feel scared for my children's safety as well as mine. I believe they are running a rehab facility for drug addicts or selling drugs with the amount of cars & people activity.This is a single family home not a mixed use retail neighborhood! I hope this complaint is actually followed up on & taken seriously! It is bringing types of people in our neighborhood that are low-life no-working & extremely bad examples to our kids. I can't walk any longer at night because I am scared of them or their pit bull they let loose on the street.single family residence and isn't being used as such." There a constantly new residents occupying the home on a regular basis.
MyHB 258398 & MyHB 258483 & MyHB 262895

| Received | 03/03/2020 | Received By | Mann, Leslie | Case Status Tracking |
|---|---|---|---|---|

Date Closed: 
Date Attorney: 
Sign Off: 

Days Open: 238
Days To First Inspection: 10

| 03/03/2020 | Open |
|---|---|

## Complainant (Confidential)

| Name | |
|---|---|
| Address | |
| City | |
| State | | Zip | |
| Phone | ( )  - |

## Person Responsible

Type

| Property Owner |
|---|
| Property Owner |
| Tenant |

Name: HELPING OTHERS INTERN. LLC
Address: 4110 VANETTA PL
City: STUDIO CITY
State: CA   Zip: 91604-2341
Phone: ( )  -
Get NOV? ☒

## Notices and Orders

**City of Huntington Beach**
**Code Enforcement Division**
**2000 Main Street**
**Huntington Beach, CA 92648**
**(714) 375-5155**

# Case Action Summary

Case Number:      2020-0218-218                              Date: 10/27/2020

Violation Address:  6475 Marigayle Cir,  Huntington Beach, CA 92648

APN:              110-511-04

| Date | Action |
|------|--------|

| Date | Inspector | Comments |
|------|-----------|----------|
| 10/26/2020 | Avina, Bobby | RP advised that additional people are in and out of the home all day and night. RP stated that their dog is constantly off the leash in the front yard and she is afraid to put out her trash cans. I provided the RP with the contact info to Animal Care regarding the dog. I will follow up.<br><br>(20 mins) |
| 10/20/2020 | Avina, Bobby | From: Avina, Bobby<br>Sent: Tuesday, October 20, 2020 11:59 AM<br>To:<br><jemma.dunn@surfcity-hb.org><br>Cc:<br><br>Subject: RE: Marigayle Property<br><br>Hello<br><br>We have received additional complaints advising of multiple people again coming at going at the property. The reporting party stated that some of the same people who were living at the residence and were associated with the Detox/Sober living home have been seen in and out of the residence.<br><br>Do we have a course of action or plan to deal with the problem tenant?<br><br>From:                                    ><br>Sent: Tuesday, October 20, 2020 12:06 PM<br>To: Avina, Bobby <bobby.avina@surfcity-hb.org>;<br>Jemma <jemma.dunn@surfcity-hb.org><br>Cc:<br><br>Subject: RE: Marigayle Property<br><br>Hi Bobby,<br>I am sorry to hear this. The bankruptcy estate filed its notice its intent to abandon last week. I will let the secured creditor and HOI's principal know what is going on. |
| 10/07/2020 | Avina, Bobby | From: Dunn, Jemma <jemma.dunn@surfcity-hb.org><br>Sent: Wednesday, October 7, 2020 12:45 PM<br>To:<br><bobby.avina@surfcity-hb.org><br>Cc:<br><br>Subject: RE: |

Hi

Thank you for your assistance with this property. I apologize ahead of time as I'm not aware of the specifics re ownership/parties and who is in BK (or even who is in jail), but is an unlawful detainer action an available option on this property for this issue?

As I'm sure Bobby has relayed to you, we have been dealing with issues on this property for years and are hopeful to see the light at the end of the tunnel. Thanks!

