1  Andrew A. Smits (State Bar No. 146659)
   Law Offices of Andrew A. Smits
2  36 Executive Park, Suite 160
   Irvine, California 92614-4794
3  Telephone:  (949) 833-1025
   Email:      asmits@smits-law.com
4
   Attorney for Secured Creditor and Plaintiff
5  Anh Thy Song Nguyen, Trustee of Mother Nature Trust
6
7
8              UNITED STATES BANKRUPTCY COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10             SAN FERNANDO VALLEY DIVISION

11  In re:                          | Case No. 1:20-bk-11134-VK

12  HELPING OTHERS INTERNATIONAL,   | Chapter 7
    LLC,
13                                  | REQUEST FOR JUDICIAL NOTICE OF
                                    | PLAINTIFF ANH THY SONG NGUYEN,
14                                  | TRUSTEE OF MOTHER NATURE
                       Debtor.      | TRUST, IN REPLY TO OPPOSITION OF
15                                  | UNITED LENDER, LLC, TO
                                    | TRUSTEE'S NOTICE OF INTENT TO
16                                  | ABANDON ESTATE PROPERTY

17                                  | Date:  November 12, 2020
                                    | Time:  1:30 p.m.
18                                  | Dept.: U.S. Bankruptcy Court,
                                    |        Courtroom 301
19                                  |        21041 Burbank Boulevard
                                    |        Woodland Hills, California 91367
20
21

22          Pursuant to Rule 201 of the Federal Rules of Evidence and Rule 9017 of the Federal Rules

23  of Bankruptcy Procedure, plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust

24  ("Nguyen"), requests the Court take judicial notice of the pleadings and papers in this bankruptcy

25  case, the adversary proceeding known as *Nguyen v. United Lender, LLC, et al.*, case number 1:20-

26  ap-01070-VK , and the Chapter 7 bankruptcy case, *In re: Megan Elizabeth Zucaro*, case no. 9:20-

27  bk-10714-MB, including the following:

28                                       1

LAW OFFICES OF ANDREW A. SMITS
36 Executive Park
Suite 160
Irvine, California 92614-4794
Telephone: (949) 833-1025
Email: asmits@smits-law.com

REQUEST FOR JUDICIAL NOTICE OF PLAINTIFF ANH THY SONG NGUYEN, TRUSTEE OF MOTHER
NATURE TRUST, IN REPLY TO OPPOSITION OF UNITED LENDER, LLC, TO TRUSTEE'S NOTICE OF
INTENT TO ABANDON ESTATE PROPERTY

1.      Chapter 7 Trustee David K. Gottlieb's Notice of Intent to Abandon Estate Property located at 6475 Marigayle Circle, Huntington Beach, California 92648 dated October 13, 2020, (Docket No. 86) in the bankruptcy case known as *In re: Helping Others International, LLC*, case no. 1:20-bk-11134-VK, a copy of which is attached hereto as **Exhibit "A."**

2.      Chapter 7 Trustee David K. Gottlieb's Notice of Intent to Abandon Estate Property, including the estate's interest, claims, rights, and defenses in the underlying litigation related to the real property located at 6475 Marigayle Circle, Huntington Beach, California 92648, pending as Adversary Proceeding No. 1:20-ap-01070-VK dated October 13, 2020, (Docket No. 90) in the bankruptcy case known as *In re: Helping Others International, LLC*, case no. 1:20-bk-11134-VK, a copy of which is attached hereto as **Exhibit "B."**

3.      Chapter 7 Trustee David K. Gottlieb's Notice That The Trustee Will Not Be Taking Any Further Action On the Trustee's Motion To Dismiss And Related Supplemental Joinder, As Well As The Litigation, In Light Of The Effective Abandonment Of The Adversary Proceeding Litigation dated October 28, 2020, (Docket No. 70) in the Adversary Proceeding known as *Nguyen v. United Lender, LLC, et al.*, case no. 1:20-ap-01070-VK, a copy of which is attached hereto as **Exhibit "C."**

4.      Order to Show Cause Why This Adversary Proceeding Should Not Be Dismissed For Lack of Subject Matter Jurisdiction or, in the Alternative, Remanded to State Court dated October 30, 2020 (Docket No. 71) in the Adversary Proceeding known as *Nguyen v. United Lender, LLC, et al.*, case no. 1:20-ap-01070-VK, a copy of which is attached hereto as **Exhibit "D."**

5.      Notice of Non-Entitlement to Discharge Pursuant to 11 U.S.C. Section 727(a)(8) or (9) dated October 29, 2020 (Docket No. 37) in the bankruptcy case known as *In re: Megan Elizabeth Zucaro*, case no. 9:20-bk-10714-MB, a copy of which is attached hereto as **Exhibit "E."**

6.      Notice of Removal of Lawsuit Pending in State Court to Bankruptcy Court (28 USC §1452) dated July 17, 2020, (Docket No. 23) in the bankruptcy case known as *In re: Helping Others International, LLC*, case no. 1:20-bk-11134-VK, a copy of which is attached hereto as

LAW OFFICES OF ANDREW A. SMITS
36 Executive Park
Suite 160
Irvine, California 92614-4794
Telephone: (949) 833-1025
Email: asmits@smits-law.com

2

1    **Exhibit "F."**  United Lender filed the Notice of Removal.  The Notice of Removal reflects that

2    United Lender brought on March 4, 2020 in the state court action an ex parte application to

3    appoint a receiver for the Huntington Beach Property.  On March 5, 2020, the state court denied

4    the application but set a hearing on a motion to appoint a receiver for April 28, 2020.  The court

5    rescheduled the hearing for July 28, 2020.  (See Notice of Removal, Doc. Nos. 72-74, 76, 84-87.)

6    On July 17, 2020, United Lender effectively abandoned its motion to appoint a receiver when it

7    removed the state court action to this Bankruptcy Court in an attempt to forum shop.  What's

8    more, on July 24, 2020 United Lender formally withdrew its motion to appoint receiver.

9           7.        Notice of Withdrawal of Motion for Appointment of Receiver erroneously dated

10   March 3, 2020 with a Proof of Service signed by attorney Maurice Wainer dated July 24, 2020, a

11   copy of which is attached hereto as **Exhibit "G."**

12          8.        Register of Actions on file with the Orange County Superior Court reflecting that

13   United Lender (and its alter egos Albert Ahdoot and Shawn Ahdoot) filed its Notice of

14   Withdrawal of Motion for Appointment of Receiver on July 24, 2020 (See, ROA No. 284), a copy

15   of which is attached hereto as **Exhibit "H."**

16

17   Dated: November 5, 2020                          LAW OFFICES OF ANDREW A. SMITS

18

19

20                                           By: _____/s/   ANDREW A. SMITS_____

21                                           Andrew A. Smits
                                        Attorney for Secured Creditor and Plaintiff
Anh Thy Song Nguyen, Trustee of Mother

22                                           Nature Trust

23

24

25

26

27

28

LAW OFFICES OF ANDREW A. SMITS
36 Executive Park
Suite 160
Irvine, California 92614-4794
Telephone: (949) 833-1025
Email: asmits@smits-law.com

3

REQUEST FOR JUDICIAL NOTICE OF PLAINTIFF ANH THY SONG NGUYEN, TRUSTEE OF MOTHER
NATURE TRUST, IN REPLY TO OPPOSITION OF UNITED LENDER, LLC, TO TRUSTEE'S NOTICE OF
INTENT TO ABANDON ESTATE PROPERTY

# EXHIBIT "A"

MONICA Y. KIM (SBN 180139)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: MYK@LNBYB.COM

Attorneys for David K. Gottlieb, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>HELPING OTHERS INTERNATIONAL, LLC,<br><br>        Debtor. | Case No. 1:20-BK-11134-VK<br><br>Chapter 7<br><br>**NOTICE OF INTENT TO ABANDON ESTATE PROPERTY**<br><br>**[11 U.S.C. § 554(a); LBR 6007-1]**<br><br>[No Hearing Required] |

### TO ALL CREDITORS AND PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 554(a) and Local Bankruptcy Rule 6007-1, David K. Gottlieb, the chapter 7 trustee ("Trustee") for the estate of Helping Others International, LLC, debtor herein ("Debtor"), intends to abandon the estate's interest, if any, in the real property located at: 6475 MARIGAYLE CIRCLE, HUNTINGTON BEACH, CA 92648 ("Real Property").

The Trustee is informed and believes that there is no realizable equity in the Real Property. As a result, the Real Property has inconsequential value and benefit to the estate. Hence, the Trustee believes that the proposed abandonment is in the best interests of the estate and its creditors.

1

1      **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 6007-1,

2 any objection or request for hearing must be filed with the Court and served on the Trustee not

3 more than fourteen (14) days after service from this Notice.  If no request for hearing is timely

4 filed and served, the Trustee may take the proposed action and the Trustee will be deemed to

5 have abandoned any interest in the Personal Property, fourteen (14) days from the date of

6 mailing this notice, which date is noted below.  No court order will be required for the

7 abandonment to be effective.

8      If a timely objection and request for hearing is filed and served, the Trustee shall within

9 21 days from the date of service of the response and request for hearing schedule and give not

10 less than 14 days notice of a hearing to those responding and to the United States Trustee. The

11 proceedings in such matters will be governed by Local Bankruptcy Rule 9013-1(o).

Dated: October 13, 2020      LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

By:   /s/ *Monica Y. Kim*
      Monica Y. Kim
      Attorneys for David K. Gottlieb, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

1

2 I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business
address is: 10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067

3

4 A true and correct copy of the foregoing document **NOTICE OF INTENT TO ABANDON ESTATE
PROPERTY** will be served or was served (a) on the judge in chambers in the form and manner required
by LBR 5005-2(d); and (b) in the manner stated below:

5

6 **1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to
controlling General Orders and LBR, the foregoing document will be served by the court via NEF and
hyperlink to the document. On (*date*) October 13, 2020, I checked the CM/ECF docket for this bankruptcy
7 case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice
List to receive NEF transmission at the email addresses stated below:

8

9 ☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
10 On October 13, 2020 I served the following persons and/or entities at the last known addresses in this
bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope
11 in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the
12 document is filed.
☒  Service information continued on attached page

13

14 ***Served via First Class Mail***
The Honorable Victoria Kaufman
United States Bankruptcy Court
15 Central District of California
21041 Burbank Boulevard, Suite 354 / Courtroom 301
16 Woodland Hills, CA 91367

17 **3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
(state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on
18 October 13, 2020  I served the following persons and/or entities by personal delivery, overnight mail
service, or (for those who consented in writing to such service method), by facsimile transmission and/or
19 email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight
mail to, the judge will be completed no later than 24 hours after the document is filed.

20

☐  Service information continued
21 on attached page

22 I declare under penalty of perjury under the laws of the United States that the foregoing is true and
correct.

23

| October 13, 2020 | Jason Klassi | /s/ Jason Klassi |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

24

25

26

27

28

1  **1:20-bk-11134-VK Notice will be electronically mailed to:**

2  Ron Bender on behalf of Interested Party INTERESTED PARTY
rb@lnbyb.com

3

4  Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV)
kate.bunker@usdoj.gov

5  Todd J Cleary on behalf of Debtor Helping Others International, LLC
lawofficetoddcleary@gmail.com, cleary1@pacbell.net;clearytr44952@notify.bestcase.com

6

7  Lori E Eropkin on behalf of Creditor American Financial Center, Inc., a California corporation
leropkin@laklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com

8  Lori E Eropkin on behalf of Defendant American Financial Center, Inc., a California corporation
leropkin@laklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com

9

10 Lori E Eropkin on behalf of Interested Party Courtesy NEF
leropkin@laklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com

11 David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com,

12 dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com

13 Anita Jain on behalf of Defendant United Lender, LLC
ajain@mdjalaw.com, riwata@mdjalaw.com

14

15 Anita Jain on behalf of Defendant Albert A. Ahdoot
ajain@mdjalaw.com, riwata@mdjalaw.com

16 Anita Jain on behalf of Defendant Shawn Ahdoot
ajain@mdjalaw.com, riwata@mdjalaw.com

17

18 Anita Jain on behalf of Interested Party INTERESTED PARTY
ajain@mdjalaw.com, riwata@mdjalaw.com

19 Monica Y Kim on behalf of Interested Party INTERESTED PARTY
myk@lnbrb.com, myk@ecf.inforuptcy.com

20

21 Monica Y Kim on behalf of Interested Party Interested Party
myk@lnbrb.com, myk@ecf.inforuptcy.com

22 Monica Y Kim on behalf of Trustee David K Gottlieb
myk@lnbrb.com, myk@ecf.inforuptcy.com

23

24 Monica Y Kim on behalf of Trustee David Keith Gottlieb (TR)
myk@lnbrb.com, myk@ecf.inforuptcy.com

25 Lawrence C Meyerson on behalf of Interested Party Courtesy NEF
lcm@lcmplc.com

26

27 Andrew A Smits on behalf of Interested Party Courtesy NEF
asmits@smits-law.com, kimberly@smits-law.com

28 Andrew A Smits on behalf of Interested Party INTERESTED PARTY

1 | asmits@smits-law.com, kimberly@smits-law.com

2 | Andrew A Smits on behalf of Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust
asmits@smits-law.com, kimberly@smits-law.com

3

4 | Richard P Steelman, Jr on behalf of Trustee David K Gottlieb
rps@lnbyb.com, john@lnbyb.com

5 | United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

6

7 | Maurice Wainer on behalf of Interested Party INTERESTED PARTY
mrwainer@aol.com, daniel@swmfirm.com;mrwainer@swmfirm.com

8 | Larry D Webb on behalf of Interested Party INTERESTED PARTY
Webblaw@gmail.com, larry@webblaw.onmicrosoft.com

9

Label Matrix for local noticing
0973-1
Case 1:20-bk-11134-VK
Central District of California
San Fernando Valley
Tue Oct 13 10:16:52 PDT 2020

Helping Others International LLC
139 S Beverly Dr
Beverly Hills, CA 90212-3032

San Fernando Valley Division
21041 Burbank Blvd,
Woodland Hills, CA 91367-6606

Ahn Thy Song Nguyen,Trustee
Mother Nature Trust
9938 Bolsa Avenue
Ste 211
Orange, CA 92863

Alexis Britney Judge
2818 Allesandro St
Los Angeles, CA 90039-3405

American Financial Center Inc.
c/o Mark R. Crittenden, Reg. Agent
14390 Ventura Blvd., Suite 320
Sherman Oaks, CA 91423-2756

American Financial Center, Inc.
c/o Lori E. Eropkin
Levinson Arshonsky & Kurtz LLP
15303 Ventura Blvd., Suite 1650
Sherman Oaks, CA 91403-6620

Ashley Boos
37 Fairfield
Foothill Ranch, CA 92610
Foothill Ranch, CA 92610-1856

Cartier Isabella Judge Gallarzo
2818 Allesandro St
Los Angeles, CA 90039-3405

Deanna Lueckenotte
2411 Osage Road
Gatesville, TX 76528-1846

Gallarzo Cartier
2818 Allesandro St.
Los Angeles, CA 90039-3405

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

Lawrence C Meyerson
A Professional Law Corporation
5521 Mission Rd Ste 399
Bonsall, CA 92003-2518

Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017-3560

Prominence Capital Partners Ltd
974 Sandstone Drive
Glendora, CA 91740-5392

Randall Matthews
5257 Abuelo Court
Dallas, TX 75211-7489

Raymond Carlton
1211 Mohave Drive
Colton, CA 92324-4797

Sarah Panuco
30078 Wales Ct
Menifee, CA 92584-5607

United Lender LLC
3635 S. Fort Apache Road
Suite 200-202
Las Vegas, NV 89147-3403

United States Trustee (SV)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Western Fidelity Associates LLC
dba Western Fidelity Trustees
1222 Crenshaw Boulevard Suite  B
Torrance, CA 90501-2496

Wooshies Inc.
3635 S. Fort Apache Road
Suite 200-202
Las Vegas, NV 89147-3403

kristy kelly
711 Williams dr unit a
Huntington beach, CA 92648-6567

(p)DAVID KEITH GOTTLIEB  TR
16255 VENTURA BOULEVARD SUITE 440
ENCINO CA 91436-2308

Todd J Cleary
10720 Mccune Ave
Los Angeles, CA 90034-6211

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

LOS ANGELES COUNTY TREASURER AND TAX COLLECT
PO BOX 54110
LOS ANGELES, CA 90054-0110

David Keith Gottlieb (TR)
16255 Ventura Boulevard, Suite 440
Encino, CA CA 91436

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)American Financial Center, Inc., a Califor

(u)Courtesy NEF

(u)INTERESTED PARTY

(u)Amsterdam Nouveau Trust

(u)Bao D Lee

(u)Carlos A Ruiz

(u)Jesus Rojas

(u)Patricai L Parker - Marcos

(d)Wooshies, Inc.
3635 S Fort Apache Road
Suite 200-202
Las Vegas, NV 89147-3403

(u)Regis Boyle Jr

End of Label Matrix
Mailable recipients    25
Bypassed recipients    10
Total    35

# EXHIBIT "B"

1  MONICA Y. KIM (SBN 180139)
2  LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
   10250 Constellation Boulevard, Suite 1700
3  Los Angeles, California 90067
   Telephone: (310) 229-1234
4  Facsimile: (310) 229-1244
   Email: MYK@LNBYB.COM
5
6  Attorneys for David K. Gottlieb, Chapter 7 Trustee

7

8                    **UNITED STATES BANKRUPTCY COURT**

9                     **CENTRAL DISTRICT OF CALIFORNIA**

10                    **SAN FERNANDO VALLEY DIVISION**

11  In re:                              | Case No. 1:20-BK-11134-VK

12  HELPING OTHERS INTERNATIONAL,        | Chapter 7
13  LLC,
                                         | **NOTICE OF INTENT TO ABANDON**
14          Debtor.                      | **ESTATE PROPERTY**

15                                       | **[11 U.S.C. § 554(a); LBR 6007-1]**

16                                       | [No Hearing Required]

17

18          **TO ALL CREDITORS AND PARTIES IN INTEREST:**

19          **PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 554(a) and Local Bankruptcy

20  Rule 6007-1, David K. Gottlieb, the chapter 7 trustee ("Trustee") for the estate of Helping Others

21  International, LLC, debtor herein ("Debtor"), intends to abandon the estate's interest, claims,

22  rights, and defenses in the underlying litigation related to the real property located at 6475

23  MARIGAYLE CIRCLE, HUNTINGTON BEACH, CA 92648 ("Real Property") that is now

24  pending as Adversary Proceeding No. 1:20-ap-01070-VK (and which was previously Orange

25  County Superior Court Case No. 30-2020-01124778-CU-FR-CJC prior to removal) (the

26  "LITIGATION"). For the sake of clarity, the LITIGATION that the Trustee intends to abandon

27  includes the cross-claim filed as Docket Number 42 in Adversary Proceeding No. 1:20-ap-

28

                                          1

1  01070-VK and also includes any other cross-claims or counterclaims that may be or could be

2  filed in connection with the LITIGATION.

