1  RON BENDER (SBN 143364); rb@lnbyb.com
2  MONICA Y. KIM (SBN 180139); myk@lnbyb.com
   LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
3  10250 Constellation Boulevard, Suite 1700
   Los Angeles, California 90067
4  Telephone: (310) 229-1234
   Facsimile: (310) 229-1244
5
6  Attorneys for David K. Gottlieb, Chapter 7 Trustee

FILED & ENTERED

NOV 16 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio    DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>HELPING OTHERS INTERNATIONAL, LLC,<br><br>Debtor. | Case No.: 1:20-BK-11134-VK<br><br>Chapter 7<br><br>**(Amended) ORDER APPROVING ABANDONMENT OF ESTATE PROPERTY [6475 MARIGAYLE CIRCLE, HUNTINGTON BEACH, CA 92646] EFFECTIVE OCTOBER 28, 2020**<br><br>[11 U.S.C. § 554(a); LBR 6007-1]<br><br>Date:  November 12, 2020<br>Time:  1:30 p.m.<br>Ctrm:  301<br>21041 Burbank Blvd.<br>Woodland Hills, CA |

The Court held a hearing on NOVEMBER 12, 2020 AT 1:30 P.M., in Courtoom 301 located at 21041 Burbank Blvd., Woodland Hills, CA, to consider the objection filed by United Lender, LLC ("United") and the untimely objection filed by the City of Huntington Beach ("City") to the "*Notice of Intent to Abandon Estate Property*" ("Abandonment Notice") filed on October 13, 2020 by David K. Gottlieb, the chapter 7 trustee ("Trustee") for the estate of Helping Others International, LLC, debtor herein ("Debtor") [doc. 86], with respect to the

1

Trustee's abandonment of the estate's interest, if any, in the real property located at: 6475 MARIGAYLE CIRCLE, HUNTINGTON BEACH, CA 92648 ("Real Property"). All appearances made in connection with the objections are set forth on the record of the Court.

The Court, having reviewed and considered: (i) the objection by United and the untimely objection by the City to the Abandonment Notice and all of the evidence therefor, (ii) the omnibus reply by the Trustee to the foregoing objections and all of the evidence therefor, (iii) the reply filed by Anh Thy Song Nguyen, Trustee of Mother Nature Trust ("Trust") to the foregoing objections, all of the evidence therefor, and the Trust's evidentiary objections to Exhibit A, the Declaration of Jesse Bosque, and the Declaration of Maurice Wainer which were submitted in support of United's objection, (iv) all of the files and docket of this case as a whole, and (v) all of the argument of counsel at the hearing on the objections; no other objection having been filed to the Abandonment Notice; the notice of hearing on the objections having been proper and given in accordance with the Bankruptcy Code, the Banrkuptcy Rules, the Local Bankruptcy Rules and the order of the Court; and for all of the reasons set forth on the record and in the Court's *written* ~~tentative~~ ruling *[doc. 103]* ~~as set forth on the Court's calendar for November 12, 2020 at 1:30 p.m, Item 8~~; and the Court finding that the Real Property is burdensome to the estate and is of inconsequential value and benefit to the estate; and good cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

A.    The Real Property is abandoned pursuant to Section 554 of the Bankuptcy Code effective October 28, 2020.

B.    United and the City's objections to the Abandonment Notice are hereby overruled.

/ / /
/ / /
/ / /
/ / /

C.   The Trust's evidentiary objections to Exhibit A, the Declaration of Jesse Bosque, and the Declaration of Maurice Wainer, which were submitted in support of United's objection to the Abandonment Notice, are all sustained.

**IT IS SO ORDERED**.

###

Date: November 16, 2020

Victoria S. Kaufman
United States Bankruptcy Judge