Jemma E. Dunn
Senior Deputy City Attorney

From:
Sent: Wednesday, October 7, 2020 1:13 PM
To: Dunn, Jemma <jemma.dunn@surfcity-hb.org>; Avina, Bobby <bobby.avina@surfcity-hb.org>
Cc:

Subject: RE: Marigayle Property

Hi Jemma,

Title to the property is held by Helping Others International, LLC ("HOI") which is in bankruptcy. My client is the chapter 7 trustee,                  . Megan Zucaro is the sole member of HOI who was incarcerated and is now on house arrest I believe. The property is also subject to litigation between HOI, Zucaro, 3 parties that hold deeds of trust against the property, and some of their principals. It's a big mess.

The trustee has a fiduciary duty to HOI creditors and would be looking to see if there is any equity to be monetized for creditors through a sale. At this point, based on the information/investigation by the trustee, it's not looking good and the trustee is considering an abandonment of the property which would mean that the bankruptcy estate no longer has an interest. The trustee and I are speaking with the primary lien holder in attempting to negotiate something but if a compromise is not reached shortly, then the bankruptcy estate might be out of the picture here. I will let you and Bobby know.

The bankruptcy estate hasn't taken possession of the property and the property may be abandoned; thus, the estate has not made any plans for any UD action. Not sure what your City currently has by way of a moratorium on UD actions, but the pandemic has certainly complicated things.

Please let me know if you have any questions or wish to discuss.

From: Dunn, Jemma <jemma.dunn@surfcity-hb.org>
Sent: Wednesday, October 7, 2020 1:27 PM
To:
<bobby.avina@surfcity-hb.org>
Cc:

Subject: RE: Marigayle Property

Thank you,            That is very helpful.  It sounds like a huge mess.

From our perspective, my next move would be to notify the owner of the

**Page 18**

however, that does not appear to be the most efficient action
here given the potential change in ownership/possession that
may occur.

I would appreciate if you could include me in any updates with
Bobby so we can monitor and decide how to move forward if
necessary. Thank you again for the information.

Please let us know if there is anything we can do to assist as
well.

Jemma E. Dunn


10/06/2020    Avina, Bobby

From:
Sent: Tuesday, October 6, 2020 10:30 AM
To: Jim Parrott <jim@axiondetox.com>;
Avina, Bobby <bobby.avina@surfcity-hb.org>
Cc:

Subject: Marigayle Property

Jim,

We continue to have issues at Marigayle. According to the City,
the City has received two complaints from the neighbors
indicating that Kevin was filming music videos over the
weekend. The neighbors indicated that approximately 30
people were at the residence. It is pretty apparent that having
Kevin remain at the property will continue to be a public
nuisance to the community. Why is Kevin still at the property
when you indicated that the property would be vacated by last
weekend?

Please advise.


From: Jim Parrott <jim@axiondetox.com>
Sent: Tuesday, October 6, 2020 10:50 AM
To:                                    ;>
Cc: Kevin Grace <kevin@axiondetox.com>
Subject: RE: Marigayle Property

The property is leased by Kevin, not by our company. On
leasing, he paid past due elec bills of over $12000, etc. Believe
he has spoken to Reggie and advised exact amounts that he
expects to receive before he moves out.  All others are gone.

From:
Sent: Tuesday, October 6, 2020 10:54 AM
To: Jim Parrott <jim@axiondetox.com>
Cc: Kevin Grace <kevin@axiondetox.com>;
                          >; Avina, Bobby
<bobby.avina@surfcity-hb.org>
Subject: RE: Marigayle Property

No documentation (lease, proof of payment, etc.) of any kind
has ever been provided, and now that Helping Others is in
bankruptcy, you must seek recourse through the bankruptcy
court. All rights of the bankruptcy estate and the city are
preserved against you and Kevin.

From: Jim Parrott <jim@axiondetox.com>
Sent: Tuesday, October 6, 2020 11:05 AM
To:
Cc: Kevin Grace <kevin@axiondetox.com>;

Avina, Bobby <bobby.avina@surfcity-hb.org>
Subject: RE: Marigayle Property

At this point I am out of it. I have passed on our email thread to Kevin. Anything that I or Axion Recovery had to do with it are out. Feel free to contact Kevin directly.