3      The Trustee is informed and believes that the estate's pursuit and defenses in the

4  LITIGATION in its current status is burdensome to the estate compared with any potential

5  benefit to the estate and is of inconsequential value and benefit to the estate. Hence, the Trustee

6  believes that the proposed abandonment is in the best interests of the estate and its creditors.

7      **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 6007-1,

8  any objection or request for hearing must be filed with the Court and served on the Trustee not

9  more than fourteen (14) days after service from this Notice.  If no request for hearing is timely

10  filed and served, the Trustee may take the proposed action and the Trustee will be deemed to

11  have abandoned any interest in the LITIGATION, fourteen (14) days from the date of mailing

12  this notice, which date is noted below.  No court order will be required for the abandonment to

13  be effective.

14      If a timely objection and request for hearing is filed and served, the Trustee shall within

15  21 days from the date of service of the response and request for hearing schedule and give not

16  less than 14 days notice of a hearing to those responding and to the United States Trustee. The

17  proceedings in such matters will be governed by Local Bankruptcy Rule 9013-1(o).

18  Dated: October 13, 2020     LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

20      By:___ /s/ *Monica Y. Kim*_____
    Monica Y. Kim

21      Attorneys for David K. Gottlieb, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

1

2    I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business
     address is: 10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067

3

4    A true and correct copy of the foregoing document **NOTICE OF INTENT TO ABANDON ESTATE
     PROPERTY**  will be served or was served (a) on the judge in chambers in the form and manner required
     by LBR 5005-2(d); and (b) in the manner stated below:

5

6    1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to
     controlling General Orders and LBR, the foregoing document will be served by the court via NEF and
     hyperlink to the document. On (*date*) October 13, 2020, I checked the CM/ECF docket for this bankruptcy

7    case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice
     List to receive NEF transmission at the email addresses stated below:

8

9    ☒  Service information continued on attached page

     2.  **SERVED BY UNITED STATES MAIL**:
10   On October 13, 2020 I served the following persons and/or entities at the last known addresses in this
     bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope
11   in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
     constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the
12   document is filed.
     ☒  Service information continued on attached page

13

     ***Served via First Class Mail***
14   The Honorable Victoria Kaufman
     United States Bankruptcy Court
15   Central District of California
     21041 Burbank Boulevard, Suite 354 / Courtroom 301
16   Woodland Hills, CA 91367

17   3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
     (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on
18   October 13, 2020  I served the following persons and/or entities by personal delivery, overnight mail
     service, or (for those who consented in writing to such service method), by facsimile transmission and/or
19   email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight
     mail to, the judge will be completed no later than 24 hours after the document is filed.

20
                                                                 ☐  Service information continued
21   on attached page

22   I declare under penalty of perjury under the laws of the United States that the foregoing is true and
     correct.

23

     | October 13, 2020 | Jason Klassi | /s/ Jason Klassi |
24   | *Date* | *Printed Name* | *Signature* |

25

26

27

28

1   **1:20-bk-11134-VK Notice will be electronically mailed to:**

2   Ron Bender on behalf of Interested Party INTERESTED PARTY
    rb@lnbyb.com

3

4   Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV)
    kate.bunker@usdoj.gov

5   Todd J Cleary on behalf of Debtor Helping Others International, LLC
    lawofficetoddcleary@gmail.com, cleary1@pacbell.net;clearytr44952@notify.bestcase.com

6

7   Lori E Eropkin on behalf of Creditor American Financial Center, Inc., a California corporation
    leropkin@laklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com

8   Lori E Eropkin on behalf of Defendant American Financial Center, Inc., a California corporation
    leropkin@laklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com

9

10  Lori E Eropkin on behalf of Interested Party Courtesy NEF
    leropkin@laklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com

11  David Keith Gottlieb (TR)
    dkgtrustee@dkgallc.com,

12  dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com

13  Anita Jain on behalf of Defendant United Lender, LLC
    ajain@mdjalaw.com, riwata@mdjalaw.com

14

15  Anita Jain on behalf of Defendant Albert A. Ahdoot
    ajain@mdjalaw.com, riwata@mdjalaw.com

16  Anita Jain on behalf of Defendant Shawn Ahdoot
    ajain@mdjalaw.com, riwata@mdjalaw.com

17

18  Anita Jain on behalf of Interested Party INTERESTED PARTY
    ajain@mdjalaw.com, riwata@mdjalaw.com

19  Monica Y Kim on behalf of Interested Party INTERESTED PARTY
    myk@lnbrb.com, myk@ecf.inforuptcy.com

20

21  Monica Y Kim on behalf of Interested Party Interested Party
    myk@lnbrb.com, myk@ecf.inforuptcy.com

22  Monica Y Kim on behalf of Trustee David K Gottlieb
    myk@lnbrb.com, myk@ecf.inforuptcy.com

23

24  Monica Y Kim on behalf of Trustee David Keith Gottlieb (TR)
    myk@lnbrb.com, myk@ecf.inforuptcy.com

25  Lawrence C Meyerson on behalf of Interested Party Courtesy NEF
    lcm@lcmplc.com

26

27  Andrew A Smits on behalf of Interested Party Courtesy NEF
    asmits@smits-law.com, kimberly@smits-law.com

28  Andrew A Smits on behalf of Interested Party INTERESTED PARTY

4

1 | asmits@smits-law.com, kimberly@smits-law.com

2 | Andrew A Smits on behalf of Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust
asmits@smits-law.com, kimberly@smits-law.com

3

4 | Richard P Steelman, Jr on behalf of Trustee David K Gottlieb
rps@lnbyb.com, john@lnbyb.com

5 | United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

6

7 | Maurice Wainer on behalf of Interested Party INTERESTED PARTY
mrwainer@aol.com, daniel@swmfirm.com;mrwainer@swmfirm.com

8 | Larry D Webb on behalf of Interested Party INTERESTED PARTY
Webblaw@gmail.com, larry@webblaw.onmicrosoft.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Label Matrix for local noticing
0973-1
Case 1:20-bk-11134-VK
Central District of California
San Fernando Valley
Tue Oct 13 10:16:52 PDT 2020

Heyman Piercepinal LLC
139 S Beverly Dr
Beverly Hills, CA 90212-3032

San Fernando Valley Division
21041 Burbank Blvd,
Woodland Hills, CA 91367-6606

Ahn Thy Song Nguyen,Trustee
Mother Nature Trust
9938 Bolsa Avenue
Ste 211
Orange, CA 92863

Alexis Britney Judge
2818 Allesandro St
Los Angeles, CA 90039-3405

American Financial Center Inc.
c/o Mark R. Crittenden, Reg. Agent
14390 Ventura Blvd., Suite 320
Sherman Oaks, CA 91423-2756

American Financial Center, Inc.
c/o Lori E. Eropkin
Levinson Arshonsky & Kurtz LLP
15303 Ventura Blvd., Suite 1650
Sherman Oaks, CA 91403-6620

Ashley Boos
37 Fairfield
Foothill Ranch, CA 92610
Foothill Ranch, CA 92610-1856

Cartier Isabella Judge Gallarzo
2818 Allesandro St
Los Angeles, CA 90039-3405

Deanna Lueckenotte
2411 Osage Road
Gatesville, TX 76528-1846

Gallarzo Cartier
2818 Allesandro St.
Los Angeles, CA 90039-3405

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

Lawrence C Meyerson
A Professional Law Corporation
5521 Mission Rd Ste 399
Bonsall, CA 92003-2518

Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017-3560

Prominence Capital Partners Ltd
974 Sandstone Drive
Glendora, CA 91740-5392

Randall Matthews
5257 Abuelo Court
Dallas, TX 75211-7489

Raymond Carlton
1211 Mohave Drive
Colton, CA 92324-4797

Sarah Panuco
30078 Wales Ct
Menifee, CA 92584-5607

United Lender LLC
3635 S. Fort Apache Road
Suite 200-202
Las Vegas, NV 89147-3403

United States Trustee (SV)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Western Fidelity Associates LLC
dba Western Fidelity Trustees
1222 Crenshaw Boulevard Suite  B
Torrance, CA 90501-2496

Wooshies Inc.
3635 S. Fort Apache Road
Suite 200-202
Las Vegas, NV 89147-3403

kristy kelly
711 Williams dr unit a
Huntington beach, CA 92648-6567

(p)DAVID KEITH GOTTLIEB  TR
16255 VENTURA BOULEVARD SUITE 440
ENCINO CA 91436-2308

Todd J Cleary
10720 Mccune Ave
Los Angeles, CA 90034-6211

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

LOS ANGELES COUNTY TREASURER AND TAX COLLECT
PO BOX 54110
LOS ANGELES, CA 90054-0110

David Keith Gottlieb (TR)
16255 Ventura Boulevard, Suite 440
Encino, CA CA 91436

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)American Financial Center, Inc., a Califor

(u)Courtesy NEF

(u)INTERESTED PARTY

(u)Amsterdam Nouveau Trust

(u)Bao D Lee

(u)Carlos A Ruiz

(u)Jesus Rojas

(u)Patricai L Parker - Marcos

(d)Wooshies, Inc.
3635 S Fort Apache Road
Suite 200-202
Las Vegas, NV 89147-3403

(u)Regis Boyle Jr

End of Label Matrix
Mailable recipients    25
Bypassed recipients    10
Total    35

# EXHIBIT "C"

1 | RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
2 | RICHARD P. STEELMAN, JR. (SBN 266449)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
3 | 10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067
4 | Telephone: (310) 229-1234; Facsimile:  (310) 229-1244
5 | Email: rb@lnbyb.com; myk@lnbyb.com; rps@lnbyb.com

6 | Attorneys for David K. Gottlieb, Chapter 7 Trustee
for the estate of Helping Others International, LLC
7 |

8 |                 UNITED STATES BANKRUPTCY COURT

9 |                 CENTRAL DISTRICT OF CALIFORNIA

10 |                 SAN FERNANDO VALLEY DIVISION

In re | CASE NO. 1:20-bk-11134-VK

11 | HELPING OTHERS INTERNATIONAL, | Chapter 7
12 | LLC,

Debtor. | Adversary Case No.: 1:20-ap-01070-VK
13 |

ANH THY SONG NGUYEN, TRUSTEE OF | **DAVID K. GOTTLIEB, CHAPTER 7**
14 | MOTHER NATURE TRUST, | **TRUSTEE'S NOTICE THAT THE**
| **TRUSTEE WILL NOT BE TAKING ANY**
15 | Plaintiff, | **FURTHER ACTION ON THE**
vs. | **TRUSTEE'S MOTION TO DISMISS AND**
16 | UNITED LENDER, LLC, a Nevada limited | **RELATED SUPPLEMENTAL JOINDER,**
liability company; SHAWN AHDOOT, an | **AS WELL AS THE LITIGATION, IN**
17 | individual; ALBERT A. AHDOOT, an | **LIGHT OF THE EFFECTIVE**
individual; MEGAN E. ZUCARO, an | **ABANDONMENT OF THE ADVERSARY**
18 | individual; HELPING OTHERS | **PROCEEDING LITIGATION**
19 | INTERNATIONAL, LLC, a Delaware limited
liability company; WESTERN FIDELITY
20 | ASSOCIATES, LLC, a California limited
liability company, dba WESTERN FIDELITY
21 | TRUSTEES; JOHN B. SPEAR, an individual;
22 | AMERICAN FINANCIAL CENTER, INC., a
California corporation; all other persons
23 | unknown, claiming any legal or equitable right,
title, estate, lien, or interest in the property
24 | described in the complaint adverse to Plaintiff's
title, or any cloud upon Plaintiff's title thereto;
25 | and DOES 1 through 100, inclusive,
26 | Defendants.
27 |

AND RELATED CROSS-ACTION.
28 |

21

1  **TO THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES BANKRUPTCY**

2  **JUDGE, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

3      **PLEASE TAKE NOTICE** that David K. Gottlieb, Chapter 7 Trustee (the "Trustee")

4  for the estate of Helping Others International, LLC, debtor herein (the "Debtor"), is no longer

5  pursuing or defending the above-referenced adversary proceeding on behalf of the bankruptcy

6  estate, including, without limitation, the Trustee's pending Motion to Dismiss (Adv. Proc.

7  Docket No. 50) and related Supplemental Joinder (Adv. Proc. Docket No. 49) given that the

8  Trustee's notice of abandonment as to the adversary proceeding (Main Bankruptcy Docket No.

9  90) became effective on October 28, 2020. Counsel for the Trustee will not appear at the

10  hearing on the Motion to Dismiss and related Supplemental Joinder which has been set by the

11  Court for November 25, 2020, at 2:30 p.m., or at any other future hearings in the adversary

12  proceeding.

13      **PLEASE TAKE FURTHER NOTICE** that in the light of the Trustee's effective

14  abandonment (Main Bankruptcy Docket No. 90) of the adversary proceeding, and by this

15  Notice which is being served on the Debtor, its counsel, and the Chapter 7 trustee appointed in

16  the bankruptcy case of Megan E. Zucaro (Case No. 9:20-bk-10714-MB), these parties are

17  hereby notified to exercise their rights as they deem appropriate with respect to the adversary

18  proceeding, including, without limitation, the pending Motion to Dismiss (Adv. Proc. Docket

19  No. 50), the related Supplemental Joinder (Adv. Proc. Docket No. 49) and all other filings or

20  pleadings made in the adversary proceeding.

21

22  DATED:  October 28, 2020          LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

23                                    By: */s/ Richard P. Steelman, Jr.*
                                          RON BENDER
24                                        MONICA Y. KIM
                                          RICHARD P. STEELMAN, JR.
25                                    Attorneys for David K. Gottlieb, Chapter 7 Trustee  for
                                      the estate of Helping Others International, LLC
26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10250 Constellation Blvd., Ste 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **DAVID K. GOTTLIEB, CHAPTER 7
TRUSTEE'S NOTICE THAT THE TRUSTEE WILL NOT BE TAKING ANY FURTHER ACTION ON THE
TRUSTEE'S MOTION TO DISMISS AND RELATED SUPPLEMENTAL JOINDER, AS WELL AS THE
LITIGATION, IN LIGHT OF THE EFFECTIVE ABANDONMENT OF THE ADVERSARY PROCEEDING
LITIGATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-
2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling
General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On
(*date*) **October 28, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined
that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

⊠ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **October 28, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

⊠ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
(state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 28,
2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who
consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here
constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours
after the document is filed.

> **Chambers Copy (via overnight mail)**
> Hon. Victoria S. Kaufman
> United States Bankruptcy Court
> Central District of California
> 21041 Burbank Boulevard, Suite 354 / Courtroom 301
> Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/28/2020 | Richard P. Steelman, Jr | /s/ Richard P. Steelman, Jr. |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**1:20-ap-01070-VK Notice will be <u>electronically mailed</u> to:**

Lori E Eropkin on behalf of Defendant American Financial Center, Inc., a California corporation
leropkin@laklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com

Anita Jain on behalf of Defendant United Lender, LLC
ajain@mdjalaw.com, riwata@mdjalaw.com

Anita Jain on behalf of Defendant Albert A. Ahdoot
ajain@mdjalaw.com, riwata@mdjalaw.com

Anita Jain on behalf of Defendant Shawn Ahdoot
ajain@mdjalaw.com, riwata@mdjalaw.com

Monica Y Kim on behalf of Interested Party Interested Party
myk@lnbrb.com, myk@ecf.inforuptcy.com

Monica Y Kim on behalf of Trustee David K Gottlieb
myk@lnbrb.com, myk@ecf.inforuptcy.com

Andrew A Smits on behalf of Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust
asmits@smits-law.com, kimberly@smits-law.com

Richard P Steelman, Jr on behalf of Trustee David K Gottlieb
rps@lnbyb.com, john@lnbyb.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

24

**United States Mail Service on the following**:

Lawrence C. Meyerson, Esq.
5521 Mission Road, Suite 399
Bonsall, CA 92003
lcm@lcmplc.com
*Attorneys for Defendant and Cross-*
*Complainant United Lender, LLC and*
*Defendants Shawn Ahdoot and Albert A.*
*Ahdoot*

Maurice Wainer, Esq.
Snipper Wainer & Markoff
232 North Canon Drive
Beverly Hills, CA 90210-5302
mrwainer@aol.com
*Attorneys for Defendant and Cross-*
*Complainant United Lender, LLC and*
*Defendants Shawn Ahdoot and Albert A. Ahdoot*

John B. Spear
4959 Palo Verde Street, Suite 205C
Montclair, CA 91763
johnbspear@gmail.com
*Defendant and Cross-Defendant*

Megan E. Zucaro
4501 W. Channel Island Blvd. #94
Oxnard, CA 288-1364
m@megazee.com
*In Pro Per (Defendants Megan E. Zucaro and Helping Others International)*

Larry D. Webb, Esq.
Law Office of Larry Webb
484 Mobil Avenue, Suite 43
Camarillo, CA 93010
webblaw@gmail.com
larry@webblaw.onmicrosoft.com
*Courtesy Notice*

Sandra McBeth
7343 El Camino Real, #185
Atascdero, CA 93422
smcbeth@mcbethlegal.com
*Chapter 7 Trustee for the estate of Megan E. Zucaro* (Case No. 9:20-bk-10714-MB)

Robert Schachter, Esq.
Hitchcock, Bowman & Schachter
Del Amo Financial Center, Ste. 1030
21515 Hawthorne Boulevard
Torrance, CA 90503-6579
rs@rschachterlaw.com
*Attorneys for Defendant Western Fidelity*
*Associates, LLC dba Western Fidelity Trustees*

Todd J. Cleary, Esq.
10720 McCune Avenue
Los Angeles, CA 90034-6211
lawofficetoddcleary@gmail.com
cleary1@pacbell.net
*Attorneys for Debtor Helping Others International,*
*LLC in Bankruptcy Only*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

25

# EXHIBIT "D"

1

2

3

4

5

6

7

FILED & ENTERED

OCT 30 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio    DEPUTY CLERK

8

9

10

11

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

12

In re:

CHAPTER 7

13

Helping Others International, LLC,

Case No.: 1:20-bk-11134-VK
Adv. No.: 1:20-ap-01070-VK

14

15

16

17

18

Debtor.