Jim Parrott

From: Kevin Grace <kevin@axiondetox.com>
Sent: Tuesday, October 6, 2020 11:19 AM
To: Jim Parrott <jim@axiondetox.com>;
Cc:                                                                Avina,
Bobby <bobby.avina@surfcity-hb.org>
Subject: Re: Marigayle Property

Hello        My name is Kevin grace and I am living at marigayle property alone. I have one guest who helps me with the grounds keeping the place clean and presentable. I kicked out all sober living roommates as asked to by my partners  and again live alone. I called my neighbor advising him I would be up late with a camera crew here doing a video. It's not porn there's no nudity there is zero noise leval I don't even have a stereo in the house.  The music was played through my phone so you can imagine the leval of sound. Zero.  I parked all cars except mine a block away and as far as I know I didn't break any lawns by having a camera crew inside.  We didn't go in the back yard no police were dispatched to house so I don't see i violation in it. But my biggest response to you is I HAVE A LEASE FOR THIS PROPERTY I have never missed a payment to Megan or now to the guy            sk me to send the rent to now. I told          it's not fair for me to pay a 5 k deposit 12600 in back electric bills 4 k in water trash Gardner pool svs broken water heater mice control the list goes on. I am preparing you a full and complete accounting of what I soent when I moved in and will incloude the lease signed by Megan and myself and I promise you will get it soon. I have asked            o just pay me my deposit and electric bill totaling 17k and change and i will gladly leave no problems.  He's response was I have to send it to bankruptcy court and will prob never get it.  Do you have any suggestions? I'm a straight up guy don't want any thing for free just want what's right.

10/05/2020     Avina, Bobby

From: Avina, Bobby
Sent: Monday, October 5, 2020 2:57 PM
To:
Cc: :
Subject: RE: Marigayle

Hello

Did you or        have any update regarding the tenants at the residence? The neighbors advised that Kevin had numerous people at the property causing noise and parking issues. I didn't confirm any of these allegations but I was wondering what the status was referencing the property and the sober living/detox uses?

09/28/2020      Avina, Bobby

Sent: Monday, September 28 2020 7:38 AM
To: Avina, Bobby <bobby.avina@surfcity-hb.org>;

Subject: Marigayle

Dear All,
   I am meeting Kevin Grace at Marigayle today at 9am to
confirm all of the clients/patients have moved out. Kevin states
he will be residing at the property until he finds housing.


From: Avina, Bobby
Sent: Monday, September 28, 2020 7:42 AM
To:

Subject: RE: Marigayle

Thank you for the info Reggie. That does not sound good,
considering Kevin is considered the president of the Detox, and
if history repeats itself, we will be going down the same path
again very soon. In many of my past visits Kevin advised that
the tenants at the residence were his personal friends and he
was renting out the room to them, even though we now know
the roommates were sober living/detox members.

Was Kevin ever able to produce the lease agreement? I would
recommend that Kevin be required to vacate the residence in
order to avoid any potential complaints or code enforcement
action.

On Sep 28, 2020, at 8:46 AM,


Bobby, unfortunately, we don't have any court orders but we (as
I know will) continue to monitor. This house poses many
challenges for the bankruptcy case, and is also involved in
litigation which makes it more complicated. But, please know
we are doing the best we can.


09/21/2020      Avina, Bobby

From:
Sent: Monday, September 21, 2020 8:01 AM
To: 'Jim Parrott' <jim@axiondetox.com>
Cc: Avina, Bobby <bobby.avina@surfcity-hb.org>;

Subject: RE: Marigayle lease

Jim,
It is my understanding that, based on the City's visits to the
property, it is strongly of the view that there is detox medical
services occurring at the property. So, there appears to be
discrepancy from your explanation that you are operating a
group home/sober living facility.

Sent: Tuesday, September 22, 2020 11:32 AM
To: Avina, Bobby <bobby.avina@surfcity-hb.org>
Cc:
Subject: RE: Marigayle lease

Hi Bobby, just to keep you in the loop, I received a voicemail from Jim Parrot that they are moving out by the end of the weekend.