**ORDER TO SHOW CAUSE WHY THIS
ADVERSARY PROCEEDING SHOULD NOT
BE DISMISSED FOR LACK OF SUBJECT
MATTER JURISDICTION OR, IN THE
ALTERNATIVE, REMANDED TO STATE
COURT**

19

20

21

22

Anh Thy Song Nguyen, Trustee of Mother
Nature Trust,

Plaintiff,

v.

Date:     November 25, 2020
Time:     2:30 p.m.
Place:    Courtroom 301
          21041 Burbank Blvd.
          Woodland Hills, CA 91367

23

24

25

26

27

28

Shawn Ahdoot, Albert A. Ahdoot, American
Financial Center, Inc., a California
corporation, DOES 1 through 100, inclusive,
Helping Others International, LLC, a
Delaware limited liabiliity company, John B.
Spear, United Lender, LLC, Western Fidelity
Associates, LLC, a California limited liability
company, dba Western Fidelity Trustees,
Megan E. Zucaro

1
2            Defendants.
3
4
5
6
7        On January 15, 2020, Anh Thy Song Nguyen, Trustee of Mother Nature Trust
8  ("Plaintiff") filed a complaint in state court against United Lender, LLC ("United"), Shawn
9  Ahdoot, Albert A. Ahdoot, Megan E. Zucaro, Helping Others International, LLC ("Debtor"),
10 Western Fidelity Associates, LLC, American Financial Center, Inc. and John B. Spear
11 (collectively, "Defendants").  On June 29, 2020, Debtor filed a voluntary chapter 11 petition.  On
12 July 17, 2020, United removed the state court action to this Court, initiating the above-captioned
13 adversary proceeding.  On July 24, 2020, the Court issued an Order to Show Cause re: remand
14 (the "First OSC") [doc. 5].  On September 2, 2020, the Court entered an order converting
15 Debtor's case to a chapter 7 case [Bankruptcy Docket, doc. 69].  David K. Gottlieb was
16 appointed the chapter 7 trustee (the "Trustee").
17        On September 9, 2020, the Court held a hearing on the OSC.  At that time, the Court
18 ruled that: (A) the Court has subject matter jurisdiction over this proceeding because Plaintiff
19 asserted claims against Debtor and resolution of the proceeding impacts Debtor's interest in real
20 property located in Huntington Beach, California (the "Huntington Property"); and (B) the Court
21 would not remand this matter because the adversary proceeding would have a significant impact
22 on property of the estate, as well as secured claims against the property (the "Ruling") [doc. 33].
23 As such, the Court discharged the First OSC.  United, American and the Trustee have filed
24 motions to dismiss (the "Motions to Dismiss") [docs. 13, 45, 50], which have been set for
25 hearing on November 25, 2020.
26        Subsequent to the Ruling and the filing of the Motions to Dismiss, the Trustee filed
27 several notices of proposed abandonment, including notices of proposed abandonment of the
28 Huntington Property and the estate's interest, claims, rights and defenses in this adversary
proceeding (the "Bankruptcy Notices") [Bankruptcy Docket, docs. 86, 90].  On October 28,

1 | 2020, United opposed the Trustee's proposed abandonment of the Huntington Property, on the

2 | basis that the Property should not be abandoned without a plan to protect the residents, the

3 | community or the Huntington Property [Bankruptcy Docket, doc. 93]. The dispute over

4 | abandonment of the Huntington Property has been set for hearing on November 12, 2020.

5 |       In addition, on October 28, 2020, the Trustee filed a notice that the Trustee will not be

6 | taking any further action in this adversary proceeding, including on the Trustee's pending motion

7 | to dismiss (the "Adversary Notice") [doc. 70]. Having reviewed the Bankruptcy Notices, the

8 | Adversary Notice and the dispute over abandonment of the Huntington Property, and good cause

9 | appearing, it is hereby

10 |       ORDERED, that, in light of the Bankruptcy Notices and the Adversary Notice, the parties

11 | must appear and show cause why this Court has subject matter jurisdiction over this proceeding

12 | and/or why this Court should not remand this matter to state court at **2:30 p.m. on November**

13 | **25, 2020**; and it is further

14 |       ORDERED, that the parties must attend the hearing on this Order to Show Cause via Court

15 | Call in accordance with the Honorable Victoria S. Kaufman's telephonic appearance procedures,

16 | located at https://www.cacb.uscourts.gov/judges/honorable-victoria-s-kaufman; and it is further

17 |       ORDERED, that the parties must file and serve a response to this Order to Show Cause

18 | **no later than November 11, 2020**; and it is further

19 |       ORDERED, that the Court will take the Motions to Dismiss off calendar, and stay

20 | adjudication of the Motions to Dismiss, until resolution of this Order to Show Cause.

21 |                ###

24 | Date: October 30, 2020

Victoria S. Kaufman
United States Bankruptcy Judge

# EXHIBIT "E"

Form van39–nondd VAN–39
Rev. 02/15

# United States Bankruptcy Court
## Central District of California

**1415 State Street, Santa Barbara, CA 93101-2511**

## NOTICE OF NON-ENTITLEMENT TO DISCHARGE
## PURSUANT TO 11 U.S.C. SECTION 727(a)(8) OR (9)

**DEBTOR(S) INFORMATION:**
Megan Elizabeth Zucaro
**SSN:** xxx-xx-7622
**EIN:** N/A
aka Megan E Johnson, aka Megan E Polley

139 S Beverly Dr #235
Beverly HIlls, CA 90212

**BANKRUPTCY NO.** 9:20-bk-10714-MB
**CHAPTER** 7

---

To the Debtor(s), Debtor(s)' Attorney, (if any) and Other Interested Parties:

It appears that a discharge was granted to the above-named Debtor(s) under 11 U.S.C. Section 727 or 11 U.S.C. Section 1141 in a case commenced within 8 years before the filing of the above pending case, or under 11 U.S.C. Section 1328 in a case commenced within 6 years before the filing of the above pending case.

(1)    Pursuant to 11 U.S.C. Section 727(a)(8) or (9), a discharge will not be granted to the Debtor(s) in this case.

(2)    Since no discharge will be entered in this case, the Debtor(s) remain legally liable for their debts.

(3)    This case may be closed 10 days from the date of mailing of this notice unless a written objection and request for a hearing is filed with the Court. If no such request is made, this case may be closed pursuant to 11 U.S.C. Section 350 without further notice.

For The Court,

Dated: October 29, 2020

**Kathleen J. Campbell**
Clerk of Court

(Form van39–nondd VAN–39) Rev. 02/15

**37 / BHG**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

36 Executive Park, Suite 160, Irvine, CA 92614-4794

A true and correct copy of the foregoing document entitled (*specify*): REQUEST FOR JUDICIAL NOTICE OF
PLAINTIFF ANH THY SONG NGUYEN, TRUSTEE OF MOTHER NATURE TRUST, TO OPPOSITION OF
UNITED LENDER, LLC, TO TRUSTEE'S NOTICE TO ABANDON ESTATE PROPERTY

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
11/05/2020      , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  11/05/2020      , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

    The Honorable Victoria S. Kaufman
    U.S. Bankruptcy Court, San Fernando Valley Division
    21041 Burbank Blvd., Suite 354
    Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/05/2020 | Kimberly Richardson | /s/  Kimberly Richardson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

# EXHIBIT "F"

1    VINCENT J. DAVITT (SBN 130649)
     ANITA JAIN (SBN 192961)
2    MEYLAN DAVITT JAIN AREVIAN & KIM LLP
     444 South Flower Street, Suite 1850
3    Los Angeles, California 90071
     Telephone: (213) 225-6000
4    Email: vdavitt@mdjalaw.com/ajain@mdjalaw.com
5
     Attorneys for Creditor
6    UNITED LENDER, LLC
7
8                    UNITED STATES BANKRUPTCY COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11   In re                                    CASE NO. 1:20-bk-11134-VK
12   HELPING OTHERS INTERNATIONAL, LLC,       Chapter 11
13             Debtor.                        Adv. No. Assigned to Removed Action:
14                                            _____
15
16                                            **NOTICE OF REMOVAL OF LAWSUIT
                                              PENDING IN STATE COURT TO
17                                            BANKRUPTCY COURT (28 USC § 1452)**
18                                            **[LBR 9027-1]**
19
20   ANH THY SONG NGUYEN, TRUSTEE OF
     MOTHER NATURE TRUST,
21             Plaintiff,
22   vs.
23   UNITED LENDER, LLC, a Nevada limited
     liability company; SHAWN AHDOOT, an
24   individual; ALBERT A. AHDOOT, an
     individual; MEGAN E. ZUCARO, an individual;
25   HELPING OTHERS INTERNATIONAL, LLC,
     a Delaware limited liability company;
26   WESTERN FIDELITY ASSOCIATES, LLC, a
     California limited liability company, dba
27   WESTERN FIDELITY TRUSTEES; JOHN B.
     SPEAR, an individual; AMERICAN
28

1    FINANCIAL CENTER, INC., a California
    corporation; and DOES 1 through 100, inclusive,
2

           Defendants.

3    UNITED LENDER, LLC,  a Nevada limited
    liability company,
4

5            Cross-Complainant,

6    vs.

7    HELPING OTHERS INTERNATIONAL, LLC,
    a Delaware limited liability company; ANH THY
8    SONG NGUYEN, individually and as Trustee of
9    MOTHER NATURE TRUST; MEGAN E.
    ZUCARO, an individual; JOHN B. SPEAR, an
10   individual; TRI STAR EQUITY GROUP CORP.,
    a California corporation, aka TRI STAR
11   EQUITY GROUP INC.; and ROES 1 through
12   100, inclusive,

           Cross-Defendants.
13

14       TO ALL PARTIES TO THE LAWSUIT BEING REMOVED AND TO THE COURT THAT

15   LAWSUIT IS BEING REMOVED FROM:

16       Defendant and Cross-Complainant UNITED LENDER, LLC ("**United**") hereby removes the

17   lawsuit entitled *Anh Thy Song Nguyen, Trustee of Mother Nature Trust v. United Lender, LLC, et al.*,

18   Superior Court for the State of California, for the County of Orange, Case No. 30-2020-01124778-CU-

19   FR-CJC, including all cross-actions and third party actions (the "**Action**"), formerly pending in Orange

20   County Superior Court located at 700 Civic Center Drive, Santa Ana, California 92701, to the United

21   States Bankruptcy Court for the Central District of California pursuant to 28 USC § 1452(a) and FRBP

22   9027(a), and hereby gives notice of such removal to each of the following:

23        1.     Orange County Superior Court
              Attn: Hon. Walter Schwarm, Dept. C19
24               700 West Civic Center Drive
25               Santa Ana, California 92701

26        2.     Andrew A. Smits, Esq.
              Law Offices of Andrew A. Smits
27               36 Executive Park, Suite 160
              Irvine, CA 92614-4794
28               Tel: (949) 833-1025

Email: asmits@smits-law.com
*Attorneys for Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature*

Maurice Wainer, Esq.
Snipper Wainer & Markoff
232 North Canon Drive
Beverly Hills, CA 90210-5302
Tel: (310) 550-5770
Email: mrwainer@swmfirm.com
*Attorneys for Defendant and Cross-Complainant United Lender, LLC and Defendants Shawn Ahdoot and Albert A. Ahdoot*

Lawrence C. Meyerson, Esq.
5521 Mission Road, Suite 399
Bonsall, CA 92003
Tel: (310) 827-3344
Email: lcm@lcmplc.com
*Attorneys for Defendant and Cross-Complainant United Lender, LLC and Defendants Shawn Ahdoot and Albert A. Ahdoot*

Robert Schachter, Esq.
Hitchcock, Bowman & Schachter
Del Amo Financial Center, Ste. 1030
21515 Hawthorne Boulevard
Torrance, CA 90503-6579
Tel: (310) 540-2202
Email: rs@rschachterlaw.com
*Attorneys for Defendant Western Fidelity Associates, LLC dba Western Fidelity Trustees*

Lori E. Eropkin Esq.
Levinson Arshonsky & Kurtz LLP
15303 Ventura Boulevard, Suite 1650
Sherman Oaks, CA 91403
Tel: (818) 382-3434
Email: leropkin@laklawyers.com
*Attorneys for Defendant American Financial Center, Inc.*

Megan E. Zucaro
4501 W. Channel Island Blvd. #94
Oxnard, CA 288-1364
Email: m@megazee.com
*In Pro Per (Defendants Megan E. Zucaro and Helping Others International)*

John B. Spear
4959 Palo Verde Street, Suite 205C
Montclair, CA 91763
Email: johnbspear@gmail.com
*Defendant and Cross-Defendant*

1    Removal of the Action is based on the following facts:

2    1.    On January 15, 2020, ANH THY SONG NGUYEN, TRUSTEE OF MOTHER

3    NATURE TRUST ("**Plaintiff**") filed the Action against, among others, United.

4    2.    The Action commenced on January 15, 2020, with Plaintiff's filed Complaint. Plaintiff

5    promptly amended. The First Amended Complaint was filed on January 21, 2020, and alleges the

6    following causes of action: (1) Wrongful Foreclosure-Fraud; (2) Fraud and Deceit-Intentional

7    Misrepresentation; (3) Negligence; (4) Breach of Contract; (5) Relief Based on Rescission of Contract;

8    (6) Quieting Title; (7) Cancellation of Written Instruments; (8) Declaratory Relief; and (9) Unfair

9    Business Practices-Violation of Bus. & Prof. Code Section 17200, *et seq*.

10    3.    The Action arises out of the May 2019 sale of real property located within the County

11    of Orange, State of California, commonly known as property at 6475 Marigayle Circle, Huntington

12    Beach, California 92648 (the "**Property**") for $3,150,000. Plaintiff was the seller; Helping Others

13    International, LLC ("**Debtor**") was the buyer (Megan E. Zucaro ("**Zucaro**") is Debtor's managing

14    member); and Defendant United loaned Debtor $1,957,000 in purchase money relating the sale, which

15    is secured by United's Deed of Trust, a first position lien, against the Property. Prior to the sale,

16    Plaintiff and Debtor artificially increased the sale price of the Property from $2.5 million (what

17    Plaintiff had been willing to sell the Property for) to $3,150,000 because: (a) Plaintiff wanted a seller

18    carry back, second position lien in the amount of $1.2 million; (b) Zucaro sought a $150,000

19    commission for herself; and (c) Plaintiff sought a $157,500 commission for herself. Sometime after

20    the sale, Defendant American Financial Center, Inc. provided Debtor with a loan, secured by a third

21    position lien. Shortly after the sale, Debtor defaulted on all three loans. Because of the post-closing

22    default, Plaintiff seeks to cancel Defendant United's lien and asserts several other tort claims against

23    numerous defendants.

24    4.    On March 4, 2020, United filed a Cross-Complaint, alleging the following causes of

25    action: (1) Judicial Foreclosure of Deed of Trust; (2) Specific Performance of Assignment of Rents;

26    (3) Appointment of Receiver Pursuant to Provision in Deed of Trust; (4) Injunctive Relief; (5) Breach

27    of Contract; (6) Negligent Misrepresentation; (7) Fraudulent Concealment; (8) Negligence; (9)

28    Negligent Hiring/Supervision; (10) Conspiracy; (11) Unjust Enrichment.

5.      On June 8, 2020, Megan E. Zucaro filed a petition for relief in United States Bankruptcy Court for the Central District of California under Chapter 11 which is pending.

6.      The Action is not proceeding before the United States Tax Court.

7.      The Action is not a civil action by a governmental unit to enforce its police or regulatory power.

8.      The Action was formerly pending in Superior Court for the State of California, for the County of Orange, Case No. 30-2020-01124778-CU-FR-CJC.

9.      On June 29, 2020, Debtor filed a petition for relief in United States Bankruptcy Court for the Central District of California under Chapter 11 of the United States Bankruptcy Code, which is currently pending.

10.     By the Action, Plaintiff sues Debtor Helping Others International, LLC to cancel the May 2019 sale transaction and thereby cancel Debtor's fee title interest in the Property, an asset of the Estate.  Further, the Action implicates the rights and liabilities of three of Debtor's secured creditors on the Property:  United (first position lien); Plaintiff (second position lien); and American Financial Center, Inc. (third position lien).  The Action therefore is a core proceeding within the meaning of 28 USC §§ 157 and 1334.

11.     United does consent to entry of a final order in the Action by the bankruptcy court.

12.     This Court has jurisdiction over the Action pursuant to 28 USC § 1334(b).

13.     Removal of the Action to this Court is proper pursuant to 28 USC § 1452(a) and FRBP 9027.

14.     Venue for the Action is proper in this Court under 28 USC § 1452(a) because this Court is the Bankruptcy Court located in the District where the nonbankruptcy court where the Action was formerly pending was located.

15.     Pursuant to Fed. R. Bankr. 9027(c), this Notice of Removal shall also be filed with the court where the Action was previously pending.