09/20/2020    Avina, Bobby

From:
Sent: Sunday, September 20, 2020 4:15 PM
To:
Cc:                                                        Jim Parrott
Subject: RE: Marigayle lease

Jim,

I am counsel to the trustee,

The absence of any lease is a huge problem and issue, however, there are many others. First, the trustee has received no rents from Axion for the use of the property. Second, Axion appears to be operating an unlicensed detox facility at the Marigayle property. Operating a detox facility without a license is a crime and must cease immediately. The City has also been receiving massive amounts of complaints from neighbors as to the property.                    he trustee's field agent) and I have attempted to advise Kevin Grace, the alleged manager of the facility, but he has been totally non-responsive and non-compliant with the law. The City is taking action. You are also advised to stop operating an illegal detox facility at the property. All of the trustee's claims against you are preserved.

From: Jim Parrott <jim@axiondetox.com>
Sent: Sunday, September 20, 2020 10:06 PM
To:
Subject: RE: Marigayle lease

- I appreciate the prompt response. We have been paying rent to my knowledge and I will confirm that this week as although I live in Seattle, I will be in Orange County all week. Our company
Axion Recovery, operates two group homes or sober living facilities, one is this property. This is far different than a clinical detox or residential facility. The city of Huntington Beach specifically does not license a sober living facility as they are protected under ADA. (I am also involved with a separate company, Axion Detox that does operate a clinical detox facility in Huntington Beach.) I personally apologize for any complaints that the neighbors have or have had as this is an expensive property and they have a right to good neighbors. I will meet this week with our team to assure compliance. I will get back to you early in the week regarding rents and I realize my not being able to dig out a copy of the lease is problematic but it does exist and it is in the storage unit. The balance of our furniture is supposed to arrive sometime this week from our prior home and I have rented a 2nd storage space. When I return next Friday, I will attempt to move enough furniture into storage space # 2 to uncover the file drawer containing the lease. Don't hesitate to contact me for any reason.

Jim Parrott, President
Axion Recovery Inc.
714-330-8526

Sent: Friday, September 18, 2020 5:16 PM
To:
Subject: Marigayle lease

You and I spoke Monday. This week my wife and I spent 4 hrs digging into and climbing over furniture stored 10 ' high in a 10' x 28' storage unit trying to find my desk. In the desk drawer are some of my files and the lease that we signed for Marigayle. We simply couldn't find the desk. We then rented a 2nd storage space of 10' x 15' and moved a lot of the furniture into it but still no luck.  We are actively looking for a house to lease or buy and hopefully will be moving all of our furniture from storage to a new home and then I'll have it. I am not sure where else to turn.  I took some picturtes so if you send me your phone no. I will forward them as well. It may be a month before we lease something and move. Am not sure what my next step should be??

Best Regards

Jim Parrott, President
Axion Recovery Inc.
714-330-8526

09/17/2020    Avina, Bobby

Field Agent:

I met with the Field Agent        at the property in an effort to make contact with the tenants regarding the possibility of a sober living/Detox. I conducted a door knock and spoke to a male white. The individual was reluctant to provide information but did state that he was new to the sober living home. He stated that the house manager was not at the location and he did not have contact info for them. I observed a medical box marked laboratory services for blood and urine. The residence is most likely being utilized as an unpermitted detox facility.

(30 mins)

**Page 23**

Sent: Thursday, September 17, 2020 12:37 PM
To: Avina, Bobby <bobby.avina@surfcity-hb.org>
Cc:
Subject: Today's Mee...g

Dear Bobby,

It was a pleasure meeting you this morning. Thank you for your
assistance.
FYI I spoke with Jo Jo Cook on 9/12/20 @ approximately
1130am via phone from the Marigayle address. She was
presented to me as the Manager and then later the Assistant
Manager of the home. When I asked her for the names of the
tenants she refused to divulge that information and stated a
right to privacy because of the state of their sobriety. She cited
HIPPA. During the conversation she referred to Axion Detox as
the name of who was in charge of the house. Another individual
named Kevin Grace also referred to as a House Manager also
referred to Axion during the same day via telephone
conversation. His email address is Kevin@axiondetox.com.