16.     Attached hereto are Exhibits 1 through 170 are true and correct copies of all pleadings filed in the Action prior to remove as follows, and **Exhibit 171 is the Docket** in the State Court Action:

| Exhibit No. | Date | Title of Pleading |
|---|---|---|
| 1. | 1/15/20 | Civil Case Cover Sheet |
| 2. | 1/15/20 | Complaint for Damages and Equitable and Injunctive Relief Based on (1) Wrongful Foreclosure – Fraud; (2) Fraud and Deceit – Intentional Misrepresentation; (3) Negligence; (4) Breach of Contract; (5) Relief Based on Rescission of Contract; (6) Quieting Title; (7) Declaratory Relief; and (8) Unfair Business Practices – Violation of Bus. & Prof. Code Section 17200, Et Seq. Demand for Jury Trial |
| 3. | 1/15/20 | Notice and Plaintiff's Statement of Right to Seek Punitive Damages Against Defendant Helping Others International, LLC, Pursuant to Civil Code Section 3294 |
| 4. | 1/15/20 | Notice and Plaintiff's Statement of Right to Seek Punitive Damages Against Defendant Shawn Ahdoot Pursuant to Civil Code Section 3294 |
| 5. | 1/15/20 | Notice and Plaintiff's Statement of Right to Seek Punitive Damages Against Defendant John B. Spear Pursuant to Civil Code Section 3294 |
| 6. | 1/15/20 | Notice and Plaintiff's Statement of Right to Seek Punitive Damages Against Defendant United Lender, LLC, Pursuant to Civil Code Section 3294 |
| 7. | 1/15/20 | Notice and Plaintiff's Statement of Right to Seek Punitive Damages Against Defendant Megan E. Zucaro Pursuant to Civil Code Section 3294 |
| 8. | 1/15/20 | Notice and Plaintiff's Statement of Right to Seek Punitive Damages Against Defendant Albert A. Ahdoot Pursuant to Civil Code Section 3294 |
| 9. | 1/15/20 | Notice and Plaintiff's Statement of Right to Seek Punitive Damages Against Defendant Western Fidelity Associates, LLC, dba Western Fidelity Trustees, Pursuant to Civil Code Section 3294 |
| 10. | 1/15/20 | Summons |
| 11. | 1/15/20 | Notice of Pendency of Action (Lis Pendens) |
| 12. | 1/15/20 | Court Notice of Case Assignment |
| 13. | 1/17/20 | Payment Receipt |
| 14. | 1/21/20 | First Amended Complaint for Damages and Equitable and Injunctive Relief Based on (1) Wrongful Foreclosure-Fraud; (2) Fraud and Deceit-Intentional Misrepresentation; (3) Negligence; (4) Breach of Contract; (5) Relief Based on Rescission of Contract; (6) Quieting Title; (7) Cancellation of Written Instruments; (8) Declaratory Relief; and (9) Unfair Business Practices-Violation of Bus. & Prof. Code Section 17200, et seq. |
| 15. | 1/21/20 | Notice of Plaintiff's Statement of Right to Seek Punitive Damages Against Defendant American Financial Center, Inc., Pursuant to Civil Code Section 3294 |
| 16. | 1/21/20 | Summons |
| 17. | 1/22/20 | Ex Parte Application of Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust, for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction; and Memorandum of Points and Authorities in Support Thereof |

| 18. | 1/22/20 | Declaration of Anh Thy Song Nguyen in Support of Ex Parte Application of Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust, for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction |
| 19. | 1/22/20 | Declaration of Andrew A. Smits in Support of Ex Parte Application of Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust, for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction |
| 20. | 1/22/20 | Notice of Pendency of Action (Lis Pendens) and Proof of Service Thereof |
| 21. | 1/22/20 | Request for Judicial Notice of Plaintiff Anh Thy Song Nguyen, Trustee of Mothers Nature Trust, in Support of Ex Parte Application for Temporary Restraining Order and for Order to Show Cause re: Preliminary Injunction |
| 22. | 1/22/20 | [Proposed] Order Granting Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction |
| 23. | 1/22/20 | Court Payment Receipt |
| 24. | 1/23/20 | [Proposed] Order Granting Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction |
| 25. | 1/24/20 | Minute Order (re Ex Parte) |
| 26. | 1/28/20 | Proof of Service of: (1) Order Granting Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction; and (2) Ex Parte Application of Plaintiff for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction, and Supporting Papers Re: Defendant Western Fidelity Associates, LLC, DBA Western Fidelity Trustees |
| 27. | 1/28/20 | Proof of Service of: (1) Order Granting Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction; and (2) Ex Parte Application of Plaintiff for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction, and Supporting Papers Re: Defendant United Lender, LLC |
| 28. | 1/28/20 | Proof of Service of: (1) Order Granting Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction; and (2) Ex Parte Application of Plaintiff for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction, and Supporting Papers Re: Defendant Shawn Ahdoot |
| 29. | 1/28/20 | Proof of Service of: (1) Order Granting Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction; and (2) Ex Parte Application of Plaintiff for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction, and Supporting Papers Re: Defendant Albert A. Ahdoot |
| 30. | 1/28/20 | Proof of Service of: (1) Order Granting Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction; and (2) Ex Parte Application of Plaintiff for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction, and Supporting Papers Re: Defendant American Financial Center, Inc. |
| 31. | 1/28/20 | Proof of Service of: (1) Order Granting Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction; and (2) Ex Parte Application of Plaintiff for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction, and Supporting Papers Re: Defendant Helping Others International, LLC |

| | | | |
|---|---|---|---|
| 32. | 1/28/20 | Proof of Service of: (1) Order Granting Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction; and (2) Ex Parte Application of Plaintiff for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction, and Supporting Papers Re: Defendant John B. Spear | |
| 33. | 1/28/20 | Proof of Service of: (1) Order Granting Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction; and (2) Ex Parte Application of Plaintiff for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction, and Supporting Papers Re: Defendant Megan E. Zucaro | |
| 34. | 1/28/20 | Proof of Service of Summons (re United Lender, LLC) | |
| 35. | 1/28/20 | Proof of Service of Summons (re Western Fidelity) | |
| 36. | 1/28/20 | Proof of Service of Summons (re Albert A. Ahdoot) | |
| 37. | 1/28/20 | Proof of Service of Summons (re Shawn Ahdoot) | |
| 38. | 1/31/20 | Defendants' Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Injunctive Relief | |
| 39. | 1/31/20 | Declaration of Shawn Ahdoot in Opposition to Plaintiff's Motion for Injunctive Relief | |
| 40. | 1/31/20 | Declaration of Maurice Wainer in Opposition to Plaintiff's Motion for Injunctive Relief | |
| 41. | 1/31/20 | Defendants' Objections to Declaration of Anh Thy Song Nguyen in Opposition to Plaintiff's Motion for Injunctive Relief | |
| 42. | 1/31/20 | Proof of Service of Defendants' Papers Filed in Opposition to Plaintiff's Motion for Injunctive Relief | |
| 43. | 2/3/20 | Court Payment Receipt | |
| 44. | 2/4/20 | Reply Brief if Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust, in Support of Motion for Preliminary Injunction and Order to Show Cause re: Preliminary Injunction | |
| 45. | 2/4/20 | Evidentiary Objections of Plaintiff Anh Thy Song Nguyen, Trustee of Mothers Nature Trust, to the Declaration of Maurice Wainer Filed in Opposition to Motion for Preliminary Injunction | |
| 46. | 2/4/20 | Evidentiary Objections of Plaintiff Anh Thy Song Nguyen, Trustee of Mothers Nature Trust, to the Declaration of Shawn Ahdoot Filed in Opposition to Motion for Preliminary Injunction | |
| 47. | 2/4/20 | Supplemental Declaration of Andrew A. Smits in Support of Plaintiff's Reply Brief and Order to Show Cause re: Preliminary Injunction | |
| 48. | 2/10/20 | Court Notice of Hearing (re 6/12/20 CMC) | |
| 49. | 2/10/20 | [Proposed] Order Granting Plaintiff's Motion for Preliminary Injunction; and Preliminary Injunction | |
| 50. | 2/11/20 | Declaration of Non Monetary Status (Def. Western Fidelity) | |
| 51. | 2/11/20 | Order Granting Plaintiff's Motion for Preliminary Injunction; and Preliminary Injunction | |

| 52. | 2/13/20 | Minute Order (re OSC re Preliminary Injunction) |
| 53. | 2/13/20 | Nguyen Notice of Entry of Judgment or Order |
| 54. | 2/13/20 | Objection of Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust, to Declaration of Non Monetary Status of Western Fidelity Associates, LLC, dba Western Fidelity Trustees |
| 55. | 2/20/20 | Undertaking of Corporate Surety |
| 56. | 2/20/20 | Notice of Petition to Compel Arbitration and to Stay Action Pending Award of Filed by Lender Defendants, United Lender, LLC, Shawn Ahdoot and Albert A. Ahdoot |
| 57. | 2/20/20 | Memorandum of Points and Authorities in Support of Lender Defendants' Petition to Compel Arbitration and to Stay Action Pending Award of Arbitrator |
| 58. | 2/20/20 | Declaration of Maurice Wainer in Support of Lender Defendants' Petition to Stay Action Pending Award of Arbitrator |
| 59. | 2/20/20 | Judicial Notice in Support of Defendants' Petition to Compel Arbitration and to Stay Action Pending Award of Arbitrator |
| 60. | 2/20/20 | Proof of Service in Support of Lender Defendants' Petition to Compel Arbitration and to Stay Action Pending Award of Arbitrator |
| 61. | 2/21/20 | Request for Judicial Notice in Support of Lender Defendants' Petition to Compel Arbitration and to Stay Action Pending Award of Arbitrator |
| 62. | 2/21/20 | Court Payment Receipt |
| 63. | 2/21/20 | Notice of Filing Undertaking re: Preliminary Injunction |
| 64. | 3/3/20 | Defendant American Financial Center, Inc. Response to Petition to Compel Arbitration and to Stay Action Pending Award of Arbitrator Filed by Lender Defendants, United Lender, LLC, Shawn Ahdoot and Albert A. Ahdoot; Declaration of Lori Eropkin in Support of Response |
| 65. | 3/4/20 | [Proposed] Order Advancing Hearing on Petition to Compel Arbitration and to Stay Action Pending Award Filed by Lender Defendants, United Lender, LLC, Shawn Ahdoot and Albert A. Ahdoot (Related to ROA #71) |
| 66. | 3/4/20 | Ex Parte Application for Order Advancing Hearing on Lender Defendants' Petition to Compel Arbitration and to Stay Action Pending Award of Arbitrator; Memorandum of Points and Authorities (Related to ROA #71) |
| 67. | 3/4/20 | Request for Judicial Notice in Support of Ex Parte Application for Order Advancing Hearing on Lender Defendants' Petition to Compel Arbitration and to Stay Action Pending Award of Arbitrator (Related to ROA #71) |
| 68. | 3/4/20 | First Amended Memorandum of Points and Authorities in Support of Lender Defendants' Petition to Compel Arbitration and to Stay Action Pending Award of Arbitrator |
| 69. | 3/4/20 | Declaration of Maurice Wainer in Support of Ex Parte Application for Order Advancing Hearing on Petition to Compel Arbitration and to Stay Action Pending Award of Arbitrator (Related to ROA #71) |
| 70. | 3/4/20 | First Amended Declaration of Maurice Wainer in Support of Lender Defendants' Petition to Compel Arbitration and to Stay Action Pending Award of Arbitrator |
| 71. | 3/4/20 | First Amended Notice of Petition to Compel Arbitration and to Stay Action Pending Award of Arbitrator Filed by Lender Defendants, United Lender, LLC, |

| | | | Shawn Ahdoot and Albert A. Ahdoot |
|---|---|---|---|
| | 72. | 3/4/20 | Ex Parte Application for: (1) Appointment of a Receiver; (2) Order to Show Cause Why the Appointment of a Receiver should not be Confirmed; (3) Temporary Restraining Order; (4) Order to Show Cause why a Preliminary In junction Should not be Granted; or, in the Alternative; (5) Temporary Restraining Order and Order to Show Cause re Receiver Appointment and Why a Preliminary Injunction Should not be Granted on Shortened Notice; or in the Alternative; (6) For an Order Shortening Time on the Service and Filing of Notice Motion; Memorandum of Points and Authorities |
| | 73. | 3/4/20 | Declaration of Maurice Wainer re: Notice in Support of Ex Parte Application for Appointment of Receiver |
| | 74. | 3/4/20 | Declaration of Shawn Ahdoot in Support of Ex Parte Application for: (1) Appointment of a Receiver: (2) Order to Show Cause why the Appointment of a receiver should not be Confirmed; (3) Temporary Restraining Order; (4) Order to Show Cause why a Preliminary Injunction Should not Be Granted; or, in the Alternative, (5) Temporary Restraining Order and Order to Show Cause re Receiver Appointment and Why a Preliminary Injunction Should not be Granted on Shortened Notice; or in the Alternative. (6) For an Order Shortening Time on the Service and Filing of Noticed Motion; Memorandum of Points and Authorities |
| | 75. | 3/4/20 | Cross-Complaint for: 1) Judicial Foreclosure of Deed of Trust; 2) Specific Performance of Assignment of Rents; 3) Appointment of Receiver Pursuant to Provision in Deed of Trust; 4) Injunctive Relief; 5) Breach of Contract; 6) Negligent Misrepresentation; 7) Fraudulent Concealment; 8) Negligence; 9) Negligent Hiring/Supervision; 10) Conspiracy 11) Unjust Enrichment |
| | 76. | 3/4/20 | Ex Parte Order Appointing Receiver and Order to Show Cause and Temporary Restraining Order – Rents, Issues, and Profits [Notice of Hearing] |
| | 77. | 3/4/20 | Court Payment Receipt |
| | 78. | 3/4/20 | [Proposed] Order Advancing Hearing on Petition to Compel Arbitration and to Stay Action Pending Award Filed by Lender Defendants, United Lender, LLC, Shawn Ahdoot and Albert A. Ahdoot (Related to ROA #71) (with Stamp "Not Signed, Refer to 03/05 Minute Order") |
| | 79. | 3/5/20 | Minute Order (The Court grants the Ex-Parte Application) |
| | 80. | 3/13/20 | Notice of Hearing on Demurrer of Defendant American Financial Center, Inc. to First Amended Complaint of Plaintiff Anh thy Song Nguyen, Trustee of Mother Nature Trust's First Amended Complaint |
| | 81. | 3/13/20 | Demurrer of Defendant American Financial Center, Inc. to First Amended Complaint of Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust's First Amended Complaint; Memorandum in Support |
| | 82. | 3/13/20 | Defendant American Financial Center, Inc.'s Notice of Motion and Motion to Strike Portions of First Amended Complaint of Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust |
| | 83. | 3/13/20 | Request for Judicial Notice in Support of Defendant American Financial Center, Inc.'s Demurrer to Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust's First Amended Complaint |
| | 84. | 3/30/20 | Supplemental Declaration of Shawn Ahdoot in Support of United Lender, LLC's Motion for: (1) Appointment of a Receiver; (2) Order to Show Cause Why the Appointment of a Receiver should not be Confirmed; (3) Temporary Restraining |

| | | | |
|---|---|---|---|
| 1 | | | Order; (4) Order to Show Cause why a Preliminary In junction Should not be Granted |
| 2<br>3<br>4 | 85. | 3/30/20 | Declaration of Alfredo Velasquez in Support of Motion for: (1) Appointment of a Receiver; (2) Order to Show Cause Why the Appointment of a Receiver should not be Confirmed; (3) Temporary Restraining Order; (4) Order to Show Cause why a Preliminary In junction Should not be Granted |
| 5<br>6 | 86. | 3/30/20 | Declaration of Jesse Bosque in Support of Motion for: (1) Appointment of a Receiver; (2) Order to Show Cause Why the Appointment of a Receiver should not be Confirmed; (3) Temporary Restraining Order; (4) Order to Show Cause why a Preliminary In junction Should not be Granted |
| 7<br>8 | 87. | 3/30/20 | Proof of E-Service in Support of Motion for: (1) Appointment of a Receiver; (2) Order to Show Cause Why the Appointment of a Receiver should not be Confirmed; (3) Temporary Restraining Order; (4) Order to Show Cause why a Preliminary In junction Should not be Granted |
| 9 | 88. | 4/1/20 | Proof of Service of Summons re Megan E. Zucaro |
| 10 | 89. | 4/1/20 | Proof of Service of Summons re Helping Others International, LLC |
| 11 | 90. | 4/1/20 | Proof of Service of Summons re American Financial Center, Inc. |
| 12 | 91. | 4/1/20 | Proof of Service of Summons re John B. Spear |
| 13 | 92. | 4/22/20 | Statement Reserving United Lender, LLC's Right to Arbitration |
| 14 | 93. | 4/22/20 | Proof of Service of Electronic Service |
| 15 | 94. | 5/18/20 | (Proposed) Order Sustaining Demurrer |
| 16 | 95. | 5/19/20 | Notice of Continuance (re Motion to Appoint Receiver) |
| 17 | 96. | 5/19/20 | Notice of Continuance (re Petition to Compel Arbitration) |
| 18<br>19 | 97. | 5/26/20 | Answer of Defendants Megan E. Zucaro and Helping Others International, a Delaware LL, to United Lender's Cross-Complaint |
| 20 | 98. | 5/26/20 | Defendant American Financial Center, Inc.'s Notice of Motion and Motion for Monetary Sanctions Pursuant to C.C.P. Section 128.7 Against Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust, and its Counsel, Andrew Smits |
| 21<br>22<br>23 | 99. | 5/26/20 | Request for Judicial Notice in Support of Defendant American Financial Center, Inc.'s Notice of Motion and Motion for Monetary Sanctions Pursuant to C.C.P. Section 128.7 Against Plaintiff Anh Thy Song Nguyen Trustee of Mother Nature Trust, and Its Counsel, Andrew Smits |
| 24<br>25 | 100. | 5/26/20 | Declaration of Mark Crittenden in Support of Defendant American Financial Center Inc.'s Motion for Monetary Sanctions Pursuant to C.C.P. Section 128.7 Against Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust, and its Counsel, Andrew Smits |
| 26<br>27 | 101. | 5/26/20 | Declaration of Lori Eropkin in Support of Defendant American Financial Center Inc.'s Motion for Monetary Sanctions Pursuant to C.C.P. Section 128.7 Against Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust, and its Counsel, Andrew Smits |
| 28 | | | |