Thanks again

From:                          <                          >
Sent: Thursday, September 17, 2020 1:33 PM
To: Avina, Bobby <bobby.avina@surfcity-hb.org>
Cc:
Subject: Re: RE: Today's Meeting

Dear Bobby
I don't know how accurate the players names are in this one but
the contact # I texted Jo Jo Cook is

09/17/2020    Avina, Bobby        House Manager: Jo Jo Cook

I spoke to Jo Jo who advised that she was the house manager
for Axion Recovery which was a Sober Living branch off of
Axion Detox. Jo Jo advised that she was also a part of the
program and sober for over 1 year. Jo Jo stated that Kevin
Grace 949-619-0966 was the owner of the home and the
Director of the Business. She also mentioned that Eric
              was another house manager. Jo Jo advised that
there were 9 people living at the home and that medical
services were provided by Urgent Point Labs and Austin Bio
Labs. Jo Jo advised that drug tests were conducted along with
blood and urine screening. She stated that Dr. Gordon was the
psychologist and Dr. Jaimie dealt with the Intensive Outpatient
Programs.

It was apparent that the home was being utilized as an
unlicensed detox facility. Kevin Graces contact info was also
consistent with the main number on the Axion Detox website. I
will forward the info to the city attorney's office.

Sent: Thursday, September 17, 2020 3:29 PM
To: Kevin Grace (kevin@axiondetox.com)
<kevin@axiondetox.com>
Cc: Avina, Bobby <bobby.avina@surfcity-hb.org>;

)

Subject: URGENT: 6475 Marigayle Cir. Huntington Beach CA

Mr. Grace,

As you know, I am the counsel to the Chapter 7 Trustee of the
Bankruptcy Estate of Helping Others International, LLC (HOI)
which is in a federal bankruptcy proceeding.  HOI is the
property owner of 6475 Marigayle Cir. Huntington Beach, CA
and under the jurisdiction of the bankruptcy court.

The trustee has received disturbing news that you and your
company (Axion Detox) and others associated with you might
be engaging in unlicensed medical services associated with
running a detox center at the property. Demand is hereby made
that you cease and desist immediately providing unlicensed
medical services at the property.  Additionally, despite many
promises to me and to the trustee's field agent (Reggie Boyle)
that you would produce a lease agreement between you and
HOI regarding your occupation of the property, you have failed
to do so. As a result, it appears that you might be in possession
of the facility illegally in addition to engaging in unlicensed
medical services at the property. These facts may give rise to
serious claims against you by the HOI bankruptcy estate.

Again, demand is hereby made that you immediately cease and
desist providing unlicensed medical services at the property
and ensure that no other person is either providing or receiving
unlicensed medical services at the property. All claims against
you and your businesses are preserved.

| 09/15/2020 | Avina, Bobby |

I spoke to        who advised that she believed the tenants
were operating some type of sober living business and the
trustee wanted the tenants to vacate the premises. I advised
        that we were attempting to locate proof related to sober
living or a detox facility in order to move forward with
enforcement.        advised that she would have her field
agent get in contact with me to schedule an onsite visit. I will
follow up.

(20 mins)

Sent: Monday, September 14, 2020 4:29 PM
To: Avina, Bobby <bobby.avina@surfcity-hb.org>
Subject: 6475 Marigayle circle

This is the amount of trash. Plus six trash cans. Trash was
picked up Saturday and the dumpster Came today. When I
went to get the mail today 2 people with blue medical uniforms
went in the house. The ladies shirt say bb clinical. Don't know
what that means.
Just a little update.

09/10/2020    Avina, Bobby

From:
Sent: Thursday, September 10, 2020 2:15 PM
To: Avina, Bobby <bobby.avina@surfcity-hb.org>
Cc:

Subject: RE: 6475 Marigayle Cir

Hi Bobby,

Yes, I am counsel to the chapter 7 trustee of Helping Others
International, LLC which is the property owner. The property is
an asset of the bankruptcy estate and thus continues to be
under the jurisdiction of the Bankruptcy Court. If you wish to
speak to me about these complaints, please feel free to email
me or call me on my cell phone                    .ince I am
working mostly remotely due to Covid.