| | | | |
|---|---|---|---|
| | 102. | 5/26/20 | Supplemental Declaration of Lori Eropkin Regarding Safe Harbor Notice of American Financial Center Inc.'s Motion for Monetary Sanctions Pursuant to C.C.P. Section 128.7 Against Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust, and its Counsel, Andrew Smits Center Inc.'s Motion for Monetary Sanctions Pursuant to C.C.P. Section 128.7 Against Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust, and its Counsel, Andrew Smits |
| | 103. | 5/26/20 | Defendants Megan E. Zucaro and Helping Others International, a Delaware LLC, Notice of Hearing and Demurrer to Complaint |
| | 104. | 5/26/20 | Notice of Motion and Motion of Plaintiff Anh Thy Song Nguyen to Strike Cross-Complaint of Defendant United Lender, LLC; and Memorandum of Points and Authorities in Support Thereof |
| | 105. | 5/26/20 | Declaration of Andrew A. Smits re Meet and Confer and in Support of Motion of Plaintiff Anh Thy Song Nguyen to Strike Cross-Complaint of Defendant United Lender, LLC |
| | 106. | 5/26/20 | Request for Judicial Notice of Plaintiff Anh Thy Song Nguyen in Support of Motion to Strike Cross-Complaint of Defendant United Lender, LLC |
| | 107. | 5/26/20 | Declaration of Andrew A. Smits re Meet and Confer and in Support of Demurrer of Plaintiff Anh Thy Song Nguyen to Cross-Complaint of Defendant United Lender, LLC |
| | 108. | 5/26/20 | Request for Judicial Notice of Plaintiff Anh Thy Song Nguyen in Support of Demurrer to Cross-Complaint of Defendant United Lender, LLC |
| | 109. | 5/26/20 | Notice of Demurrer and Demurrer of Plaintiff Anh Thy Song Nguyen to Cross-Complainant of Defendant United Lender, LLC; and Memorandum of Points and Authorities in Support Thereof |
| | 110. | 5/26/20 | Notice of Continuance of Hearing on United Lender, LLC's Motion for: (1) Appointment of a Receiver; (2) Order to Show Cause Why the Appointment of a Receiver Should Not be Confirmed: (3) Temporary Restraining Order; and (4) Order to Show Cause Why a Preliminary Injunction Should not be Granted |
| | 111. | 5/26/20 | Plaintiff's Request for Entry of Default (re Defendant John Spear) |
| | 112. | 5/27/20 | Notice of Continuance (of Motion to Appoint Receiver) |
| | 113. | 5/27/20 | Notice of Hearing (re Trial) |
| | 114. | 5/27/20 | Notice of Hearing (re MSC) |
| | 115. | 5/27/20 | Amendment to First Amended Complaint |
| | 116. | 6/1/20 | Notice of Continuance (of Motion to Appoint Receiver) |
| | 117. | 6/1/20 | Notice of Hearing (re Trial) |
| | 118. | 6/1/20 | Notice of Hearing (re MSC) |
| | 119. | 6/2/20 | Court Payment of Receipt |
| | 120. | 6/5/20 | Notice to Filing Party – Document was Rejected |
| | 121. | 6/5/20 | Notice of Payment of Advance Jury Fee by Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust |

| | | | |
|---|---|---|---|
| 1 | 122. | 6/5/20 | Notice of Trial and Mandatory Settlement Conference |
| 2<br>3<br>4 | 123. | 6/9/20 | Amended Notice of Hearing on (1) Demurrer of Defendant American Financial Center, Inc. to First Amended Complaint of Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust's First Amended Complaint and (2) Motion to Strike Portions of First Amended Complaint of Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust |
| 5 | 124. | 6/10/20 | Court Payment Receipt |
| 6 | 125. | 6/11/20 | Court Payment Receipt |
| 7 | 126. | 6/11/20 | Court Payment Receipt |
| 8 | 127. | 6/11/20 | Court Payment Receipt |
| 9 | 128. | 6/12/20 | Notice of Rejection of Electronic Filing |
| 10 | 129. | 6/12/20 | Notice of Hearing (Jury Trial) |
| 11<br>12<br>13 | 130. | 6/15/20 | Notice of Continued Hearing on Defendant American Financial Center, Inc.'s Motion for Monetary Sanctions Pursuant to C.C.P. Section 128.7 Against Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust, and Its Counsel, Andrew Smits |
| 13<br>14<br>15 | 131. | 6/16/20 | Notice of Continuance of Hearing on United Lender, LLC's Motion for: (1) Appointment of a Receiver; (2) Order to Show Cause Why the Appointment of a Receiver Should not be Confirmed; (3) Temporary Restraining Order; and (4) Order to Show Cause Why a Preliminary Injunction Should not be Granted |
| 16<br>17 | 132. | 6/16/20 | Notice of Continuance of Hearing on Petition to Compel Arbitration and to Stay Action Pending Award of Arbitrator Filed by Lender Defendants, United Lender, LLC, Shawn Ahdoot and Albert A. Ahdoot |
| 18 | 133. | 6/17/20 | Court Payment Receipt |
| 19 | 134. | 6/18/20 | Defendant United Lender, LLC's Notice of Association of Counsel |
| 20 | 135. | 6/19/20 | [Demand for Jury Trial] Defendant American Financial Center, Inc. Demand for Jury Trial and Notice of Posting Fee Under Code of Civil Procedure 631(B) |
| 21 | 136. | 6/19/20 | Notice of Jury Trial and Mandatory Settlement Conference |
| 22 | 137. | 6/19/20 | [Notice of Posting Jury Fee] Defendant American Financial Center, Inc. Demand for Jury Trial and Notice of Posting Fee Under Code of Civil Procedure 631(B) |
| 23 | 138. | 6/24/20 | Defendant Megan E. Zucaro's Motion for Leave to File Cross-Complaint. |
| 24 | 139. | 6/25/20 | Court Payment Receipt |
| 25 | 140. | 6/26/20 | Proof of Service of Summons re Megan E. Zucaro, CEO |
| 26 | 141. | 6/29/20 | Court Payment Receipt |
| 27 | 142. | 6/29/20 | Court Payment Receipt |
| 28 | 143. | 6/29/20 | Electronic Filing Notice of Fees Due |

| | 144. | 7/1/20 | Notice of Continuance (re Motion to Strike) |
|---|---|---|---|
| | 145. | 7/1/20 | Notice of Continuance (re Demurrer to XC) |
| | 146. | 7/8/20 | Court Payment Receipt |
| | 147. | 7/8/20 | Opposition of United Lender to Cross-Defendant's Motion to Strike Cross-Complaint |
| | 148. | 7/8/20 | Opposition of United Lender to Demurrer of Cross-Defendant Nguyen to United Lenders' Cross-Complaint |
| | 149. | 7/8/20 | Proof of Electronic Service |
| | 150. | 7/8/20 | Notice of Continuance of Hearing on Motion of Plaintiff and Cross-Defendant Anh Thy Song Nguyen, Trustee of Mother Nature Trust, and as an Individual, to Strike Cross-Complaint of United Lender, LLC |
| | 151. | 7/8/20 | Notice of Continuance of Hearing on Demurer of Plaintiff and Cross-Defendant Anh Thy Song Nguyen, Trustee of Mother Nature Trust, and as an Individual, to Cross-Complaint of United Lender, LLC |
| | 152. | 7/10/20 | Notice of Motion and Motion of Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust, to Quash or Modify Deposition Subpoena of Defendant United Lender, LLC, for Production of Business Records re Apex Escrow, Inc.; and Request for Sanctions |
| | 153. | 7/10/20 | Declaration of Andrew A. Smits in Support of Motion of Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust, to Quash or Modify Deposition Subpoena of Defendant United Lender, LLC, for Production of Business Records re Apex Escrow, Inc.; and Request for Sanctions |
| | 154. | 7/10/20 | Separate Statement in Support of Motion of Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust, to Quash or Modify Deposition Subpoena of Defendant United Lender, LLC, for Production of Business Records re Apex Escrow, Inc.; and Request for Sanctions |
| | 155. | 7/10/20 | [Proposed] Order on Motion of Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust, to Quash or Modify Deposition Subpoena of Defendant United Lender, LLC, for Production of Business Records re Apex Escrow, Inc.; and Request for Sanctions |
| | 156. | 7/13/20 | Court Payment Receipt |
| | 157. | 7/14/20 | Defendant Megan E. Zucaro's Opposition to Defendant United Lender LLC's Motion to Appoint Receiver |
| | 158. | 7/14/20 | Notice to Filing Party – Document was Rejected |
| | 159. | 7/14/20 | Defendant American Financial Center, Inc.'s Response to Motion of Plaintiff Anh Thy Song Nguyen, Trustee of Motion Nature Trust, to Quash or Modify Subpoena of Defendant United Lender, LLC, for Production of Records re Apex Escrow, Inc. |
| | 160. | 7/14/20 | Defendant Megan E. Zucaro's Notice of Errata Regarding Her Opposition to Defendant United Lender LLC's Motion to Appoint Receiver |
| | 161. | 7/14/20 | Reply of Plaintiff and Cross-Defendant Anh Thy Song Nguyen, Trustee of Mother Nature Trust, in Support of Motion to Strike Cross-Complaint of United Lender, LLC (Related to ROA #160) |
| | 162. | 7/14/20 | Request for Judicial Notice of Plaintiff and Cross-Defendant Anh Thy Song |

| | | | |
|---|---|---|---|
| 1 2 | | | Nguyen, Trustee of Mother Nature Trust, In Support of Demurrer to Cross-Complaint of Defendant and Cross-Complainant United Lender, LLC (Related to ROA #165) |
| 3 4 | 163. | 7/14/20 | Reply of Plaintiff and Cross-Defendant Anh Thy Song Nguyen, Trustee of Mother Nature Trust, in Support of Demurrer to Cross-Complaint of United Lender, LLC (Related to ROA #165) |
| 5 6 7 | 164. | 7/15/20 | Opposition of Plaintiff Anh Thy Son Nguyen to Motion of Defendant United Lender, LLC for: (1) Appointment of a Receiver; (2) Order to Show Cause Why the Appointment of a Receiver Should Not Be Confirmed; (3) Temporary Restraining Order; and (4) Order to Show Cause Why A Preliminary Injunction Should Not Be Granted |
| 8 9 10 | 165. | 7/15/20 | Request for Judicial Notice of Plaintiff Anh Thy Song Nguyen re Opposition to Motion of Defendant United Lender, LLC for: (1) Appointment of a Receiver; (2) Order to Show Cause Why the Appointment of a Receiver Should Not Be Confirmed; (3) Temporary Restraining Order; and (4) Order to Show Cause Why A Preliminary Injunction Should Not Be Granted |
| 10 11 12 | 166. | 7/15/20 | Declaration of Andrew A. Smits re: Opposition of Plaintiff Anh Thy Song Nguyen to Motion of Defendant United Lender, LLC, for: (1) Appointment of a Receiver; (2) Order to Show Cause Why the Appointment of a Receiver Should Not Be Confirmed; (3) Temporary Restraining Order; and (4) Order to Show Cause Why A Preliminary Injunction Should Not Be Granted |
| 13 14 15 | 167. | 7/15/20 | Evidentiary Objections of Plaintiff Any Thy Song Nguyen to Declaration of Shawn Ahdoot re Opposition to Motion for: (1) Appointment of A Receiver; (2) Order to Show Cause Why the Appointment of a Receiver Should Not Be Confirmed; (3) Temporary Restraining Order; and (4) Order to Show Cause Why A Preliminary Injunction Should Not Be Granted |
| 16 17 18 | 168. | 7/15/20 | Evidentiary Objections of Plaintiff Any Thy Song Nguyen to Declaration of Alfredo Velasquez re Opposition to Motion for: (1) Appointment of A Receiver; (2) Order to Show Cause Why the Appointment of a Receiver Should Not Be Confirmed; (3) Temporary Restraining Order; and (4) Order to Show Cause Why A Preliminary Injunction Should Not Be Granted |
| 19 20 21 | 169. | 7/15/20 | Evidentiary Objections of Plaintiff Any Thy Song Nguyen to Declaration of Jesse Bosque re Opposition to Motion for: (1) Appointment of A Receiver; (2) Order to Show Cause Why the Appointment of a Receiver Should Not Be Confirmed; (3) Temporary Restraining Order; and (4) Order to Show Cause Why A Preliminary Injunction Should Not Be Granted |
| 22 23 24 | 170. | 7/15/20 | Evidentiary Objections of Plaintiff Any Thy Song Nguyen to Supplemental Declaration of Shawn Ahdoot re Opposition to Motion for: (1) Appointment of A Receiver; (2) Order to Show Cause Why the Appointment of a Receiver Should Not Be Confirmed; (3) Temporary Restraining Order; and (4) Order to Show Cause Why A Preliminary Injunction Should Not Be Granted |
| 25 26 | 171. | 7/17/20 | **Copy of the Docket in *Anh Thy Song Nguyen, Trustee of Mother Nature Trust v. United Lender, LLC, et al.*, Superior Court for the State of California, for the County of Orange, Case No. 30-2020-01124778-CU-FR-CJC** |
| 27 | | | |
| 28 | | | |

1    I declare under penalty of perjury under the laws of the United States that the foregoing is true

2   and correct. Executed this 17th day of July, 2020.

3

4   DATED:  July 17, 2020              MEYLAN DAVITT JAIN AREVIAN & KIM LLP

5

6                                     By:   /s/ Anita Jain

7                                          Anita Jain
                                           Attorneys for Claimant
8                                          UNITED LENDER, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "G"

1  LAWRENCE C. MEYERSON (SBN 54136)
   A PROFESSIONAL LAW CORPORATION
2  5521 Mission Rd., Ste 399
   Bonsall, CA 92003
3  Telephone: (310) 827-3344
   Email: *lcm@lcmplc.com*

4
   MAURICE WAINER (SBN 121678)
5  SNIPPER WAINER & MARKOFF
   232 North Canon Drive
6  Beverly Hills, CA 90210-5302
   Telephone: (310) 550-5770
7  Email: *mrwainer@swmfirm.com*

8  Attorneys for Defendant and Cross-Complainant
   UNITED LENDER, LLC, a Nevada limited
9  liability company; and Defendants
   SHAWN AHDOOT, an individual; and
10 ALBERT A. AHDOOT, an individual

11              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

12          **FOR THE COUNTY OF ORANGE – CENTRAL JUSTICE CENTER**

13

14 ANH THY SONG NGUYEN, TRUSTEE OF      )   Case No. 30-2020-01124778-CU-FR-CJC
   MOTHER NATURE TRUST,                 )
15                                       )   Hon. Walter Schwarm, Judge Assigned for
                Plaintiff,              )   All Purposes, Department C19
16                                       )
   vs.                                   )   **NOTICE OF WITHDRAWAL OF**
17                                       )   **MOTION FOR APPOINTMENT OF**
   UNITED LENDER, LLC, a Nevada limited )   **RECEIVER**
18 liability company; SHAWN AHDOOT, an  )
   individual; ALBERT A. AHDOOT, an     )   DATE: July 28 2020
19 individual; MEGAN E. ZUCARO, an      )   TIME: 8:30 a.m.
   individual; HELPING OTHERS           )   DEPT: C19
20 INTERNATIONAL, LLC, a Delaware limited )
   liability company; WESTERN FIDELITY  )   **RES. NO.:**
21 ASSOCIATES, LLC, a California limited )
   liability company, dba WESTERN FIDELITY )   Action filed: 01/15/2020
22 TRUSTEES; JOHN B. SPEAR, an individual; )
   AMERICAN FINANCIAL CENTER, INC., a   )
23 California corporation; and DOES 1 through )
   100, inclusive,                       )
24                                       )
                Defendants.             )
25                                       )
                                         )
26 _____    )

27

28

                                    1
   _____
   NOTICE OF WITHDRAWAL OF MOTION FOR APPOINTMENT OF RECEIVER

1    COMES NOW United Lender and withdraws without prejudice its Motion for the

2  Appointment of a Receiver because of the pending bankruptcy of Helping Other's International,

3  United States Bankruptcy Court, Central District, Case No 1:2011134-VK.

4

5                                         Respectfully submitted,

6                                         LAWRENCE C. MEYERSON,
                                          A Professional Law Corporation
7
                                          /s/ Lawrence C. Meyerson
8  Dated: March 3, 2020          By:    _____
                                          Lawrence C. Meyerson, Esq.
9

10                                        SNIPPER, WAINER & MARKOFF

11                                        /s/ Maurice Wainer
   Dated: March 3, 2020          By:    _____
12                                        Maurice Wainer, Esq.

13
                                          Attorneys for Defendant and Cross-Complainant
14                                        UNITED LENDER, LLC, a Nevada limited
                                          liability company; and
15                                        Defendants SHAWN AHDOOT, an individual and
                                          ALBERT A. AHDOOT, an individual

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          2

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 232 North Canon Drive, Beverly Hills, CA 90210.

On **July 24, 2020**, I served true and correct copies of the following document(s) described as:

**NOTICE OF WITHDRAWAL OF MOTION FOR APPOINTMENT OF RECEIVER**

on the following interested party or parties in this action:

Andrew A. Smits
Law Offices of Andrew A. Smits
36 Executive Park, Suite 160
Irvine, CA 92614-4794

Telephone: (949) 833-1025
Email: *asmits@smits-law.com*

Attorney for Plaintiff Anh Thy Song
Nguyen, Trustee of Mother Nature Trust

Robert Schachter
Hitchcock, Bowman & Schachter
Suite 1030 Del Amo Financial Center
21515 Hawthorne Boulevard
Torrance, CA 90503-6579

Telephone: (310) 540-2202
E-mail: *rs@rschachterlaw.com*

Attorneys for Defendant Western Fidelity
Associates, LLC, dba Western Fidelity
Trustees

Lori E. Eropkin
Levinson Arshonsky & Kurtz, LLP
15303 Ventura Blvd., Suite 1650
Sherman Oaks, CA 91403

Telephone: (818) 382-3434
E-mail: *leropkin@laklawyers.com*

Attorneys for Defendant American Financial
Center, Inc.

Megan E. Zucaro
4959 Palo Verde Street, Suite 205C
Montclair, CA 91763
E-mail: m@megazee.com

John B. Spear
4959 Palo Verde Street, Suite 205C
Montclair, CA 91763
E-mail: JohnBSpear@gmail.com

Helping Others International, LLC
c/o Megan E. Zucaro
E-mail: m@megazee.com

Anita Jain
Meylan Davitt Jain Arevian & Kim LLP
444 S. Flower Street, Suite 1850
Los Angeles, CA 90071
Email:    ajain@MDJAlaw.com

**[XX]    BY ELECTRONIC SERVICE (E-MAIL)** - Pursuant to CRC Rule 2.251(f)(1), I served a true copy of the foregoing document(s) by electronic mail via a court approved electronic filing service provider, directed to the addressee's email address(es), if available, as that list is maintained and made available by the court pursuant to CRC 2.251(e). In addition, I provided a courtesy copy of the foregoing document(s) by electronic mail to the addressee's e-mail address (if available), as set forth above.

I declare under penalty of perjury under the laws of the State of California that the above

1     is true and correct.