09/10/2020    Avina, Bobby

I spoke to the Trustees Attorney           regading the status of
the property.          advised that the property owner Helping
others LLC which was owned by Megan Zucaro had filed
bankruptcy and the home was appointed to a trustee. I
explained to            that the city has been continuously
receiving complaints on the home and any help would be
appreciated.            advised that the home was currently tied
up in lawsuits but that she understood the neighbors concerns
and would be attempting to relocate the current tenants. I will
provide the RP with an update.

(30 mins)

08/31/2020    Avina, Bobby

I spoke to the PO Megan who advised that her attorney was
working on evicting the current tenants but were slowed due to
Covid. I will follow up.

(15 mins)

I spoke to the PO Megan and advised her of the complaints
that we have received. Megan stated that she was not aware of
the issues but wanted to know the best solution. I advised
Megan that the complaints were regarding the numerous
tenants conduct and how the neighbors were afraid and upset
about the residence. Megan stated that she thought it would be
best if she evicted the tenants and rented the home to a single
family. I advised Megan that using the property as a single
family residence without multiple tenants would be a great start.
Megan advised that she would have the tenants vacate wthin
30 days. I will follow up.

(30 mins)

Sent: Monday, March 23, 2020 7:32 AM
To: 'Megan Zucaro'
Subject: RE: 6475 Marigayle Cir

Good morning Megan,

I appreciate the quick follow up and I hope you and your family
are safe during these unprecedented times. Our office has
been receiving numerous complaints related to the tenants at
the above location. Please see the three most recent
complaints below:

1.       This is a single family residence and isn't being used
as such. There a constantly new residents occupying the home
on a regular basis.
2.       Revolving door, new people living in & out. Sketchy
people coming in & out all hrs of the day & night. I feel scared
for my children's safety as well as mine. I believe they are
running a rehab facility for drug addicts or selling drugs with the
amount of cars & people activity. This is a single family home
not a mixed use retail neighborhood! I hope this complaint is
actually followed up on & taken seriously! It is bringing types of
people In our neighborhood that are low-life no-working &
extremely bad examples to our kids. I can't walk any longer at
night because I am scared of them or their pit bull they let loose
on the street.
3.       Please see video attached. Also excessive trash build
up with accompanying refuse odor. Rat infestation. Strong
smell of Marijuana coming from the property some evenings.
Disruptive raised voices/shouting late night/early morning.
Illegally parked vehicles including break downs.

I have been receiving numerous phone calls and emails
regarding the activity coming from the residence. I had
previously met with the current tenant Kevin and discussed
some of the issues. Kevin understood the neighborhoods
concern but it appears that the amount of people staying at the
home and their conduct has now risen to a public nuisance
level. Kevin advised that he was renting out multiple rooms to
people and I believe this may be a contributing factor.

I have been receiving photos of medical supply trucks
delivering and receiving medical items including overflowing
trash containers with medical items falling onto the street. This
activity leads everyone to believe that the residence is being
ran as a sober living or detox facility. I understand that the
residence no longer has a state license to be operating as
such, so I wanted to bring this to your attention as the property
owner.

I understand that the lease is on a month to month basis and I
would like your help to resolve the current issues however you
see fit. Please let me know what your intentions are as the
owner of the property and thank you for working with us to
make the neighborhood safe.