2           Executed on **July 24, 2020**, at Beverly Hills, California.

3

4                                                 *Maurice Wainer*

                                          Maurice Wainer

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "H"

Case Summary:

| Case Id: | 30-2020-01124778-CU-FR-CJC |
|---|---|
| Case Title: | ANH THY SONG NGUYEN VS. UNITED LENDER, LLC |
| Case Type: | FRAUD |
| Filing Date: | 01/15/2020 |
| Category: | CIVIL - UNLIMITED |

Register Of Actions:

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1 | E-FILING TRANSACTION 2880670 RECEIVED ON 01/15/2020 06:20:54 PM. | 01/17/2020 | | *NV* | |
| 2 | COMPLAINT FILED BY NGUYEN, ANH THY SONG ON 01/15/2020 | 01/15/2020 | | 91 pages | ☐ |
| 3 | CIVIL CASE COVER SHEET FILED BY NGUYEN, ANH THY SONG ON 01/15/2020 | 01/15/2020 | | 1 pages | ☐ |
| 4 | SUMMONS ISSUED AND FILED BY NGUYEN, ANH THY SONG ON 01/15/2020 | 01/15/2020 | | 2 pages | ☐ |
| 5 | NOTICE OF PENDENCY OF ACTION FILED BY NGUYEN, ANH THY SONG ON 01/15/2020 | 01/15/2020 | | 2 pages | ☐ |
| 6 | NOTICE - OTHER (RE ALBERT A. AHDOOT) FILED BY NGUYEN, ANH THY SONG ON 01/15/2020 | 01/15/2020 | | 1 pages | ☐ |
| 7 | NOTICE - OTHER (RE SHAWN AHDOOT) FILED BY NGUYEN, ANH THY SONG ON 01/15/2020 | 01/15/2020 | | 1 pages | ☐ |
| 8 | NOTICE - OTHER (RE UNITED LENDER, LLC) FILED BY NGUYEN, ANH THY SONG ON 01/15/2020 | 01/15/2020 | | 2 pages | ☐ |
| 9 | NOTICE - OTHER (RE MEGAN E. ZUCARO) FILED BY NGUYEN, ANH THY SONG ON 01/15/2020 | 01/15/2020 | | 1 pages | ☐ |
| 10 | NOTICE - OTHER (RE HELPING OTHERS INTERNATIONAL, LLC) FILED BY NGUYEN, ANH THY SONG ON 01/15/2020 | 01/15/2020 | | 2 pages | ☐ |
| 11 | NOTICE - OTHER (RE WESTERN FIDELITY ASSOCIATES, LLC) FILED BY NGUYEN, ANH THY SONG ON 01/15/2020 | 01/15/2020 | | 2 pages | ☐ |
| 12 | NOTICE - OTHER (RE JOHN B. SPEAR) FILED BY NGUYEN, ANH THY SONG ON 01/15/2020 | 01/15/2020 | | 1 pages | ☐ |
| 13 | PAYMENT RECEIVED BY AMERICANLEGALNET FOR 194 - COMPLAINT OR OTHER 1ST PAPER IN THE AMOUNT OF 435.00, TRANSACTION NUMBER 12693678 AND RECEIPT NUMBER 12518697. | 01/17/2020 | | 1 pages | ☐ |
| 14 | CASE ASSIGNED TO JUDICIAL OFFICER SCHWARM, WALTER ON 01/15/2020. | 01/15/2020 | | 1 pages | ☐ |
| 15 | E-FILING TRANSACTION 41056756 RECEIVED ON 01/20/2020 06:59:29 PM. | 01/22/2020 | | *NV* | |
| 16 | AMENDED COMPLAINT (FIRST) FILED BY NGUYEN, ANH THY SONG ON 01/21/2020 | 01/21/2020 | | 96 pages | ☐ |
| 17 | SUMMONS ISSUED AND FILED FILED BY NGUYEN, ANH THY SONG ON 01/21/2020 | 01/21/2020 | | 2 pages | ☐ |
| 18 | NOTICE - OTHER (PLAINTIFF'S STATEMENT OF RIGHT TO SEEK PUNITIVE DAMAGES AGAINST DEFENDANT AMERICAN FINANCIAL CENTER, INC., PURSUANT TO CIVIL CODE SECTION 3294) FILED BY NGUYEN, ANH THY SONG ON 01/21/2020 | 01/21/2020 | | 2 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 19 | PROPOSED ORDER RECEIVED ON 01/22/2020 | 01/22/2020 | | 4 pages | ☐ |
| 20 | E-FILING TRANSACTION 3879650 RECEIVED ON 01/22/2020 01:59:12 PM. | 01/22/2020 | | NV | |
| 21 | EX PARTE APPLICATION - OTHER FILED BY NGUYEN, ANH THY SONG ON 01/22/2020 | 01/22/2020 | | 10 pages | ☐ |
| 22 | DECLARATION IN SUPPORT FILED BY NGUYEN, ANH THY SONG ON 01/22/2020 | 01/22/2020 | | 23 pages | ☐ |
| 23 | DECLARATION IN SUPPORT FILED BY NGUYEN, ANH THY SONG ON 01/22/2020 | 01/22/2020 | | 78 pages | ☐ |
| 24 | PAYMENT RECEIVED BY AMERICANLEGALNET FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12695389 AND RECEIPT NUMBER 12520412. | 01/22/2020 | | 1 pages | ☐ |
| 25 | EX PARTE SCHEDULED FOR 01/23/2020 AT 08:30:00 AM IN C19 AT CENTRAL JUSTICE CENTER. | 01/22/2020 | | NV | |
| 26 | E-FILING TRANSACTION 3879655 RECEIVED ON 01/22/2020 02:09:31 PM. | 01/22/2020 | | NV | |
| 27 | REQUEST FOR JUDICIAL NOTICE FILED BY NGUYEN, ANH THY SONG ON 01/22/2020 | 01/22/2020 | | 192 pages | ☐ |
| 28 | E-FILING TRANSACTION 41057828 RECEIVED ON 01/22/2020 04:38:40 PM. | 01/22/2020 | | NV | |
| 29 | NOTICE - OTHER FILED BY NGUYEN, ANH THY SONG ON 01/22/2020 | 01/22/2020 | | 3 pages | ☐ |
| 30 | ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION SCHEDULED FOR 02/11/2020 AT 01:30:00 PM IN C19 AT CENTRAL JUSTICE CENTER. | 01/23/2020 | | NV | |
| 31 | THE ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION IS SCHEDULED FOR 02/11/2020 AT 01:30 PM IN DEPARTMENT C19. | 01/23/2020 | | NV | |
| 32 | MINUTES FINALIZED FOR EX PARTE 01/23/2020 08:30:00 AM. | 01/24/2020 | | 2 pages | ☐ |
| 33 | E-FILING TRANSACTION 41057669 RECEIVED ON 01/22/2020 01:59:56 PM. | 01/27/2020 | | NV | |
| 34 | ORDER - OTHER FILED BY THE SUPERIOR COURT OF ORANGE ON 01/23/2020 | 01/23/2020 | | 3 pages | ☐ |
| 35 | E-FILING TRANSACTION 3881841 RECEIVED ON 01/28/2020 12:35:24 PM. | 01/28/2020 | | NV | |
| 36 | PROOF OF SERVICE OF SUMMONS FILED BY NGUYEN, ANH THY SONG ON 01/28/2020 | 01/28/2020 | | 3 pages | ☐ |
| 37 | PROOF OF SERVICE OF SUMMONS FILED BY NGUYEN, ANH THY SONG ON 01/28/2020 | 01/28/2020 | | 3 pages | ☐ |
| 38 | PROOF OF SERVICE OF SUMMONS FILED BY NGUYEN, ANH THY SONG ON 01/28/2020 | 01/28/2020 | | 3 pages | ☐ |
| 39 | PROOF OF SERVICE OF SUMMONS FILED BY NGUYEN, ANH THY SONG ON 01/28/2020 | 01/28/2020 | | 3 pages | ☐ |
| 40 | E-FILING TRANSACTION 41059896 RECEIVED ON 01/28/2020 01:28:53 PM. | 01/28/2020 | | NV | |
| 41 | PROOF OF SERVICE FILED BY NGUYEN, ANH THY SONG ON 01/28/2020 | 01/28/2020 | | 3 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 42 | PROOF OF SERVICE FILED BY NGUYEN, ANH THY SONG ON 01/28/2020 | 01/28/2020 | | 3 pages | ☐ |
| 43 | PROOF OF SERVICE FILED BY NGUYEN, ANH THY SONG ON 01/28/2020 | 01/28/2020 | | 3 pages | ☐ |
| 44 | PROOF OF SERVICE FILED BY NGUYEN, ANH THY SONG ON 01/28/2020 | 01/28/2020 | | 3 pages | ☐ |
| 45 | PROOF OF SERVICE FILED BY NGUYEN, ANH THY SONG ON 01/28/2020 | 01/28/2020 | | 2 pages | ☐ |
| 46 | PROOF OF SERVICE FILED BY NGUYEN, ANH THY SONG ON 01/28/2020 | 01/28/2020 | | 2 pages | ☐ |
| 47 | PROOF OF SERVICE FILED BY NGUYEN, ANH THY SONG ON 01/28/2020 | 01/28/2020 | | 2 pages | ☐ |
| 48 | PROOF OF SERVICE FILED BY NGUYEN, ANH THY SONG ON 01/28/2020 | 01/28/2020 | | 2 pages | ☐ |
| 49 | E-FILING TRANSACTION 2886990 RECEIVED ON 01/31/2020 09:08:28 PM. | 02/03/2020 | | *NV* | |
| 50 | POINTS AND AUTHORITIES FILED BY AHDOOT, ALBERT A.; AHDOOT, SHAWN; UNITED LENDER, LLC ON 01/31/2020 | 01/31/2020 | | 14 pages | ☐ |
| 51 | DECLARATION IN SUPPORT OF OPPOSITION FILED BY AHDOOT, ALBERT A.; AHDOOT, SHAWN; UNITED LENDER, LLC ON 01/31/2020 | 01/31/2020 | | 13 pages | ☐ |
| 52 | DECLARATION IN SUPPORT OF OPPOSITION FILED BY AHDOOT, ALBERT A.; AHDOOT, SHAWN; UNITED LENDER, LLC ON 01/31/2020 | 01/31/2020 | | 4 pages | ☐ |
| 53 | OBJECTION FILED BY AHDOOT, ALBERT A.; AHDOOT, SHAWN; UNITED LENDER, LLC ON 01/31/2020 | 01/31/2020 | | 5 pages | ☐ |
| 54 | PROOF OF SERVICE BY MAIL FILED BY AHDOOT, ALBERT A.; AHDOOT, SHAWN; UNITED LENDER, LLC ON 01/31/2020 | 01/31/2020 | | 2 pages | ☐ |
| 55 | PAYMENT RECEIVED BY ONELEGAL FOR 195 - ANSWER OR OTHER 1ST PAPER, 195 - ANSWER OR OTHER 1ST PAPER, 195 - ANSWER OR OTHER 1ST PAPER IN THE AMOUNT OF 1,305.00, TRANSACTION NUMBER 12702898 AND RECEIPT NUMBER 12528005. | 02/03/2020 | | 1 pages | ☐ |
| 56 | E-FILING TRANSACTION 1716642 RECEIVED ON 02/04/2020 08:14:40 PM. | 02/05/2020 | | *NV* | |
| 57 | REPLY - OTHER FILED BY NGUYEN, ANH THY SONG ON 02/04/2020 | 02/04/2020 | | 9 pages | ☐ |
| 58 | DECLARATION IN SUPPORT (SUPPLEMENTAL DECLARATION) FILED BY NGUYEN, ANH THY SONG ON 02/04/2020 | 02/04/2020 | | 7 pages | ☐ |
| 59 | OBJECTION (EVIDENTIARY OBJECTION) FILED BY NGUYEN, ANH THY SONG ON 02/04/2020 | 02/04/2020 | | 12 pages | ☐ |
| 60 | OBJECTION (EVIDENTIARY OBJECTION) FILED BY NGUYEN, ANH THY SONG ON 02/04/2020 | 02/04/2020 | | 4 pages | ☐ |
| 61 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 06/12/2020 AT 09:00:00 AM IN C19 AT CENTRAL JUSTICE CENTER. | 02/10/2020 | | 2 pages | ☐ |
| 62 | PROPOSED ORDER RECEIVED ON 02/10/2020 | 02/10/2020 | | 5 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 63 | DECLARATION OF NON-MONETARY STATUS FILED BY WESTERN FIDELITY ASSOCIATES, LLC ON 02/11/2020 | 02/11/2020 | | 3 pages | ☐ |
| 64 | MINUTES FINALIZED FOR ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION 02/11/2020 01:30:00 PM. | 02/13/2020 | | 2 pages | ☐ |
| 65 | E-FILING TRANSACTION 41064866 RECEIVED ON 02/10/2020 03:19:12 PM. | 02/19/2020 | | NV | |
| 66 | ORDER - OTHER FILED BY THE SUPERIOR COURT OF ORANGE ON 02/11/2020 | 02/11/2020 | | 3 pages | ☐ |
| 67 | UNDERTAKING FILED BY NGUYEN, ANH THY SONG ON 02/20/2020 | 02/20/2020 | | 2 pages | ☐ |
| 68 | E-FILING TRANSACTION 3890859 RECEIVED ON 02/20/2020 06:25:36 PM. | 02/21/2020 | | NV | |
| 69 | MOTION TO COMPEL ARBITRATION FILED BY AHDOOT, ALBERT A.; AHDOOT, SHAWN; UNITED LENDER, LLC ON 02/20/2020 | 02/20/2020 | | 3 pages | ☐ |
| 70 | DECLARATION IN SUPPORT FILED BY AHDOOT, ALBERT A.; AHDOOT, SHAWN; UNITED LENDER, LLC ON 02/20/2020 | 02/20/2020 | | 6 pages | ☐ |
| 71 | MEMORANDUM OF POINTS AND AUTHORITIES FILED BY AHDOOT, ALBERT A.; AHDOOT, SHAWN; UNITED LENDER, LLC ON 02/20/2020 | 02/20/2020 | | 11 pages | ☐ |
| 72 | REQUEST FOR JUDICIAL NOTICE FILED BY AHDOOT, ALBERT A.; AHDOOT, SHAWN; UNITED LENDER, LLC ON 02/20/2020 | 02/20/2020 | | 142 pages | ☐ |
| 73 | PROOF OF SERVICE BY MAIL FILED BY AHDOOT, ALBERT A.; AHDOOT, SHAWN; UNITED LENDER, LLC ON 02/20/2020 | 02/20/2020 | | 3 pages | ☐ |
| 74 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12713378 AND RECEIPT NUMBER 12538757. | 02/21/2020 | | 1 pages | ☐ |
| 75 | PETITION TO COMPEL ARBITRATION SCHEDULED FOR 06/30/2020 AT 01:30:00 PM IN C19 AT . | 02/21/2020 | | NV | |
| 76 | E-FILING TRANSACTION 2894322 RECEIVED ON 02/21/2020 11:25:02 AM. | 02/21/2020 | | NV | |
| 77 | REQUEST FOR JUDICIAL NOTICE FILED BY AHDOOT, ALBERT A.; AHDOOT, SHAWN; UNITED LENDER, LLC ON 02/21/2020 | 02/21/2020 | | 142 pages | ☐ |
| 78 | E-FILING TRANSACTION 3887940 RECEIVED ON 02/12/2020 05:25:16 PM. | 02/21/2020 | | NV | |
| 79 | NOTICE OF ENTRY OF JUDGMENT FILED BY NGUYEN, ANH THY SONG ON 02/13/2020 | 02/13/2020 | | 6 pages | ☐ |
| 80 | OBJECTION FILED BY NGUYEN, ANH THY SONG ON 02/13/2020 | 02/13/2020 | | 4 pages | ☐ |
| 81 | E-FILING TRANSACTION 41069230 RECEIVED ON 02/21/2020 02:14:33 PM. | 02/21/2020 | | NV | |
| 82 | NOTICE - OTHER FILED BY NGUYEN, ANH THY SONG ON 02/21/2020 | 02/21/2020 | | 6 pages | ☐ |
| 83 | E-FILING TRANSACTION 3895235 RECEIVED ON 03/03/2020 04:45:26 PM. | 03/03/2020 | | NV | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 84 | RESPONSE FILED BY AMERICAN FINANCIAL CENTER, INC. ON 03/03/2020 | 03/03/2020 | | 19 pages | ☐ |
| 85 | PROPOSED ORDER RECEIVED ON 03/04/2020 | 03/04/2020 | | 2 pages | ☐ |
| 86 | E-FILING TRANSACTION 2898609 RECEIVED ON 03/04/2020 09:53:21 AM. | 03/04/2020 | | NV | |
| 87 | EX PARTE APPLICATION - OTHER FILED BY AHDOOT, ALBERT A.; AHDOOT, SHAWN; UNITED LENDER, LLC ON 03/04/2020 | 03/04/2020 | | 4 pages | ☐ |
| 88 | REQUEST FOR JUDICIAL NOTICE FILED BY AHDOOT, ALBERT A.; AHDOOT, SHAWN; UNITED LENDER, LLC ON 03/04/2020 | 03/04/2020 | | 2 pages | ☐ |
| 89 | MEMORANDUM OF POINTS AND AUTHORITIES (AMENDED) FILED BY AHDOOT, ALBERT A.; AHDOOT, SHAWN; UNITED LENDER, LLC ON 03/04/2020 | 03/04/2020 | | 12 pages | ☐ |
| 90 | DECLARATION - OTHER FILED BY AHDOOT, ALBERT A.; AHDOOT, SHAWN; UNITED LENDER, LLC ON 03/04/2020 | 03/04/2020 | | 5 pages | ☐ |
| 91 | DECLARATION - OTHER (FIRST AMENDED) FILED BY AHDOOT, ALBERT A.; AHDOOT, SHAWN; UNITED LENDER, LLC ON 03/04/2020 | 03/04/2020 | | 12 pages | ☐ |
| 92 | NOTICE - OTHER (FIRST AMENDED) FILED BY AHDOOT, ALBERT A.; AHDOOT, SHAWN; UNITED LENDER, LLC ON 03/04/2020 | 03/04/2020 | | 3 pages | ☐ |
| 93 | EX PARTE APPLICATION - OTHER FILED BY AHDOOT, ALBERT A.; AHDOOT, SHAWN; UNITED LENDER, LLC ON 03/04/2020 | 03/04/2020 | | 20 pages | ☐ |
| 94 | DECLARATION IN SUPPORT FILED BY AHDOOT, ALBERT A.; AHDOOT, SHAWN; UNITED LENDER, LLC ON 03/04/2020 | 03/04/2020 | | 5 pages | ☐ |
| 95 | DECLARATION IN SUPPORT FILED BY AHDOOT, ALBERT A.; AHDOOT, SHAWN; UNITED LENDER, LLC ON 03/04/2020 | 03/04/2020 | | 44 pages | ☐ |
| 96 | CROSS-COMPLAINT FILED BY UNITED LENDER, LLC ON 03/04/2020 | 03/04/2020 | | 29 pages | ☐ |
| 97 | PROPOSED ORDER RECEIVED ON 03/04/2020. | 03/04/2020 | | 6 pages | ☐ |
| 98 | PAYMENT RECEIVED BY LEGALCONNECT FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING, 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 120.00, TRANSACTION NUMBER 12721053 AND RECEIPT NUMBER 12546929. | 03/04/2020 | | 1 pages | ☐ |
| 99 | EX PARTE SCHEDULED FOR 03/05/2020 AT 08:30:00 AM IN C19 AT CENTRAL JUSTICE CENTER. | 03/04/2020 | | NV | |
| 100 | EX PARTE SCHEDULED FOR 03/05/2020 AT 08:30:00 AM IN C19 AT CENTRAL JUSTICE CENTER. | 03/04/2020 | | NV | |
| 101 | MOTION TO APPOINT RECEIVER SCHEDULED FOR 04/28/2020 AT 01:30:00 PM IN C19 AT CENTRAL JUSTICE CENTER. | 03/05/2020 | | NV | |
| 102 | THE MOTION TO APPOINT RECEIVER IS SCHEDULED FOR 04/28/2020 AT 01:30 PM IN DEPARTMENT C19. | 03/05/2020 | | NV | |
| 103 | MINUTES FINALIZED FOR MULTIPLE EVENTS 03/05/2020 08:30:00 AM. | 03/05/2020 | | 2 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 104 | E-FILING TRANSACTION 1727115 RECEIVED ON 03/04/2020 09:53:48 AM. | 03/10/2020 | | *NV* | |
| 105 | PROPOSED ORDER (NOT SIGNED) FILED BY THE SUPERIOR COURT OF ORANGE ON 03/04/2020 | 03/04/2020 | | 2 pages | ☐ |
| 106 | E-FILING TRANSACTION 41080899 RECEIVED ON 03/30/2020 03:59:13 PM. | 03/30/2020 | | *NV* | |
| 107 | DECLARATION IN SUPPORT FILED BY UNITED LENDER, LLC ON 03/30/2020 | 03/30/2020 | | 6 pages | ☐ |
| 108 | DECLARATION IN SUPPORT FILED BY UNITED LENDER, LLC; UNITED LENDER, LLC ON 03/30/2020 | 03/30/2020 | | 4 pages | ☐ |
| 109 | DECLARATION IN SUPPORT FILED BY UNITED LENDER, LLC; UNITED LENDER, LLC ON 03/30/2020 | 03/30/2020 | | 2 pages | ☐ |
| 110 | PROOF OF ESERVICE FILED BY UNITED LENDER, LLC; UNITED LENDER, LLC ON 03/30/2020 | 03/30/2020 | | 3 pages | ☐ |
| 111 | E-FILING TRANSACTION 1735118 RECEIVED ON 04/01/2020 02:38:12 PM. | 04/01/2020 | | *NV* | |
| 112 | PROOF OF SERVICE OF SUMMONS FILED BY NGUYEN, ANH THY SONG ON 04/01/2020 | 04/01/2020 | | 1 pages | ☐ |
| 113 | PROOF OF SERVICE OF SUMMONS FILED BY NGUYEN, ANH THY SONG; NGUYEN, ANH THY SONG ON 04/01/2020 | 04/01/2020 | | 1 pages | ☐ |
| 114 | PROOF OF SERVICE OF SUMMONS FILED BY NGUYEN, ANH THY SONG; NGUYEN, ANH THY SONG ON 04/01/2020 | 04/01/2020 | | 3 pages | ☐ |
| 115 | PROOF OF SERVICE OF SUMMONS FILED BY NGUYEN, ANH THY SONG; NGUYEN, ANH THY SONG ON 04/01/2020 | 04/01/2020 | | 3 pages | ☐ |
| 116 | E-FILING TRANSACTION 1738068 RECEIVED ON 04/22/2020 11:58:05 AM. | 04/22/2020 | | *NV* | |
| 117 | STATEMENT - OTHER FILED BY AHDOOT, ALBERT A. ON 04/22/2020 | 04/22/2020 | | 7 pages | ☐ |
| 118 | PROOF OF ESERVICE FILED BY AHDOOT, ALBERT A. ON 04/22/2020 | 04/22/2020 | | 1 pages | ☐ |
| 119 | PROPOSED ORDER RECEIVED ON 05/18/2020 | 05/18/2020 | | 2 pages | ☐ |
| 120 | PETITION TO COMPEL ARBITRATION SCHEDULED FOR 09/29/2020 AT 01:30:00 PM IN C19 AT CENTRAL JUSTICE CENTER. | 05/19/2020 | | *NV* | |
| 121 | NOTICE OF CONTINUANCE | 05/19/2020 | | 2 pages | ☐ |
| 122 | MOTION TO APPOINT RECEIVER SCHEDULED FOR 07/28/2020 AT 01:30:00 PM IN C19 AT CENTRAL JUSTICE CENTER. | 05/19/2020 | | *NV* | |
| 123 | NOTICE OF CONTINUANCE | 05/19/2020 | | 2 pages | ☐ |
| 124 | MOTION TO APPOINT RECEIVER SCHEDULED FOR 07/28/2020 AT 09:00:00 AM IN C19 AT CENTRAL JUSTICE CENTER. | 05/27/2020 | | *NV* | |
| 125 | NOTICE OF CONTINUANCE | 05/27/2020 | | 2 pages | ☐ |
| 126 | COURT TRIAL SCHEDULED FOR 08/27/2021 AT 09:00:00 AM IN C19 AT CENTRAL JUSTICE CENTER. | 05/27/2020 | | 2 pages | ☐ |
| 127 | MANDATORY SETTLEMENT CONFERENCE SCHEDULED FOR 07/23/2021 AT 08:30:00 AM IN C19 AT CENTRAL JUSTICE CENTER. | 05/27/2020 | | 2 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 128 | E-FILING TRANSACTION 41077492 RECEIVED ON 03/13/2020 05:32:12 PM. | 06/02/2020 | | *NV* | |