From: Megan Zucaro
Sent: Monday, March 23, 2020 2:48 PM
To: Avina, Bobby <bobby.avina@surfcity-hb.org>
Subject: Re: 6475 Marigayle Cir

I am talking with the tenant and will followup with you Thursday
once I go and inspect based on what you have told me
We are in a lawsuit with the house with various people so let
me get the facts so I can make sure I am doing what I need to
do to help you

| 03/21/2020 | Avina, Bobby | From: Megan Pizzaro<br>Sent: Saturday, May 2, 2020 7:42 AM<br>To: Avina, Bobby <bobby.avina@surfcity-hb.org><br>Subject: Re: 6475 Marigayle Cir<br><br>Yes what are the complaints I was not aware |
| 03/17/2020 | Avina, Bobby | On Tue, Mar 17, 2020 at 3:44 PM Avina, Bobby <bobby.avina@surfcity-hb.org> wrote:<br>Hello Megan,<br><br>I wanted to follow up with you regarding the above property and additional complaints our department has received. Are you still the owner of the property?<br><br>Bobby Avina |
| 03/13/2020 | Avina, Bobby | I spoke to one of the RP's regarding the neighboring property. Complaints appear to be related to the type of individuals living there. Several inspection were conducted but no indication of a sober living facility was observed. I will follow up and continue to monitor.<br><br>(30 mins) |
| **Date** | **Document Type** | **Comments** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

 232 N Canon Drive, Beverly Hills, CA 90210

A true and correct copy of the foregoing document entitled: **Notice of Opposition and Request for a Hearing** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
 _10/27/2020_ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
   See attached Service List

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/27/2020 | Gerald R. Spencer, Jr. | /s/ Gerald R. Spencer, Jr. |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                             Page 3                **F 9013-1.3.OPPOSITION.REQ.HEARING**

Ron Bender on behalf of Interested Party INTERESTED PARTY
rb@lnbyb.com

Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV)
kate.bunker@usdoj.gov

Todd J Cleary on behalf of Debtor Helping Others International, LLC
lawofficetoddcleary@gmail.com, cleary1@pacbell.net;clearytr44952@notify.bestcase.com

Lori E Eropkin on behalf of Creditor American Financial Center, Inc., a California corporation
leropkin@laklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com

Lori E Eropkin on behalf of Defendant American Financial Center, Inc., a California corporation
leropkin@laklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com

Lori E Eropkin on behalf of Interested Party Courtesy NEF
leropkin@laklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com

David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com,dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com

Anita Jain on behalf of Defendant United Lender, LLC
ajain@mdjalaw.com, riwata@mdjalaw.com

Anita Jain on behalf of Defendant Albert A. Ahdoot
ajain@mdjalaw.com, riwata@mdjalaw.com

Anita Jain on behalf of Defendant Shawn Ahdoot
ajain@mdjalaw.com, riwata@mdjalaw.com

Anita Jain on behalf of Interested Party INTERESTED PARTY
ajain@mdjalaw.com, riwata@mdjalaw.com

Monica Y Kim on behalf of Interested Party INTERESTED PARTY
myk@lnbrb.com, myk@ecf.inforuptcy.com

Monica Y Kim on behalf of Interested Party Interested Party
myk@lnbrb.com, myk@ecf.inforuptcy.com

Monica Y Kim on behalf of Trustee David K Gottlieb
myk@lnbrb.com, myk@ecf.inforuptcy.com

Monica Y Kim on behalf of Trustee David Keith Gottlieb (TR)
myk@lnbrb.com, myk@ecf.inforuptcy.com

Lawrence C Meyerson on behalf of Interested Party Courtesy NEF
lcm@lcmplc.com

Andrew A Smits on behalf of Interested Party Courtesy NEF
asmits@smits-law.com, kimberly@smits-law.com

Andrew A Smits on behalf of Interested Party INTERESTED PARTY
asmits@smits-law.com, kimberly@smits-law.com

Andrew A Smits on behalf of Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature
Trust
asmits@smits-law.com, kimberly@smits-law.com

Richard P Steelman, Jr on behalf of Trustee David K Gottlieb
rps@lnbyb.com, john@lnbyb.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Maurice Wainer on behalf of Interested Party INTERESTED PARTY
mrwainer@aol.com, daniel@swmfirm.com;mrwainer@swmfirm.com

Larry D Webb on behalf of Interested Party INTERESTED PARTY
Webblaw@gmail.com, larry@webblaw.onmicrosoft.com

Jemma Dunn, Senior Deputy Attorney for the City of Huntington Beach
jemma.dunn@surfcity-hb.org