| 129 | MOTION TO STRIKE FILED BY AMERICAN FINANCIAL CENTER, INC. ON 03/13/2020 | 03/13/2020 | | 12 pages | ☐ |
| 130 | DEMURRER TO ANSWER FILED BY AMERICAN FINANCIAL CENTER, INC. ON 03/13/2020 | 03/13/2020 | | 13 pages | ☐ |
| 131 | NOTICE OF HEARING FILED BY AMERICAN FINANCIAL CENTER, INC. ON 03/13/2020 | 03/13/2020 | | 6 pages | ☐ |
| 132 | REQUEST FOR JUDICIAL NOTICE FILED BY AMERICAN FINANCIAL CENTER, INC. ON 03/13/2020 | 03/13/2020 | | 10 pages | ☐ |
| 133 | PAYMENT RECEIVED BY ONELEGAL FOR 195 - ANSWER OR OTHER 1ST PAPER, 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 495.00, TRANSACTION NUMBER 12733991 AND RECEIPT NUMBER 12560270. | 06/02/2020 | | 1 pages | ☐ |
| 134 | DEMURRER TO ANSWER SCHEDULED FOR 09/29/2020 AT 01:30:00 PM IN C19 AT CENTRAL JUSTICE CENTER. | 06/02/2020 | | *NV* | |
| 135 | MOTION TO STRIKE SCHEDULED FOR 09/29/2020 AT 01:30:00 PM IN C19 AT CENTRAL JUSTICE CENTER. | 06/02/2020 | | *NV* | |
| 136 | NOTICE OF CONTINUANCE | 06/01/2020 | | 2 pages | ☐ |
| 137 | NOTICE OF HEARING OC | 06/01/2020 | | 2 pages | ☐ |
| 138 | NOTICE OF HEARING OC | 06/01/2020 | | 2 pages | ☐ |
| 139 | PROOF OF SERVICE OF SUMMONS SUBMITTED BY NGUYEN, ANH THY SONG REJECTED ON 06/05/2020. | 06/05/2020 | | 1 pages | ☐ |
| 140 | E-FILING TRANSACTION 2913717 RECEIVED ON 05/27/2020 02:57:19 PM. | 06/08/2020 | | *NV* | |
| 141 | AMENDMENT TO COMPLAINT (DOE 1) FILED BY NGUYEN, ANH THY SONG ON 05/27/2020 | 05/27/2020 | | 3 pages | ☐ |
| 142 | E-FILING TRANSACTION 3912624 RECEIVED ON 06/09/2020 04:03:12 PM. | 06/10/2020 | | *NV* | |
| 143 | NOTICE - OTHER (AMENDED NOTICE OF HEARING) FILED BY AMERICAN FINANCIAL CENTER, INC. ON 06/09/2020 | 06/09/2020 | | 4 pages | ☐ |
| 144 | E-FILING TRANSACTION 3910201 RECEIVED ON 05/26/2020 12:22:21 PM. | 06/10/2020 | | *NV* | |
| 145 | ANSWER TO CROSS-COMPLAINT FILED BY HELPING OTHERS INTERNATIONAL, LLC; ZUCARO, MEGAN E. ON 05/26/2020 | 05/26/2020 | | 7 pages | ☐ |
| 146 | PAYMENT RECEIVED BY ONELEGAL FOR 195 - ANSWER OR OTHER 1ST PAPER, 195 - ANSWER OR OTHER 1ST PAPER IN THE AMOUNT OF 870.00, TRANSACTION NUMBER 12737864 AND RECEIPT NUMBER 12564163. | 06/10/2020 | | 1 pages | ☐ |
| 147 | E-FILING TRANSACTION 1737437 RECEIVED ON 04/17/2020 09:53:37 AM. | 06/11/2020 | | *NV* | |
| 148 | MOTION FOR SANCTIONS FILED BY AMERICAN FINANCIAL CENTER, INC. ON 05/26/2020 | 05/26/2020 | | 13 pages | ☐ |
| 149 | REQUEST FOR JUDICIAL NOTICE FILED BY AMERICAN FINANCIAL CENTER, INC. ON 05/26/2020 | 05/26/2020 | | 13 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 150 | DECLARATION IN SUPPORT FILED BY AMERICAN FINANCIAL CENTER, INC. ON 05/26/2020 | 05/26/2020 | | 28 pages | ☐ |
| 151 | DECLARATION IN SUPPORT FILED BY AMERICAN FINANCIAL CENTER, INC. ON 05/26/2020 | 05/26/2020 | | 25 pages | ☐ |
| 152 | DECLARATION IN SUPPORT FILED BY AMERICAN FINANCIAL CENTER, INC. ON 05/26/2020 | 05/26/2020 | | 9 pages | ☐ |
| 153 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12738115 AND RECEIPT NUMBER 12564434. | 06/11/2020 | | 1 pages | ☐ |
| 154 | MOTION FOR SANCTIONS SCHEDULED FOR 10/20/2020 AT 01:30:00 PM IN C19 AT CENTRAL JUSTICE CENTER. | 06/11/2020 | | NV | |
| 155 | E-FILING TRANSACTION 1741118 RECEIVED ON 05/18/2020 02:27:31 PM. | 06/11/2020 | | NV | |
| 156 | DEMURRER TO COMPLAINT FILED BY HELPING OTHERS INTERNATIONAL, LLC; ZUCARO, MEGAN E. ON 05/26/2020 | 05/26/2020 | | 27 pages | ☐ |
| 157 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12738119 AND RECEIPT NUMBER 12564438. | 06/11/2020 | | 1 pages | ☐ |
| 158 | DEMURRER TO COMPLAINT SCHEDULED FOR 08/18/2020 AT 01:30:00 PM IN C19 AT . | 06/11/2020 | | NV | |
| 159 | E-FILING TRANSACTION 2907547 RECEIVED ON 04/07/2020 06:00:03 PM. | 06/11/2020 | | NV | |
| 160 | MOTION TO STRIKE (CROSS-COMPLAINT) FILED BY NGUYEN, ANH THY SONG ON 05/26/2020 | 05/26/2020 | | 10 pages | ☐ |
| 161 | DECLARATION IN SUPPORT (RE: MEET AND CONFER) FILED BY NGUYEN, ANH THY SONG ON 05/26/2020 | 05/26/2020 | | 22 pages | ☐ |
| 162 | REQUEST FOR JUDICIAL NOTICE FILED BY NGUYEN, ANH THY SONG ON 05/26/2020 | 05/26/2020 | | 12 pages | ☐ |
| 163 | DECLARATION IN SUPPORT FILED BY NGUYEN, ANH THY SONG ON 05/26/2020 | 05/26/2020 | | 8 pages | ☐ |
| 164 | REQUEST FOR JUDICIAL NOTICE FILED BY NGUYEN, ANH THY SONG ON 05/26/2020 | 05/26/2020 | | 4 pages | ☐ |
| 165 | DEMURRER TO CROSS-COMPLAINT FILED BY NGUYEN, ANH THY SONG ON 05/26/2020 | 05/26/2020 | | 21 pages | ☐ |
| 166 | PAYMENT RECEIVED BY AMERICANLEGALNET FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING, 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 120.00, TRANSACTION NUMBER 12738156 AND RECEIPT NUMBER 12564475. | 06/11/2020 | | 1 pages | ☐ |
| 167 | DEMURRER TO CROSS-COMPLAINT SCHEDULED FOR 07/21/2020 AT 01:30:00 PM IN C19 AT . | 06/11/2020 | | NV | |
| 168 | MOTION TO STRIKE CROSS-COMPLAINT SCHEDULED FOR 07/21/2020 AT 01:30:00 PM IN C19 AT CENTRAL JUSTICE CENTER. | 06/11/2020 | | NV | |
| 169 | E-FILING TRANSACTION NUMBER 41091088 REJECTED. | 06/12/2020 | | 1 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|-----|--------|-------------|--------------|----------|--------|
| 170 | JURY TRIAL SCHEDULED FOR 08/27/2021 AT 09:00:00 AM IN C19 AT CENTRAL JUSTICE CENTER. | 06/12/2020 | | *NV* | |
| 171 | NOTICE OF HEARING OC GENERATED | 06/12/2020 | | 2 pages | ☐ |
| 172 | E-FILING TRANSACTION 1745376 RECEIVED ON 06/15/2020 03:29:41 PM. | 06/16/2020 | | *NV* | |
| 173 | NOTICE - OTHER (OF CONTINUED HEARING) FILED BY AMERICAN FINANCIAL CENTER, INC. ON 06/15/2020 | 06/15/2020 | | 4 pages | ☐ |
| 174 | E-FILING TRANSACTION 41090038 RECEIVED ON 06/05/2020 03:53:21 PM. | 06/17/2020 | | *NV* | |
| 175 | NOTICE OF POSTING JURY FEES FILED BY NGUYEN, ANH THY SONG ON 06/05/2020 | 06/05/2020 | | 4 pages | ☐ |
| 176 | NOTICE OF TRIAL FILED BY NGUYEN, ANH THY SONG; NGUYEN, ANH THY SONG; NGUYEN, ANH THY SONG ON 06/05/2020 | 06/05/2020 | | 4 pages | ☐ |
| 177 | PAYMENT RECEIVED BY AMERICANLEGALNET FOR 209 - ADVANCED JURY FEE (NON-REFUNDABLE) IN THE AMOUNT OF 150.00, TRANSACTION NUMBER 12741190 AND RECEIPT NUMBER 12567571. | 06/17/2020 | | 1 pages | ☐ |
| 178 | E-FILING TRANSACTION 1746148 RECEIVED ON 06/18/2020 02:48:50 PM. | 06/18/2020 | | *NV* | |
| 179 | NOTICE - OTHER FILED BY UNITED LENDER, LLC ON 06/18/2020 | 06/18/2020 | | 5 pages | ☐ |
| 180 | E-FILING TRANSACTION 2906195 RECEIVED ON 03/30/2020 04:55:15 PM. | 06/19/2020 | | *NV* | |
| 181 | NOTICE OF CONTINUANCE FILED BY UNITED LENDER, LLC ON 05/26/2020 | 05/26/2020 | | 3 pages | ☐ |
| 182 | E-FILING TRANSACTION 1746321 RECEIVED ON 06/19/2020 11:02:32 AM. | 06/19/2020 | | *NV* | |
| 183 | DEMAND FOR JURY TRIAL FILED BY AMERICAN FINANCIAL CENTER, INC. ON 06/19/2020 | 06/19/2020 | | 4 pages | ☐ |
| 184 | E-FILING TRANSACTION 2917916 RECEIVED ON 06/19/2020 03:58:27 PM. | 06/22/2020 | | *NV* | |
| 185 | NOTICE OF TRIAL (AND MSC) FILED BY NGUYEN, ANH THY SONG ON 06/19/2020 | 06/19/2020 | | 6 pages | ☐ |
| 186 | E-FILING TRANSACTION 3914589 RECEIVED ON 06/19/2020 11:20:57 AM. | 06/25/2020 | | *NV* | |
| 187 | NOTICE OF POSTING JURY FEES (AND DEMAND FOR JURY TRIAL) FILED BY AMERICAN FINANCIAL CENTER, INC. ON 06/19/2020 | 06/19/2020 | | 4 pages | ☐ |
| 188 | PAYMENT RECEIVED BY ONELEGAL FOR 209 - ADVANCED JURY FEE (NON-REFUNDABLE) IN THE AMOUNT OF 150.00, TRANSACTION NUMBER 12745284 AND RECEIPT NUMBER 12571723. | 06/25/2020 | | 1 pages | ☐ |
| 189 | E-FILING TRANSACTION 3916114 RECEIVED ON 06/26/2020 11:23:17 AM. | 06/26/2020 | | *NV* | |
| 190 | PROOF OF SERVICE OF SUMMONS FILED BY NGUYEN, ANH THY SONG ON 06/26/2020 | 06/26/2020 | | 5 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 191 | E-FILING TRANSACTION 2910513 RECEIVED ON 04/29/2020 02:43:21 PM. | 06/29/2020 | | *NV* | |
| 192 | REQUEST FOR ENTRY OF DEFAULT FILED BY NGUYEN, ANH THY SONG ON 05/26/2020 | 05/26/2020 | | 4 pages | ☐ |
| 193 | E-FILING TRANSACTION 1747275 RECEIVED ON 06/24/2020 01:23:37 PM. | 06/29/2020 | | *NV* | |
| 194 | MOTION FOR LEAVE TO FILE CROSS-COMPLAINT FILED BY ZUCARO, MEGAN E. ON 06/24/2020 | 06/24/2020 | | 30 pages | ☐ |
| 195 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12745903 AND RECEIPT NUMBER 12572362. | 06/29/2020 | | 1 pages | ☐ |
| 196 | MOTION FOR LEAVE TO FILE CROSS COMPLAINT SCHEDULED FOR 10/27/2020 AT 01:30:00 PM IN C19 AT CENTRAL JUSTICE CENTER. | 06/29/2020 | | *NV* | |
| 197 | PAYMENT FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING, 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING, TRANSACTION NUMBER 12738156 IN THE AMOUNT OF 120.00 VOIDED DUE TO OTHER. VENDOR DID NOT PAY. VOID AND NFD. | 06/29/2020 | | 1 pages | ☐ |
| 198 | NOTICE OF FEES DUE ELECTRONIC FILING | 06/29/2020 | | 1 pages | ☐ |
| 199 | MOTION TO STRIKE CROSS-COMPLAINT SCHEDULED FOR 07/21/2020 AT 09:00:00 AM IN C19 AT CENTRAL JUSTICE CENTER. | 07/01/2020 | | *NV* | |
| 200 | NOTICE OF CONTINUANCE | 07/01/2020 | | 3 pages | ☐ |
| 201 | DEMURRER TO CROSS-COMPLAINT SCHEDULED FOR 07/21/2020 AT 09:00:00 AM IN C19 AT CENTRAL JUSTICE CENTER. | 07/01/2020 | | *NV* | |
| 202 | NOTICE OF CONTINUANCE | 07/01/2020 | | 3 pages | ☐ |
| 203 | E-FILING TRANSACTION 2917120 RECEIVED ON 06/16/2020 04:55:34 PM. | 07/02/2020 | | *NV* | |
| 204 | NOTICE OF CONTINUANCE (MOTION TO APPOINT RECEIVER) FILED BY UNITED LENDER, LLC ON 06/16/2020 | 06/16/2020 | | 3 pages | ☐ |
| 205 | NOTICE OF CONTINUANCE (PETITION TO COMPEL ARBITRATION) FILED BY AHDOOT, SHAWN; AHDOOT, ALBERT A.; UNITED LENDER, LLC ON 06/16/2020 | 06/16/2020 | | 3 pages | ☐ |
| 206 | PAYMENT RECEIVED BY LAW OFFICE OF ANDREW A. SMITS FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING, 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 120.00, TRANSACTION NUMBER 12749948 AND RECEIPT NUMBER 12576343. | 07/08/2020 | | 1 pages | ☐ |
| 207 | E-FILING TRANSACTION 41096542 RECEIVED ON 07/08/2020 03:56:30 PM. | 07/08/2020 | | *NV* | |
| 208 | OPPOSITION FILED BY AHDOOT, ALBERT A. ON 07/08/2020 | 07/08/2020 | | 4 pages | ☐ |
| 209 | OPPOSITION FILED BY AHDOOT, ALBERT A. ON 07/08/2020 | 07/08/2020 | | 11 pages | ☐ |
| 210 | PROOF OF ESERVICE FILED BY AHDOOT, ALBERT A. ON 07/08/2020 | 07/08/2020 | | 2 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 211 | E-FILING TRANSACTION 2921628 RECEIVED ON 07/08/2020 10:11:59 AM. | 07/09/2020 | | *NV* | |
| 212 | NOTICE OF CONTINUANCE (MOTION TO STRIKE CROSS-COMPLAINT) FILED BY NGUYEN, ANH THY SONG ON 07/08/2020 | 07/08/2020 | | 6 pages | ☐ |
| 213 | NOTICE OF CONTINUANCE (DEMURRER TO CROSS-COMPLAINT) FILED BY NGUYEN, ANH THY SONG ON 07/08/2020 | 07/08/2020 | | 6 pages | ☐ |
| 214 | PROPOSED ORDER RECEIVED ON 07/10/2020 | 07/10/2020 | | 4 pages | ☐ |
| 215 | E-FILING TRANSACTION 2922478 RECEIVED ON 07/10/2020 05:46:32 PM. | 07/13/2020 | | *NV* | |
| 216 | MOTION TO QUASH SUBPOENA FILED BY NGUYEN, ANH THY SONG ON 07/10/2020 | 07/10/2020 | | 12 pages | ☐ |
| 217 | DECLARATION IN SUPPORT FILED BY NGUYEN, ANH THY SONG ON 07/10/2020 | 07/10/2020 | | 14 pages | ☐ |
| 218 | SEPARATE STATEMENT FILED BY NGUYEN, ANH THY SONG ON 07/10/2020 | 07/10/2020 | | 8 pages | ☐ |
| 219 | PAYMENT RECEIVED BY AMERICANLEGALNET FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12751453 AND RECEIPT NUMBER 12577832. | 07/13/2020 | | 1 pages | ☐ |
| 220 | MOTION TO QUASH SUBPOENA SCHEDULED FOR 11/24/2020 AT 01:30:00 PM IN C19 AT CENTRAL JUSTICE CENTER. | 07/13/2020 | | *NV* | |
| 221 | E-FILING TRANSACTION 41097666 RECEIVED ON 07/14/2020 11:10:35 AM. | 07/14/2020 | | *NV* | |
| 222 | OPPOSITION FILED BY ZUCARO, MEGAN E. ON 07/14/2020 | 07/14/2020 | | 11 pages | ☐ |
| 223 | E-FILING TRANSACTION NUMBER 3913129 REJECTED. | 07/14/2020 | | 1 pages | ☐ |
| 224 | E-FILING TRANSACTION 41097701 RECEIVED ON 07/14/2020 12:24:58 PM. | 07/14/2020 | | *NV* | |
| 225 | RESPONSE FILED BY AMERICAN FINANCIAL CENTER, INC. ON 07/14/2020 | 07/14/2020 | | 11 pages | ☐ |
| 226 | E-FILING TRANSACTION 2923128 RECEIVED ON 07/14/2020 05:21:15 PM. | 07/14/2020 | | *NV* | |
| 227 | NOTICE OF ERRATA FILED BY ZUCARO, MEGAN E. ON 07/14/2020 | 07/14/2020 | | 17 pages | ☐ |
| 228 | E-FILING TRANSACTION 3919911 RECEIVED ON 07/14/2020 06:20:15 PM. | 07/15/2020 | | *NV* | |
| 229 | REPLY - OTHER FILED BY NGUYEN, ANH THY SONG ON 07/14/2020 | 07/14/2020 | | 7 pages | ☐ |
| 230 | REQUEST FOR JUDICIAL NOTICE FILED BY NGUYEN, ANH THY SONG ON 07/14/2020 | 07/14/2020 | | 16 pages | ☐ |
| 231 | REPLY - OTHER FILED BY NGUYEN, ANH THY SONG ON 07/14/2020 | 07/14/2020 | | 10 pages | ☐ |
| 232 | E-FILING TRANSACTION 41098189 RECEIVED ON 07/15/2020 06:41:06 PM. | 07/16/2020 | | *NV* | |
| 233 | OPPOSITION FILED BY NGUYEN, ANH THY SONG ON 07/15/2020 | 07/15/2020 | | 15 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 234 | REQUEST FOR JUDICIAL NOTICE FILED BY NGUYEN, ANH THY SONG ON 07/15/2020 | 07/15/2020 | | 55 pages | ☐ |
| 235 | DECLARATION - OTHER FILED BY NGUYEN, ANH THY SONG ON 07/15/2020 | 07/15/2020 | | 37 pages | ☐ |
| 236 | OBJECTION FILED BY NGUYEN, ANH THY SONG ON 07/15/2020 | 07/15/2020 | | 13 pages | ☐ |
| 237 | OBJECTION FILED BY NGUYEN, ANH THY SONG ON 07/15/2020 | 07/15/2020 | | 6 pages | ☐ |
| 238 | OBJECTION FILED BY NGUYEN, ANH THY SONG ON 07/15/2020 | 07/15/2020 | | 5 pages | ☐ |
| 239 | OBJECTION FILED BY NGUYEN, ANH THY SONG ON 07/15/2020 | 07/15/2020 | | 11 pages | ☐ |
| 240 | E-FILING TRANSACTION 1752617 RECEIVED ON 07/17/2020 06:00:24 PM. | 07/20/2020 | | NV | |
| 241 | NOTICE - OTHER FILED BY UNITED LENDER, LLC ON 07/17/2020 | 07/17/2020 | | 20 pages | ☐ |
| 242 | NOTICE - OTHER FILED BY UNITED LENDER, LLC ON 07/17/2020 | 07/17/2020 | | 226 pages | ☐ |
| 243 | NOTICE - OTHER FILED BY UNITED LENDER, LLC ON 07/17/2020 | 07/17/2020 | | 120 pages | ☐ |
| 244 | E-FILING TRANSACTION 1752620 RECEIVED ON 07/17/2020 06:11:01 PM. | 07/20/2020 | | NV | |
| 245 | NOTICE - OTHER FILED BY UNITED LENDER, LLC ON 07/17/2020 | 07/17/2020 | | 195 pages | ☐ |
| 246 | NOTICE - OTHER FILED BY UNITED LENDER, LLC ON 07/17/2020 | 07/17/2020 | | 158 pages | ☐ |
| 247 | E-FILING TRANSACTION 2924109 RECEIVED ON 07/17/2020 06:23:26 PM. | 07/20/2020 | | NV | |
| 248 | NOTICE - OTHER FILED BY UNITED LENDER, LLC ON 07/17/2020 | 07/17/2020 | | 436 pages | ☐ |
| 249 | NOTICE - OTHER FILED BY UNITED LENDER, LLC ON 07/17/2020 | 07/17/2020 | | 209 pages | ☐ |
| 250 | NOTICE - OTHER FILED BY UNITED LENDER, LLC ON 07/17/2020 | 07/17/2020 | | 170 pages | ☐ |
| 251 | NOTICE - OTHER FILED BY UNITED LENDER, LLC ON 07/17/2020 | 07/17/2020 | | 174 pages | ☐ |
| 252 | E-FILING TRANSACTION 3920880 RECEIVED ON 07/17/2020 06:36:48 PM. | 07/20/2020 | | NV | |
| 253 | NOTICE - OTHER FILED BY UNITED LENDER, LLC ON 07/17/2020 | 07/17/2020 | | 183 pages | ☐ |
| 254 | NOTICE - OTHER FILED BY UNITED LENDER, LLC ON 07/17/2020 | 07/17/2020 | | 151 pages | ☐ |
| 255 | NOTICE - OTHER FILED BY UNITED LENDER, LLC ON 07/17/2020 | 07/17/2020 | | 5 pages | ☐ |
| 256 | PROOF OF ESERVICE FILED BY UNITED LENDER, LLC ON 07/17/2020 | 07/17/2020 | | 4 pages | ☐ |
| 277 | STATUS CONFERENCE SCHEDULED FOR 11/18/2020 AT 08:30:00 AM IN C66 AT CENTRAL JUSTICE CENTER. | 07/21/2020 | | NV | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 278 | CASE REASSIGNED TO OMNI EFFECTIVE 07/21/2020. | 07/21/2020 | | NV | |
| 279 | THE STATUS CONFERENCE IS SCHEDULED FOR 11/18/2020 AT 08:30 AM IN DEPARTMENT C66. | 07/21/2020 | | NV | |
| 280 | THE CASE IS REASSIGNED TO THE OMNIBUS CALENDAR. | 07/21/2020 | | NV | |
| 281 | MINUTES FINALIZED FOR MULTIPLE EVENTS 07/21/2020 09:00:00 AM. | 07/21/2020 | | 2 pages | ☐ |
| 282 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 07/21/2020 | | 4 pages | ☐ |
| 283 | E-FILING TRANSACTION 41100547 RECEIVED ON 07/24/2020 01:23:30 PM. | 07/24/2020 | | NV | |
| 284 | NOTICE OF WITHDRAWAL OF MOTION FILED BY AHDOOT, ALBERT A. ON 07/24/2020 | 07/24/2020 | | 4 pages | ☐ |
| 285 | E-FILING TRANSACTION 3909373 RECEIVED ON 05/18/2020 02:27:33 PM. | 08/21/2020 | | NV | |
| 286 | PROPOSED ORDER (NOT SIGNED) FILED BY THE SUPERIOR COURT OF ORANGE ON 05/18/2020 | 05/18/2020 | | 2 pages | ☐ |

Participants:

| Name | Type | Assoc | Start Date | End Date |
|---|---|---|---|---|
| ANH THY SONG NGUYEN | PLAINTIFF | | 01/17/2020 | |
| LAWRENCE C. MEYERSON, A PROFESSIONAL L | ATTORNEY | | 01/31/2020 | |
| HELPING OTHERS INTERNATIONAL, LLC | DEFENDANT | | 01/17/2020 | |
| LAWRENCE C. MEYERSON, APLC | ATTORNEY | | 01/31/2020 | |
| SHAWN AHDOOT | DEFENDANT | | 01/17/2020 | |
| MEGAN E. ZUCARO | DEFENDANT | | 01/17/2020 | |
| JOHN B. SPEAR | CROSS - DEFENDANT | | 03/04/2020 | |
| SNIPPER WAINER & MARKOFF | ATTORNEY | | 02/03/2020 | |
| TRI STAR EQUITY GROUP CORP | CROSS - DEFENDANT | | 03/04/2020 | |
| ANH THY SONG NGUYEN | CROSS - DEFENDANT | | 03/04/2020 | |
| UNITED LENDER, LLC | DEFENDANT | | 01/17/2020 | |
| ALBERT A. AHDOOT | DEFENDANT | | 01/17/2020 | |
| UNITED LENDER, LLC | CROSS - COMPLAINANT | | 04/01/2020 | |
| WESTERN FIDELITY ASSOCIATES, LLC | DEFENDANT | | 01/17/2020 | |
| LEVINSON ARSHONSKY & KURTZ, LLP | ATTORNEY | | 06/02/2020 | |
| MEYLAN DAVITT JAIN AREVIAN & KIM LLP | ATTORNEY | | 06/18/2020 | |
| LAW OFFICES OF ANDREW A. SMITS | ATTORNEY | | 01/17/2020 | |
| ASCENSION RECOVERY, INC. | DEFENDANT | | 06/08/2020 | |
| HELPING OTHERS INTERNATIONAL, LLC | CROSS - DEFENDANT | | 03/04/2020 | |
| JOHN B. SPEAR | DEFENDANT | | 01/17/2020 | |
| AMERICAN FINANCIAL CENTER, INC. | DEFENDANT | | 01/17/2020 | |
| MEGAN E. ZUCARO | CROSS - DEFENDANT | | 03/04/2020 | |

Hearings:

| Description | Date | Time | Department | Judge |
|---|---|---|---|---|
| STATUS CONFERENCE | 11/18/2020 | 01:30 | C66 | OMNI |

Print this page

68

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

36 Executive Park, Suite 160, Irvine, CA 92614-4794

A true and correct copy of the foregoing document entitled (*specify*): REQUEST FOR JUDICIAL NOTICE OF
PLAINTIFF ANH THY SONG NGUYEN, TRUSTEE OF MOTHER NATURE TRUST, IN REPLY TO OPPOSITION
OF UNITED LENDER, LLC, TO TRUSTEE'S NOTICE TO ABANDON ESTATE PROPERTY

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
11/05/2020          , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  11/05/2020       , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Victoria S. Kaufman
U.S. Bankruptcy Court, San Fernando Valley Division
21041 Burbank Blvd., Suite 354
Woodland Hills, CA 91367

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/05/2020    Kimberly Richardson | /s/  Kimberly Richardson |
|---|---|
| *Date*              *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| **VIA ELECTRONIC FILING OR EMAIL** | |
| Katherine Bunker      kate.bunker@usdoj.gov<br>Todd J. Cleary  lawofficetoddcleary@gmail.com<br>cleary1@pacbell.net<br>clearytr44952@notify.bestcase.com<br>Lori E. Eropkin      leropkin@laklawyers.com<br>nlessard@laklawyers.com;<br>smcfadden@laklawyers.com<br>Lawrence C. Meyerson    lcm@lcmplc.com<br>United States Trustee (SV)<br>ustpregion16.wh.ecf@usdoj.gov<br>Maurice Wainer        mrwainer@aol.com<br>daniel@swmfirm.com; mrwainer@swmfirm.com<br>Larry D. Webb        Webblaw@gmail.com<br>larry@webblaw.onmicrosoft.com<br>Monica Y. Kim   myk@lnbyb.com,<br>myk@ecf.inforuptcy.com<br>Ron Bender   rb@lnbyb.com<br>David Keith Gottlieb (TR),<br>dkgtrustee@dkgallc.com,<br>dgottlieb@iq7technology.com,<br>rjohnson@dkgallc.com, akuras@dkgallc.com;<br>ecf.alert+Gottlieb@titlexi.com<br>Richard P. Steelman, Jr.   rps@lnbyb.com,<br>john@lnbyb.com | Vincent J. Davitt and Anita Jain<br>Meylan Davitt Jain Arevian & Kim LLP<br>444 S. Flower Street, Suite 1850<br>Los Angeles, CA 90071<br><br>Telephone:  (213) 225-6000<br>Email: vdavitt@mdjalaw.com<br>ajain@mdjalaw.com<br>riwata@mdfalaw.com<br><br>Attorneys for Secured Creditor United<br>Lender, LLC<br><br>---<br><br>Jemma E. Dunn<br>Office of the City Attorney<br>City of Huntington Beach<br>2000 Main Street, 4th Floor<br>Huntington Beach, CA 92648<br><br>Telephone:  (714) 536-5615<br>Email:  Jemma.dunn@surfcity-hb.org |
| Robert Schachter<br>Hitchcock, Bowman & Schachter<br>Suite 1030 Del Amo Financial Center<br>21515 Hawthorne Boulevard<br>Torrance, CA 90503-6579<br><br>Telephone: (310) 540-2202<br>E-mail: rs@rschachterlaw.com<br><br>Attorneys for Western Fidelity Associates,<br>LLC, dba Western Fidelity Trustees (Defendant<br>in State Court/Removed Action) | Ascension Recovery, Inc.,<br>dba Restored Life Recovery<br>c/o Megan E. Zucaro<br>4501 W. Channel Island Blvd., #94<br>Oxnard, CA 90305<br><br>Email: m@megazee.com<br><br>(Defendant in State Court/Removed<br>Action) |
| **BY OVERNIGHT DELIVERY** | |
| The Honorable Victoria S. Kaufman<br>U.S. Bankruptcy Court<br>San Fernando Valley Division<br>21041 Burbank Blvd., Suite 354<br>Woodlands Hills, CA 91367 | |